B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kanatas, William** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6905** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**322 Gatesby**<br>**Riverside, IL**<br><div align="right">ZIP Code<br>**60546**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☒ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kanatas, William** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kanatas, William** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ William Kanatas**
Signature of Debtor  **William Kanatas**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**July 30, 2009**
Date

### Signature of Attorney*

X  **/s/ David R. Brown**
Signature of Attorney for Debtor(s)

**David R. Brown 3122323**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**July 30, 2009**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re __William Kanatas__ _____

Case No. _____

Debtor(s)

Chapter __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ William Kanatas**
**William Kanatas**

Date:   **July 30, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **William Kanatas**                                                         ,      Case No. _____

                                       Debtor

                                                          Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,100,000.00 | | |
| B - Personal Property | Yes | 6 | 103,461.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | 10,026,157.34 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 62,448,958.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 12 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,200.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 11,031.00 |
| Total Number of Sheets of ALL Schedules | | 65 | | | |
| | | Total Assets | 2,203,461.00 | | |
| | | Total Liabilities | | 72,475,115.88 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William Kanatas**                                          ,   Case No. _____
                                    Debtor

                                                              Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re  **William Kanatas**                         ,      Case No. _____

                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **5914 Dunham Lane, Stevensville, MI (mortgage is in default) Currently listed w/ Donald A. Kamp of Meredith & Kamp, Inc. (269) 429-6666 at a price of $1,250,000.** | | J | 1,000,000.00 | 1,207,138.26 |
| **208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale)** | | J | 1,100,000.00 | 1,711,629.16 |

|  | Sub-Total > | **2,100,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **2,100,000.00** |  |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **William Kanatas**                                         ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **US Currency** | **-** | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **1/2 interest in Checking Acct No. xxxxx676 Riverside Bank 17 E. Burlington Riverside, IL 60546** | **J** | **0.00** |
| | | **1/2 interest in Savings Account No. xxxx238 Riverside Bank 17 E. Burlington Riverside, IL 60546** | **J** | **208.00** |
| | | **Business Debtor is signatory on this account but account is owned by Intercoastal Riverside Bank (balance of $245) 17 E. Burlington Riverside, IL 60546** | **H** | **0.00** |
| | | **Debtor is signatory on this account but account is in the name of Allied Riverside Bank (balance of $200) 17 E. Burlington Riverside, IL 60546** | **H** | **0.00** |
| | | **Jr. Savers Account No. xxxx455 (custodial acct for kids) Riverside Bank (balance of 402.57) 17 E. Burlington Riverside, IL 60546** | **J** | **0.00** |
| | | **Checking Account No. 9802390118 Amcore Bank 501 7th Street Rockford, IL** | **J** | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |

Sub-Total >    **408.00**
(Total of this page)

  **5**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **William Kanatas**                                          Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **1/2 interest in furniture, electronics, appliances etc. (owned by Debtor and wife)** | - | **2,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **1/2 interest in Paul McCartney Signed Guitar (1,950), John Lennon signed 5x7 index card ($699), All four Beatles signed sheet music ($2,000), Painting of John Lennon by Kat ($2,000), Painting of all four Beatles by Kat ($2,000), Oil Painting ($2,000), Oil Painting ($3,000). Autographed collage of Star Wars Photos ($500), autographed collage of Pulp Fiction photos ($750), autographed collage of Godfather photos ($750), Prop Gun signed by Johnny Depp ($500)** | J | **8,070.00** |
| 6. Wearing apparel. | | **Ordinary clothing for casual and business use.** | - | **1,000.00** |
| 7. Furs and jewelry. | | **Various wrist watches** | - | **10,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **video camera** | - | **800.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Acadia Life Insurance policy # BM0000138 (Gatesby Family Trust) Policy has a death benefit of $1,416,013. Value shown is net surrender value. Beneficiary of the Policy is Debtor's wife, then children.** | J | **65,000.00** |
| | | **Gatesby Family Trust is an irrevocable trust established in 2004 under the laws of the country of Nieves. The beneficiary of the trust is Debtor's wife. The trustee of the trust is an institutional trustee. A copy of the trust is available to the trustee upon request.** | | |
| | | **Maven Living Benefits policy # A0077-PBT01 (Intercoastal Admin)** **No cash surrender value. This is a disability insurance policy. At the death of Debtor, cash value woudl go into Debtor's life insurance policy which is in turn held in the Gatesby Family Trust.** | H | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **87,370.00** |
| (Total of this page) | |

Sheet **1** of **5** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William Kanatas**                                          ,        Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Nationwide Funds IRA Account Nos. xxxx5779 and xxxx4889** | H | 15,683.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **10,000 shares of Private Stock named Saber 7 This is a start-up company with no assets** | J | 0.00 |
| | | **Anamia LLC - shell corp, never conducted any business** | - | 0.00 |
| | | **Founders Crossing, LP had a shopping center that got sold in '07. In the process of closing out.** | - | 0.00 |
| | | **Founders Crossing South, LLC was another strip center sold in early 2008 and all monies have been distributed out.** | - | 0.00 |
| | | **Gem Development Group, LLC was an operating development company - it held no properties. It is now closed.** | - | 0.00 |
| | | **Intervest Commercial Mortgage Fund, Inc. was a company that loaned money to the various projects. All of its lenders agreed to accept shares in Frankfort Equity Partners in satisfaction of their notes effective January 2008, and this company was closed. All of its assets were transferred to FEP.** | - | 0.00 |
| | | **Intervest Equity Bond Fund, LLC (same as ICMF, Inc.)** | - | 0.00 |
| | | **Intervest Financial Corporation (dissolved prior to 2005) It was the predecessor to Intervest Commercial** | - | 0.00 |
| | | **Intervest Global Equity Bond Fund, LLC was a lender to various projects, and was rolled into Franklin Global Equity Partners.** | - | 0.00 |

Sub-Total >            **15,683.00**
(Total of this page)

Sheet   **2**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **William Kanatas**                                                                                  ,   Case No. _____
                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Route 30 & 78th Avenue, LLC - company inactive and subject property is in foreclosure by Amcore Bank | - | 0.00 |
| | | Route 30 Development Group, LLC. was set up to develop Route 30 and Harlem property but never did and property is in foreclosure. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 2 LLC shares of Glenn Wylde LLC (a Spec Home in Park City Utah - home not completed) Debtor paid 100k for the two shares but building has ceased due to the economy. | H | Unknown |
| | | 4.15% Ownership in property at Route 30 & Harlem, LLC. The subject real estate is in foreclosure (see SOFA re pending litigation) | H | 0.00 |
| | | 4.3% Ownership in Gem Real Estate LLC (subject property mortgage is in default) owns 11 acres on the SW corner of Route 52 & Wyndstone Drive. | H | 0.00 |
| | | 2.9% Ownership in Palamino Trace II LLC owns 80 acres 1/4 mile south of Dralle Road on Harlem Avenue in Green Gardens Twp. Subject property is @ $800,000 upside down. LLC is negotiating a deed in lieu of foreclosure with respect to the subject property. | H | 0.00 |
| | | 5.0% Ownership in 182-154th St LLC In default of mortgage on subject property, a building at 182 154th Street in Harvey. | H | 0.00 |
| | | 2.04% Ownership in Walnut Grove Centre Phase I, LLC In default of mortgage on subject property Owns 7 acres on the SW Corner of Route 52 and Wyndstone Drive. | H | 0.00 |
| | | 50% Ownership in Gem Global Holdings LLC Entity has no remaining assets | H | 0.00 |
| | | 100% Ownership in Intercoastal Administration (S-Corp) Former property management company. sole asset is small bank account described in Schedule B | H | 0.00 |

Sub-Total >          0.00
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **William Kanatas**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **100% Ownership in Allied Commercial Capital Corp. (S-Corp)** **Sole asset is small bank account described in Schedule B** | H | 0.00 |
| | | **100% Ownership in 007 LLC** **Holding holding company holding Debtor's interests in the Rte 30 & Harlem LLC, Gem Real Estate, Palomino Trace, and 182-154th Street LLCs, Franklin Equity Partners and Franklin Global Partners.** **Also owns 5% of VP Ventures, LLC which had purchased 10 franchise licenses to build Value Place Hotels.  No hotels were ever built, though there is $30,000 in escrow with the title company for the purchase of a piece of property in Carol Stream that never closed. Money belongs to Seller as liquidated damages.** | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William Kanatas** _____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Leased 2008 Honda Accord** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 dogs** | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >        103,461.00

Sheet   5   of   5   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re   **William Kanatas**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **1/2 interest in Checking Acct No. xxxxx676** <br> **Riverside Bank** <br> **17 E. Burlington** <br> **Riverside, IL 60546** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **1/2 interest in Savings Account No. xxxx238** <br> **Riverside Bank** <br> **17 E. Burlington** <br> **Riverside, IL 60546** | **735 ILCS 5/12-1001(b)** | **208.00** | **208.00** |
| **Household Goods and Furnishings** <br> **1/2 interest in furniture, electronics, appliances etc. (owned by Debtor and wife)** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Wearing Apparel** <br> **Ordinary clothing for casual and business use.** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** <br> **Various wrist watches** | **735 ILCS 5/12-1001(b)** | **1,292.00** | **10,000.00** |
| **Interests in Insurance Policies** <br> **Acadia Life Insurance policy # BM0000138** <br> **(Gatesby Family Trust) Policy has a death** <br> **benefit of $1,416,013. Value shown is net** <br> **surrender value. Beneficiary of the Policy is** <br> **Debtor's wife, then children.** | **215 ILCS 5/238** <br> **735 ILCS 5/12-1001(f)** | **100%** <br> **100%** | **65,000.00** |
| **Gatesby Family Trust is an irrevocable trust** <br> **established in 2004 under the laws of the** <br> **country of Nieves. The beneficiary of the trust is** <br> **Debtor's wife. The trustee of the trust is an** <br> **institutional trustee. A copy of the trust is** <br> **available to the trustee upon request.** | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Nationwide Funds IRA Account Nos. xxxx5779** <br> **and xxxx4889** | **735 ILCS 5/12-704** | **100%** | **15,683.00** |

Total:   **150,683.00**   **94,391.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **William Kanatas**                                     Case No. _____
                                              ,
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**All American Plumbing**<br>**c/o John Hoscheit**<br>**1001 E Main St, Suite G**<br>**St. Charles, IL 60174** | | J | **potential mechanic's lien**<br><br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $           **1,100,000.00** | | | | **16,506.00** | **16,506.00** |
| Account No. **xxx9517**<br><br>**Amcore Bank**<br>**426 Army Trail Rd.**<br>**Carol Stream, IL 60188** | | C | **Second Mortgage**<br><br>**5914 Dunham Lane, Stevensville, MI**<br>**(mortgage is in default)**<br>**Currently listed w/ Donald A. Kamp of**<br>**Meredith & Kamp, Inc. (269) 429-6666 at**<br>**a price of $1,250,000.** | | | | | |
| | | | Value $           **1,000,000.00** | | | | **800,000.00** | **200,000.00** |
| Account No.<br><br>**Auburn Supply Company**<br>**c/o William Smith**<br>**3850 W 167th**<br>**St Markham, IL 60426** | | J | **potential mechanic's lien**<br><br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $           **1,100,000.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**B.R. Herlin**<br>**PO Box 157**<br>**Bloomingdale, IL 60108** | | J | **Sub Contractor Nutall House** | | | | | |
| | | | Value $           **0.00** | | | | **2,579.92** | **2,579.92** |

_____**7**_____ continuation sheets attached

Subtotal
(Total of this page)                 **819,085.92**      **219,085.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **William Kanatas** _____,   Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Route 30/Harlem Mtg. (Business) | | | | | |
| Charles D'Angelo Snowbank Capital Corp 57 St. George Place Palm Beach Gardens, FL 33418 | | H | | X | | | | |
| | | | Value $     0.00 | | | | 1,000,000.00 | 1,000,000.00 |
| Account No. | | | potential mechanic's lien | | | | | |
| Closet Works 618 S. State Rt. 59 Unit 124 Naperville, IL 60540 | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | Value $     1,100,000.00 | | | | 485.00 | 485.00 |
| Account No. | | | potential mechanic's lien | | | | | |
| Cottage Sheet 6640 W 99th St. Chicago Ridge, IL 60415 | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | Value $     1,100,000.00 | | | | 1,885.00 | 1,885.00 |
| Account No. | | | potential mechanic's lien | | | | | |
| Custom Stairs 1424 Sherman Road Romerville, IL 60446 | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | Value $     1,100,000.00 | | | | 2,337.00 | 2,337.00 |
| Account No. | | | potential mechanic's lien | | | | | |
| Doors R Us 11941 Aero Drive Plainfield, IL 60585 | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | Value $     1,100,000.00 | | | | 198.00 | 198.00 |

Sheet __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,004,905.00 | 1,004,905.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **William Kanatas**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | potential mechanic's lien | | | | | |
| **Exclusive Millwork** **545 Willowbrook Center Pkwy** **Willowbrook, IL 60527** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $        1,100,000.00 | | | | 2,274.98 | 2,274.98 |
| Account No. | | | potential mechanic's lien | | | | | |
| **Federal Fence** **127 Haddon Ave.** **West Berlin, NJ 08091** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $        1,100,000.00 | | | | 570.00 | 570.00 |
| Account No. | | | potential mechanic's lien | | | | | |
| **Ferguson Enterprises** **c/o Ill. Corp. Service** **801 Adlai Stevenson Drive** **Springfield, IL 62703** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $        1,100,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | potential mechanic's lien | | | | | |
| **Genesis Engineering** **30 W 270 Butterfield Road** **Suite 105** **Warrenville, IL 60555** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $        1,100,000.00 | | | | 1,070.00 | 1,070.00 |
| Account No. | | | potential mechanic's lien | | | | | |
| **Green Grass** **2659 Wisconsin Ave.** **Downers Grove, IL 60515** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $        1,100,000.00 | | | | 858.00 | 858.00 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 4,772.98 | 4,772.98 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **William Kanatas**                                                                    ,          Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **First Mortgage** | | | | | |
| **Integra National Bank** **7661 S Harlem Ave** **Bridgeview, IL 60455** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $ **1,100,000.00** | | | | **1,400,000.00** | **300,000.00** |
| Account No. | | | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| **John Sekulich   DBA JRS Electric** **16334 Meadow** **Oak Forest, IL 60452** | | J | | | | | | |
| | | | Value $ **1,100,000.00** | | | | **13,280.00** | **13,280.00** |
| Account No. | | | **potential mechanic's lien** | | | | | |
| **Johns Spot** **5050 W. Lake St., #2** **Melrose, IL 60160** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $ **1,100,000.00** | | | | **161.68** | **161.68** |
| Account No. | | | **potential mechanic's lien** | | | | | |
| **Lagrange Glass Company** **c/o Casey Curtiss** **621 S LaGrange Rd** **LaGrange, IL 60525** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $ **1,100,000.00** | | | | **2,731.51** | **2,731.51** |
| Account No. | | | **potential mechanic's lien** | | | | | |
| **Legina Iron Works** **80 Central Ave** **Roselle, IL 60172** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $ **1,100,000.00** | | | | **3,800.00** | **3,800.00** |

Sheet __3__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,419,973.19 | 319,973.19 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **William Kanatas** _____,   Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2008** **real estate taxes** **5914 Dunham Lane, Stevensville, MI (mortgage is in default)** **Currently listed w/ Donald A. Kamp of Meredith & Kamp, Inc. (269) 429-6666 at a price of $1,250,000.** | | | | | |
| **Lincoln Charter Twp** **PO Box 279** **Stevensville, MI 49127** | - | | | | | | | |
| | | | Value $          **1,000,000.00** | | | | 7,138.26 | 7,138.26 |
| Account No. | | | **potential mechanic's lien** | | | | | |
| **McAdam Landscaping** **c/o Robert Knuepfer Jr** **130 E Randolph Dr, Suite 3500** **Chicago, IL 60426** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $          **1,100,000.00** | | | | 59,900.08 | 59,900.08 |
| Account No. | | | **potential mechanic's lien** | | | | | |
| **Nationwide Flooring** **546 N. Countyline Rd** **Hinsdale, IL 60521** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $          **1,100,000.00** | | | | 5,234.00 | 5,234.00 |
| Account No. | | | **potential mechanic's lien** | | | | | |
| **Ogden Drywall** **4810 Saratoga** **Downers Grove, IL 60515** | | J | **208 Nutall, Riverside, IL** **Property is in foreclosure** **Debtor has an offer to purchase for $1.1 million (short sale)** | | | | | |
| | | | Value $          **1,100,000.00** | | | | 2,000.00 | 2,000.00 |
| Account No. | | | **Sub Contractor Nutall House** | | | | | |
| **Phil's Irrigation** **c/o Martin L Cassell ESQ.** **330 N Broadway Ave** **Aurora, IL 60505** | | J | | | | | | |
| | | | Value $          **0.00** | | | | 4,810.00 | 4,810.00 |

Sheet __4__ of __7__ continuation sheets attached to            Subtotal            | 79,082.34 | 79,082.34 |
Schedule of Creditors Holding Secured Claims            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **William Kanatas**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | potential mechanic's lien | | | | | |
| Phoenix Rising 5618 Elinor Earlville, IL 60518 | | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | | Value $          1,100,000.00 | | | | 7,988.50 | 7,988.50 |
| Account No. | | | | potential mechanic's lien | | | | | |
| Rivas Masonary 34427 S. Rival Rd. Wilmington, IL | | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | | Value $          1,100,000.00 | | | | 2,000.00 | 2,000.00 |
| Account No. | | | | potential mechanic's lien | | | | | |
| RW Christian Builders c/o Robert Kuikman 264 Churchhill Place IL 60601 | | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | | Value $          1,100,000.00 | | | | 170,060.41 | 170,060.41 |
| Account No. | | | | potential mechanic's lien | | | | | |
| Southwest Insulation 13949 Kildare Ave Midlothian | | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | | Value $          1,100,000.00 | | | | 400.00 | 400.00 |
| Account No. | | | | potential mechanic's lien | | | | | |
| Specwood 8237 S. Oak Park Ave. Burbank, IL 60459 | | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | | Value $          1,100,000.00 | | | | 2,835.00 | 2,835.00 |

Sheet  **5**   of   **7**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

183,283.91      183,283.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **William Kanatas**                                                              ,   Case No. _____

                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Stewart Exterior Enterprises <br>c/o James P Ziegler <br>1 E Wacker Dr, Suite 2610 <br>Chicago, IL 60601 | | J | potential mechanic's lien <br><br>208 Nutall, Riverside, IL <br>Property is in foreclosure <br>Debtor has an offer to purchase for $1.1 million (short sale) <br><br>Value $        1,100,000.00 | | | | 1,744.00 | 1,744.00 |
| Account No. 92-000063313 <br><br>TCF Bank <br>800 Burr Ridge Parkway <br>Burr Ridge, IL 60521 | | C | First Mortgage <br><br>5914 Dunham Lane, Stevensville, MI (mortgage is in default) <br>Currently listed w/ Donald A. Kamp of Meredith & Kamp, Inc. (269) 429-6666 at a price of $1,250,000. <br><br>Value $        1,000,000.00 | | | | 400,000.00 | 0.00 |
| Account No. <br><br>TCF Bank <br>800 Burr Ridge Parkway <br>Burr Ridge, IL 60521 | | H | Shorewood Mtg #2 (Business) <br><br><br><br>Value $              0.00 | | | | 1,400,000.00 | 1,400,000.00 |
| Account No. <br><br>TCF Bank <br>800 Burr Ridge Parkway <br>Burr Ridge, IL 60521 | | H | Route 30/Harlem Mtg. (Business) <br><br><br><br>Value $              0.00 | | | | 4,700,000.00 | 4,700,000.00 |
| Account No. <br><br>Tilden Roofing <br>486 Spring Rd. <br>Elmhurst, IL 60126 | | J | potential mechanic's lien <br><br>208 Nutall, Riverside, IL <br>Property is in foreclosure <br>Debtor has an offer to purchase for $1.1 million (short sale) <br><br>Value $        1,100,000.00 | | | | 1,435.00 | 1,435.00 |

Sheet __6__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 6,503,179.00 | 6,103,179.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **William Kanatas**                                                    ,       Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | potential mechanic's lien | | | | | |
| Tuckers Painting 13638 W. Dublin Dr Homer Glen, IL 60491 | | | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | | | Value $          1,100,000.00 | | | | 9,000.00 | 9,000.00 |
| Account No. | | | | | potential mechanic's lien | | | | | |
| Waltz Carpentry 222 Willowwood Dr. Oswego, IL 60543 | | | | J | 208 Nutall, Riverside, IL Property is in foreclosure Debtor has an offer to purchase for $1.1 million (short sale) | | | | | |
| | | | | | Value $          1,100,000.00 | | | | 2,875.00 | 2,875.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __7__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 11,875.00 | 11,875.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 10,026,157.34 | 7,926,157.34 |

B6E (Official Form 6E) (12/07)

.

In re    **William Kanatas**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **William Kanatas**        ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No.    **007, LLC** c/o James M. Duggan 191 N. Wacker Drive, Ste. 2300 Chicago, IL 60606 | | - | | | | for notice purposes | | | X | 0.00 |
| Account No.    **182 - 154th St. LLC** c/o Anthony Barone 635 Butterfield Rd., Ste. 145 Oakbrook Terrace, IL 60181 | | - | | | | for notice purposes | X | X | X | Unknown |
| Account No.    **3rd Life** 3101 S Ocean Drive Unit 808 Hollywood, FL 33019 | X | | | | | Partnership Investor | X | X | X | 50,000.00 |
| Account No.    **Acadia Life** 48 Par-La-Ville Road, Suite 1646 Hamilton HM 11 BERMUDA | X | | | | | Partnership Investor | X | X | X | 6,319,139.00 |

__32__ continuation sheets attached

Subtotal (Total of this page)    **6,369,139.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             S/N:33434-090728    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William Kanatas** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| Albinus & Magdaline Raupp 3410 Buffalo Grove Road Arlington Heights, IL 60004 | X | | | | X | X | X | 50,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Allan & Marilyn Meyer 28100 N. Ashley Circle Suite 109 Libertyville, IL 60048-9479 | X | | | | X | X | X | 150,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Allan Michelle 908 Hilldale Ln Buffalo Grove, IL 60089 | X | | | | X | X | X | 50,000.00 |
| Account No. | | | | guaranty of Palamino Mtg. (Business) | | | | |
| Allegience Bank 8001 W. 183rd Street Tinley Park, IL 60477 | X | H | | | X | X | | 3,700,000.00 |
| Account No. 11806721 | | | | mortgage guaranty re Crete Lot (Business) | | | | |
| Allegience Bank 8002 W. 183rd Street Tinley Park, IL 60477 | | H | | | X | X | | 67,000.00 |

Sheet no. __1__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,017,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| Alliance International Holdings Dave Dyer One Ward Parkway Suite 345 Kansas City, MO 64112 | X | | | | X | X | X | 100,000.00 |
| Account No. | | | | for notice purposes | | | | |
| Allied Commercial Capital Corp c/o Anthony Barone 635 Butterfield, No. 145 Oakbrook Terrace, IL 60181 | - | | | | | | X | Unknown |
| Account No. | | | | Partnership Investor | | | | |
| Alvin & Cindy Weintraub 16 Hickory Bow McComb, IL 61455 | X | | | | X | X | X | 100,000.00 |
| Account No. 63068006306809 | | | | guaranty of mortgage on Cappel Commons Retail (Business) | | | | |
| Amcore Bank 426 Army Trail Rd. Carol Stream, IL 60188 | | H | | | X | X | | 4,367,000.00 |
| Account No. xxxxxxxxxx6909 | | | | Guaranty re Cappel Commons Office Condos (Business) | | | | |
| Amcore Bank 426 Army Trail Rd. Carol Stream, IL 60188 | | H | | | X | X | | 2,997,000.00 |

Sheet no. __2___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,564,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William Kanatas**                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx7009** <br><br> **Amcore Bank** <br> **426 Army Trail Rd.** <br> **Carol Stream, IL 60188** | | H | **guaranty re Cappel Commons Vacant Lot (Business)** | X | X | | 694,907.00 |
| Account No. **xxxxxxxxx7100** <br><br> **Amcore Bank** <br> **426 Army Trail Rd.** <br> **Carol Stream, IL 60188** | | H | **guaranty of Cappel Commons Building F (Business)** | X | X | | 462,706.00 |
| Account No. <br><br> **Amerititle, Inc.** <br> **20000 Govenors Drive** <br> **Building 4, Suite 103** <br> **Olympia Fields, IL 60461** | X | | **Partnership Investor** | X | X | X | 130,000.00 |
| Account No. <br><br> **Andrea Blickle** <br> **7450 Bonnie Drive** <br> **Lakewood, IL 60014** | X | | **Partnership Investor** | X | X | X | 300,000.00 |
| Account No. <br><br> **Andrew B. Sacks** <br> **2271 Jefferson Lane** <br> **Huntingdon Valley, PA 19006-6042** | X | | **Partnership Investor** | X | X | X | 150,000.00 |

Sheet no. __3__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 1,737,613.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William Kanatas**                                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Ann Vondriska**<br>**8705 Stevens Drive**<br>**Oak Lawn, IL 60453** | X | | | Partnership Investor | X | X | X | 40,000.00 |
| Account No.<br><br>**Anthony Barone**<br>**635 Butterfield Road**<br>**Suite 145**<br>**Oakbrook Terrace, IL 60181** | | H | | legal fees | | | | 0.00 |
| Account No. **5240496000349710**<br><br>**Barclays**<br>**PO Box 833**<br>**Wilmington, DE 19899** | | H | | Credit Card | | | | 1,166.00 |
| Account No.<br><br>**Bay Farm LLC**<br>**3101 S Ocean Drive Unit 808**<br>**Hollywood, FL 33019** | X | | | Partnership Investor | X | X | X | 550,000.00 |
| Account No. **7001191175917950**<br><br>**Best Buy**<br>**PO Box 17298**<br>**Baltimore, MD 21297** | | H | | Credit Card | | | | 565.00 |

Sheet no. __4__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

591,731.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas** _____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Partnership Investor | | | | |
| Bob Parker 1314 E. Las Olas Blvd Fort Lauderdale, FL 33301 | X | | | | | X | X | X | 50,000.00 |
| Account No. | | | | | Partnership Investor | | | | |
| Bravo Properties C/O Lou Leonard 205 Briarwood Loop Oakbrook, IL 60523 | X | | | | | X | X | X | 1,050,000.00 |
| Account No. | | | | | Partnership Investor | | | | |
| Brian Fisher 278 W Fairview Circle Palatine, IL 60067 | X | | | | | X | X | X | 50,000.00 |
| Account No. | | | | | Partnership Investor | | | | |
| Bruce & Mary Lucas 1724 Redcoat Dr Racine, WI 53406 | X | | | | | X | X | X | 50,000.00 |
| Account No. | | | | | Partnership Investor | | | | |
| Bruce Berg 691 London Square Hoffman Estates, IL 60194 | X | | | | | X | X | X | 50,000.00 |

Sheet no. __5__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,250,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __William Kanatas_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| Calvin NG 138 Hudson Bay Alameda, CA 94502 | X | | | | X | X | X | 70,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Caryn Jones 1180 Iron Point Rd. Suite 145A Folsom, CA 95630 | X | | | | X | X | X | 50,000.00 |
| Account No. | | | | guaranty of Shorewood Mtg #3 (Business) | | | | |
| CDP of Illinois, LLC c/o Mitch Cox 801 Sunset Drive. Bld. D Johnson City, TN 37604 | | H | | | X | | | 469,000.00 |
| Account No. | | | | (Business) | | | | |
| Charles D'Angelo Other Names 57 St. George Place Palm Beach Gardens, FL 33418 | | H | | | X | X | X | 262,000.00 |
| Account No. 4388576025685390 | | | | Credit Card | | | | |
| Chase PO Box 15298 Wilmington, DE 19850 | | H | | | | | | 8,830.00 |

Sheet no. __6___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 859,830.00 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                                      ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| Chi Fai Yau 8 Smith Cour Alameda, CA 94502 | X | | | | X | X | X | 120,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Chris Coyne 3101 S Ocean Drive Unit 808 Hollywood, FL 33019 | X | | | | X | X | X | 550,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Christy So 138 Hudson Bay Alameda, CA 94502 | X | | | | X | X | X | 50,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| CHW Services, Inc. Dr. Randal Woodward 1758 S 105th Street Omaha, NE 61824 | X | | | | X | X | X | 400,000.00 |
| Account No. 5424180801711160 | | W | | Credit Card | | | | |
| Citi Bank Processing Center Des Moines, IA 50363 | | | | | | | | 26,317.00 |

Sheet no. __7__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 1,146,317.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                              , Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **7510790000126040** <br><br> **Citi Bank** <br> **Processing Center** <br> **Des Moines, IA 50364** | | W | | Credit Card | | | | 12,642.00 |
| Account No. **5466160035251570** <br><br> **Citibank** <br> **PO Box** <br> **Sioux Falls, SD 57117** | | H | | Credit Card | | | | 20,291.00 |
| Account No. **5424180841766740** <br><br> **Citibank** <br> **PO Box** <br> **Sioux Falls, SD 57118** | | H | | Credit Card | | | | 10,530.00 |
| Account No. <br><br> **Coyne Foundation** <br> **3101 S Ocean Drive Unit 808** <br> **Hollywood, FL 33019** | X | | | Partnership Investor | | | | 100,000.00 |
| Account No. <br><br> **Dale Sims** <br> **2316 Bransley Place** <br> **Duluth, GA 30097** | X | | | Partnership Investor | | | | 2,150,000.00 |

Sheet no. __8__ of __32__ sheets attached to Schedule of      Subtotal      2,293,463.00
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Dan Blocker<br>3210 Justamere Lane<br>Woodridge, IL 60517 | X | | | | Partnership Investor | | | | 50,000.00 |
| Account No.<br><br>Daniel NG<br>205 Indian Bay<br>Alameda, CA 94502 | X | | | | Partnership Investor | | | | 200,000.00 |
| Account No.<br><br>David & Julia Edmundson<br>796 Carol Avenue<br>Elgin, IL 60123 | X | | | | Partnership Investor | | | | 50,000.00 |
| Account No.<br><br>Diana Wilkins<br>1704 Catch Fly Cove<br>Cedar Park, TX 78613 | X | | | | Partnership Investor | | | | 60,000.00 |
| Account No.<br><br>Diana Wood<br>101 S. Main Street<br>Algonquin, IL 60102 | X | | | | Partnership Investor | | | | 50,000.00 |

Sheet no. __9___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **410,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William Kanatas** _____,   Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Dolores J. Crawford<br>140 Summer Breeze Dr<br>Bull Shoals, AR 72619 | X | | | | Partnership Investor | | | | 100,000.00 |
| Account No.<br><br>Donald & Charlotte Zlotkowski<br>7719 Joliet Drive<br>Tinley Park, IL 60477 | X | | | | Partnership Investor | | | | 75,000.00 |
| Account No.<br><br>Draper & Kramer<br>33 W Monroe St<br>Chicago, IL 60603 | J | | | | Company Loan (Business) | | | | 50,000.00 |
| Account No.<br><br>Edward & Peggy Kissman<br>9332 Beaver Pond Ct<br>Lakewood, IL 60014 | X | | | | Partnership Investor | | | | 100,000.00 |
| Account No.<br><br>Family Bank & Trust<br>10360 S Roberts Rd<br>Palos Hills, IL 60465 | H | | | | guaranty of Harvey Building Mtg. (Business) | X | | | 400,000.00 |

Sheet no. __10__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   725,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                              ,         Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| Ferne Hurwitz 653 Golf Lane Lake Barrington, IL 60010 | X | | | | | | | 150,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Fidelity Insurance Company LTD. The First Commercial Center, 3rd FL Suite #7 P.O.Box F-42459 Freeport BAHAMAS | X | | | | X | X | X | 5,492,066.00 |
| Account No. | | | | Partnership Investor | | | | |
| Founders Crossing 20550 S LaGrange Rd Suite 300 Frankfort, IL 60423 | X | | | | X | | X | 16,000.00 |
| Account No. 6034590139325390 | | | | Credit Card | | | | |
| GE Money PO Box 981127 El Paso, TX 79998 | | H | | | | | | 7,469.00 |
| Account No. | | | | for notice purposes | | | | |
| Gem Global Holdings LLC c/o Anthony Barone 635 Butterfield Rd., Ste. 145 Oakbrook Terrace, IL 60181 | - | | | | | | X | Unknown |

Sheet no. __11__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,665,535.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas**                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | for notice purposes | | | | |
| **Gem Real Estate LLC** **c/o Tom Matthews** **20550 S. LaGrange Rd., Ste. 200** **Frankfort, IL 60423** | - | | | | | X | **Unknown** |
| Account No. | | | potential contribution claim | | | | |
| **General Motors Mtg Corp** **Po Box 780** **Waterloo, IA 50704** | - | | | X | X | X | **Unknown** |
| Account No. | | | Partnership Investor | | | | |
| **George Gangas** **1511 Pinehurst Drive** **Darien, IL 60561** | X | | | X | X | X | **500,000.00** |
| Account No. | | | Partnership Investor | | | | |
| **George Gatsis** **9110 Pine Needle Path** **Bull Valley, IL 60097-9400** | X | | | X | X | X | **50,000.00** |
| Account No. | | | Partnership Investor | | | | |
| **George Minogue** **9395 Nicklaus Ln** **Village Of Lakewood, IL 60014** | X | | | X | X | X | **50,000.00** |

Sheet no. __12__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**600,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas** _____,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Partnership Investor | | | | |
| George Venturella 20544 Abbey Dr Frankfort, IL 60423 | X | | | X | X | X | 300,000.00 |
| Account No. | | | Partnership Investor | | | | |
| Gregory & Suzanna Coyne 8 Smith Street Alameda, CA 94502 | X | | | X | X | X | 350,000.00 |
| Account No. 6035320075329590 | | | Credit Card | | | | |
| Home Depot PO Box 653000 Dallas, TX 75265 | | H | | | | | 14,958.00 |
| Account No. | | | Partnership Investor | | | | |
| Howard Sacks 440 S. Broad St. #2901 Philadelphia, PA 19146 | X | | | X | X | X | 100,000.00 |
| Account No. 6044161001073270 | | | Credit Card | | | | |
| IKEA PO Box 981064 El Paso, TX 79998 | | H | | | | | 2,043.00 |

Sheet no. __13__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **767,001.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                                  ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | for notice purposes | | | | |
| **Intercoastal Administration, Inc. c/o Anthony Barone 635 Butterfield Road, Ste. 145 Oakbrook Terrace, IL 60181** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Intervest Commercial Mortgage Fund** | - | | | | X | X | X | **485,000.00** |
| Account No. | | | | Partnership Investor | | | | |
| **James & Connie Crawford 395 Capital Ln Gurnee, IL 60031** | X | | | | X | X | X | **100,000.00** |
| Account No. | | | | Partnership Investor | | | | |
| **James & Lynn Kokenes 510 N Richmond Ave Westmont, IL 60559** | X | | | | X | X | X | **180,000.00** |
| Account No. | | | | Partnership Investor | | | | |
| **James Born 700 Gaslight Drive Algonquin, IL 60102** | X | | | | X | X | X | **155,000.00** |

Sheet no. __**14**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**920,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas**_____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| Janet NG 205 Indian Bay Alameda, CA 94502 | X | | | | X | X | X | 50,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Jean Vondriska 8032 W 27th St North Riverside, IL 60546 | X | | | | X | X | X | 59,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Jeanne Misch 8222 Parkridge Lane Greendale, WI 53129 | X | | | | X | X | X | 400,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| JEP Services, Inc. Dr. Eric Phillips 7909 Poppleton Ave Omaha, NE 68124 | X | | | | X | X | X | 150,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Jim Dimitriou 6711 Fox Run Crystal Lake, IL 60012 | X | | | | X | X | X | 250,000.00 |

Sheet no. __15__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **909,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Joe & Rita Vignati**<br>**8 Alston Bay**<br>**Buffalo, SC 29909** | X | | | Partnership Investor | X | X | X | 50,000.00 |
| Account No.<br><br>**Joe Charters**<br>**18310 Fairway Oaks Square**<br>**Leesburg, VA 20176** | X | | | Partnership Investor | X | X | X | 100,000.00 |
| Account No.<br><br>**John C. Cole, Jr for Joan A. Cole**<br>**394 Hunter Drive**<br>**Carol Stream, IL 60188** | X | | | Partnership Investor | X | X | X | 100,000.00 |
| Account No.<br><br>**John Levi & Carole Knope-Levi**<br>**8774 East Phillips Place**<br>**Centennial, CO 87112** | X | | | Partnership Investor | X | X | X | 120,000.00 |
| Account No.<br><br>**John Warnock**<br>**3109 W MLK Blvd. Ste 300**<br>**Tampa, FL 33607** | X | | | Partnership Investor | X | X | X | 35,000.00 |

Sheet no. __16__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **405,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas**                                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Partnership Investor | | | | |
| Joseph Solana Jr. Living Trust 7 Alfred Street Savannah, GA 31402 | X | | | X | X | X | 350,000.00 |
| Account No. | | | Partnership Investor | | | | |
| Katherine & George Raupp 3150 N. Betty Drive Arlington Heights, IL 60004 | X | | | X | X | X | 50,000.00 |
| Account No. | | | Partnership Investor | | | | |
| Katrina Tang 138 Hudson Bay Alameda, CA 94502 | X | | | X | X | X | 250,000.00 |
| Account No. | | | Partnership Investor | | | | |
| KJF Services Dr. Jonathon Fuller 9806 Fieldcrest Drive Omaha, NE 68114 | X | | | X | X | X | 600,000.00 |
| Account No. | | | Partnership Investor | | | | |
| KJM Services, Inc. Dr. John McClellan 12715 Westchester Plaza Omaha, NE 68154 | X | | | X | X | X | 200,000.00 |

Sheet no. __17__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,450,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **William Kanatas**                                    ,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kohls** | | J | Credit Card | | | | **1,958.00** |
| Account No. **Kyle Gaspar** 100 E. Bellevue Apt.15C Chicago, IL 60611 | X | | Partnership Investor | X | X | X | **50,000.00** |
| Account No. **Linda Stueck** 256 Dalton Avenue Mundelein, IL 60060 | X | | Partnership Investor | X | X | X | **25,000.00** |
| Account No. **Mark Hurwitz** 3215 Larkspur Drive Crystal Lake, IL 60012 | X | | Partnership Investor | X | X | X | **150,000.00** |
| Account No. **Martha Winter** 482 River Front Circle Naperville, IL 60540 | X | | Partnership Investor | X | X | X | **50,000.00** |

Sheet no. __18__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**276,958.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas** _____,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mary Charters** <br> **18310 Fairway Oaks Square** <br> **Leesburg, VA 20176** | X | | Partnership Investor | X | X | X | 100,000.00 |
| Account No. **226754** <br><br> **MB Financial** <br> **366 South Harlem Avenue** <br> **Tinley Park, IL 60477** | | H | guaranty re St. Francis and 78th Ave Mtg (Business) | X | X | | 713,000.00 |
| Account No. <br><br> **Mike & Grieselda Bailey** <br> **29292 Clipper Way Laguna** <br> **Niguel, CA 92677** | X | | Partnership Investor | X | X | X | 50,000.00 |
| Account No. <br><br> **Millenium Trust Company** <br> **FBO Mark Hurwitz** <br> **3215 Larkspur Drive** <br> **Crystal Lake, IL 60012** | X | | Partnership Investor | X | X | X | 115,000.00 |
| Account No. <br><br> **Millennium** <br> **FBO Jack Hurley** <br> **110 59th Street** <br> **Willowbrook, IL 60527** | X | | Partnership Investor | X | X | X | 45,000.00 |

Sheet no. __19__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,023,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas**                                                          ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| **Millennium FBO Joan Hurley 110 59th Street Willowbrook, IL 60527** | X | | | | X | X | X | 65,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| **Millennium Trust FBO Ferne Hurwitz 653 Golf Lane Lake Barrington, IL 60010** | X | | | | X | X | X | 235,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| **Millennium Trust FBO Gray Stenn/Tim Tebockhorst 1200 Harger Rd Suite 521 Oakbrook, IL 60525** | X | | | | X | X | X | 25,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| **Millennium Trust FBO James Born 700 Gaslight Drive Algonquin, IL 60102** | X | | | | X | X | X | 141,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| **Millennium Trust FBO James Rust 820 Jorie Boulevard Suite 420 Oak Brook, IL 60523** | X | | | | X | X | X | 901,500.00 |

| Sheet no. __20__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,367,500.00 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                                    ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| Millennium Trust FBO Jayne L'Heureux 2165 S.E. Lucie Blvd Stuart, FL 34996 | X | | | | X | X | X | 120,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Millennium Trust FBO Linda Stueck 256 Dalton Avenue Mundelein, IL 60060 | X | | | | X | X | X | 40,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Millennium Trust FBO Loren Engelhardt 5149 W Farwell Avenue Skokie, IL 60077 | X | | | | X | X | X | 141,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Millennium Trust FBO Mary Rust 404 Brookgreen Drive Lumberton, NC 28358 | X | | | | X | X | X | 117,500.00 |
| Account No. | | | | Partnership Investor | | | | |
| Millennium Trust FBO Robin Hladky Fox 5170 Morningview Drive Hoffman Estates, IL 60192 | X | | | | X | X | X | 115,000.00 |

Sheet no. __21__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

533,500.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Partnership Investor | | | | | | |
| Millennium Trust FBO Roland L'Heureux 2165 S.E. Lucie Blvd Stuart, FL 34996 | X | | | | X | X | X | 625,000.00 |
| Account No. | | Partnership Investor | | | | | | |
| Millennium Trust Co. FBO Joseph Charters 18310 Fairway Oaks Squarek Leesburg, VA 20176 | X | | | | X | X | X | 173,000.00 |
| Account No. | | Partnership Investor | | | | | | |
| Millennium Trust Co. FBO Mary Charters 18310 Fairway Oaks Square Leesburg, VA 20176 | X | | | | X | X | X | 565,500.00 |
| Account No. | | Partnership Investor | | | | | | |
| MTB Services Dr. Timothy Bird 4954 S. 176th Circle Omaha, NE 68135 | X | | | | X | X | X | 50,000.00 |
| Account No. | | Partnership Investor | | | | | | |
| Neil Solanski 278 W Fairview Circle Palantine, IL 60067 | X | | | | X | X | X | 50,000.00 |

Sheet no. __22__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,463,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| NG & Associates 19 Leonard Ct Alameda, CA 94502 | X | | | | X | X | X | 50,000.00 |
| Account No. 123259908 | | | | Credit Card | | | | |
| Nordstrom PO Box 79134 Phoenix, AZ 85062 | | | J | | | | | 4,736.00 |
| Account No. | | | | Partnership Investor | | | | |
| Patricia Kelly 813 Mons Way Gathnburg, TN 37738 | X | | | | X | X | X | 60,000.00 |
| Account No. | | | | Business loan | | | | |
| Paul Franczyk c/o Robin Philip Jesk 15150 S. Cicero Avenue Oak Forest, IL 60452 | - | | | | | | X | 200,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Paul Morell 14901 S Heritagecrest Way Suite B Bluffdale, UT 84065 | X | | | | X | X | X | 700,000.00 |

Sheet no. __23__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,014,736.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas**                                        ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Partnership Investor | | | | |
| Pensco Trust FBO Ferrell Kemp 7215 Inverway Drive Crystal Lake, IL 60014 | X | | | | | X | X | X | 130,000.00 |
| Account No. | | | | | Partnership Investor | | | | |
| Pensco Trust FBO Jean Vondriska 8032 W 27th St North Riverside, IL 60546 | X | | | | | X | X | X | 20,000.00 |
| Account No. | | | | | Partnership Investor | | | | |
| Pete Giacalone Trust 10108 Pacific Avenue Franklin Park, IL 60131 | X | | | | | X | X | X | 400,000.00 |
| Account No. | | | | | Partnership Investor | | | | |
| Peter Skouiris 307 Dundee Rd Barrington Hills, IL 60010 | X | | | | | X | X | X | 200,000.00 |
| Account No. | | | | | Partnership Investor | | | | |
| Phil Morell 14901 S Heritagecrest Way Suite B Bluffdale, UT 84065 | X | | | | | X | X | X | 700,000.00 |

Sheet no. __24__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,450,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas** _____ ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.                          debt of Gem Development, LLC | | | | | | | | | |
| Prinipical Financial Group c/o Receivable Mgmt. Services 1250 E. Diehl Rd., Suite 300 Naperville, IL 60563 | - | | | | | | | X | 669.44 |
| Account No.                          Partnership Investor | | | | | | | | | |
| Quinta Luna Foundation Pat Bowman 2653 S 96th Circle Omaha, NE 68124 | X | | | | | X | X | X | 250,000.00 |
| Account No.                          Partnership Investor | | | | | | | | | |
| Rick & Diana Voss 727 Spindletree Ave Naperville, IL 60565 | X | | | | | X | X | X | 100,000.00 |
| Account No.              Do not owe them any money may have claim (Business) | | | | | | | | | |
| Robert Parsons 300 Gulf Boulevard Bellair Shores, FL 33786 | H | | | | | | | X | 0.00 |
| Account No.                          Partnership Investor | | | | | | | | | |
| Robin Hladky-Fox 5170 Morningview Drive Hoffman Estates, IL 60192 | X | | | | | X | X | X | 75,000.00 |

Sheet no. __25__ of __32__ sheets attached to Schedule of     Subtotal     | 425,669.44
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas**                                                      ,        Case No. _____
                                           **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Partnership Investor | | | | |
| Roland & Jayne L'Heueux 2165 S.E. Lucie Blvd Stuart, FL 34996 | X | | | | X | X | X | 1,800,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Ronald & Patricia Servant 35 Canario Drive Warren, RI 02885 | X | | | | X | X | X | 150,000.00 |
| Account No. | | | | for notice purposes | | | | |
| Route 30 & Harlem, LLC c/o Anthony Barone 635 Butterfield Road, Ste. 145 Oak Brook Terrace, IL 60181 | - | | | | | | X | Unknown |
| Account No. | | | | 11/07 - 1/08  services to Gem Real estate | | | | |
| Schain, Burney, Ross & Citron, Ltd. 222 North LaSalle Street Suite 1910 Chicago, IL 60601 | X | - | | | | | X | 17,532.10 |
| Account No. | | | | Partnership Investor | | | | |
| Sharon Dooley as Trustee of Sharon Dooley Living Trust 6333 Parkview Road Greendale, WI 53129 | X | | | | X | X | X | 500,000.00 |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,467,532.10**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                      ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| Siu Ming Christy So. 138 Hudson Bay Alameda, CA 94502 | X | | | | X | X | X | 150,000.00 |
| Account No. | | | | cell service | | | | |
| Sprint PO Box 6419 Carol Stream, IL 60197 | - | | | | | | | 400.00 |
| Account No. | | | | Partnership Investor | | | | |
| Stanley Cohn, Joyce Cohn, Melanie Shandalov & Sherly Fair 8520 N. Christiana Avenue Skokie, IL 60076 | X | | | | X | X | X | 95,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Stephen Lemon 1625 Funny Circle Drive Waxhaw, NC 28173 | X | | | | X | X | X | 100,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Steve & Janet Brown 11 La Quinta Court Lake in the Hills, IL 60156 | X | | | | X | X | X | 100,000.00 |

Sheet no. __27__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          445,400.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Kanatas**                                               , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | guaranty re Shorewood Mtg #1 (Business) | | | | |
| TCF Bank 800 Burr Ridge Parkway Burr Ridge, IL 60521 | | H | | | X | X | | |
| | | | | | | | | 2,800,000.00 |
| Account No. **100184** | | | | guaranty re Twinbrooks Retail Strip Center Mtg. (Business) | | | | |
| TCF Bank 800 Burr Ridge Parkway Burr Ridge, IL 60521 | | H | | | X | X | | |
| | | | | | | | | 5,568,000.00 |
| Account No. | | | | Mannheim Building Mtg (Business) guaranty | | | | |
| TCF Bank 800 Burr Ridge Parkway Burr Ridge, IL 60521 | | H | | | X | X | | |
| | | | | | | | | 2,900,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Tim Chia 76 Bexley Ct N. Barrington, IL 60010 | X | | | | X | X | X | |
| | | | | | | | | 50,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Tim Tebockhorst 1200 Harger Rd Suite 521 Oakbrook, IL 60525 | X | | | | X | X | X | |
| | | | | | | | | 50,000.00 |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,368,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Kanatas**                                                              , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Tom Denham**<br>**16924 Frances Street Suite 210**<br>**Omaha, NE 68130** | X | | | | **Partnership Investor** | X | X | X | **50,000.00** |
| Account No.<br><br>**Tom Falcone**<br>**1004 Sylvan Circle**<br>**Naperville, IL 60540** | X | | | | **Partnership Investor** | X | X | X | **100,000.00** |
| Account No.<br><br>**Tom Matthews**<br>**20550 S. LaGrange Rd.**<br>**Suite 200**<br>**Frankfort, IL 60423** | - | | | | **possible contribution claims** | | | X | **Unknown** |
| Account No.<br><br>**Usama Hamdan**<br>**28 Martingale Ln**<br>**Westwood, MA 02090** | X | | | | **Partnership Investor** | | | | **100,000.00** |
| Account No.<br><br>**Vishnu & Dhairyabala Patel**<br>**19015 Harding Ave**<br>**Floosmore, IL 60422** | X | | | | **Partnership Investor** | X | X | X | **200,000.00** |

Sheet no. __**29**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __William Kanatas_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **VP Ventures LLC c/o Christine A. Boyle 15 Salt Creek Lane #207 Hinsdale, IL 60521** | - | | | for notice purposes | | | X | **Unknown** |
| Account No. **Walnut Grove Centre Phase 20550 S Lagrange Rd Suite 300 Frankfort, IL 60423** | X | | | Partnership Investor | | | | **693,100.00** |
| Account No. 2003689798 **Wells Fargo PO Box 10475 Des Moines, IA 50309** | | H | | Credit Card | | | | **4,040.00** |
| Account No. 2902590427 **Wells Fargo PO Box 10475 Des Moines, IA 50310** | | H | | Credit Card | | | | **3,534.00** |
| Account No. 4071100022110060 **Wells Fargo PO Box 10475 Des Moines, IA 50311** | | H | | Credit Card | | | | **2,312.00** |

Sheet no. _**30**_ of _**32**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**702,986.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **William Kanatas** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6048700005060160** | | | | Credit Card | | | | |
| **Wells Fargo** **PO Box 10475** **Des Moines, IA 50312** | | H | | | | | | **4,548.00** |
| Account No. | | | | Partnership Investor | | | | |
| **William & Leonae fair** **1120 Virginia Avenue** **Libertyville, IL 60048** | X | | | | X | X | X | **45,000.00** |
| Account No. | | | | Partnership Investor | | | | |
| **William Lemon** **7210 Torrington** **Springfield, IL 62711** | X | | | | X | X | X | **100,000.00** |
| Account No. | | | | Partnership Investor | | | | |
| **Wing Ng** **19 Leonard Court** **Alameda, CA 94502** | X | | | | X | X | X | **130,000.00** |
| Account No. | | | | Partnership Investor | | | | |
| **Woodmont Mgmt** **FBO Pembroke, LLC** **8 Pembroke Lane** **Oakbrook, IL 60523** | X | | | | X | X | X | **400,000.00** |

Sheet no. __31__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **679,548.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William Kanatas** _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Partnership Investor | | | | |
| Woodmont Mgmt 14 Par-La-Ville Road Fifth Floor PO Box HM 2958 Hamilton HM MX BERMUDA | X | | | | X | X | X | 900,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Yat Choi Yeung 248 McDonnel Road Alameda, CA 94502 | X | | | | X | X | X | 150,000.00 |
| Account No. | | | | Partnership Investor | | | | |
| Zach Leonard 205 Briarwood Loop Oakbrook, IL 60523 | X | | | | X | X | X | 50,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __32__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,100,000.00 |
| Total (Report on Summary of Schedules) | 62,448,958.54 |

B6G (Official Form 6G) (12/07)

In re    **William Kanatas**                                              ,    Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **American Honda Finance**<br>**P.O. 1844**<br>**Alpharetta, GA 30023** | **Lease of Honda automobile dated 12/31/07. 31 payments remain at $322.18 each** |
| **Tom Gangas** | **lease of residence** |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **William Kanatas**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FEP | Allan & Marilyn Meyer<br>28100 N. Ashley Circle Suite 109<br>Libertyville, IL 60048-9479 |
| FEP | Alvin & Cindy Weintraub<br>16 Hickory Bow<br>McComb, IL 61455 |
| FEP | Amerititle, Inc.<br>20000 Govenors Drive<br>Building 4, Suite 103<br>Olympia Fields, IL 60461 |
| FEP | Andrea Blickle<br>7450 Bonnie Drive<br>Lakewood, IL 60014 |
| FEP | Ann Vondriska<br>8705 Stevens Drive<br>Oak Lawn, IL 60453 |
| FEP | Calvin NG<br>138 Hudson Bay<br>Alameda, CA 94502 |
| FEP | Caryn Jones<br>1180 Iron Point Rd. Suite 145A<br>Folsom, CA 95630 |
| FEP | Chi Fai Yau<br>8 Smith Cour<br>Alameda, CA 94502 |
| FEP | CHW Services, Inc.<br>Dr. Randal Woodward<br>1758 S 105th Street<br>Omaha, NE 61824 |
| FEP | Coyne Foundation<br>3101 S Ocean Drive Unit 808<br>Hollywood, FL 33019 |
| FEP | Dale Sims<br>2316 Bransley Place<br>Duluth, GA 30097 |

**11**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **William Kanatas**                                           ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **FEP** | **Daniel NG**<br>**205 Indian Bay**<br>**Alameda, CA 94502** |
| **FEP** | **David & Julia Edmundson**<br>**796 Carol Avenue**<br>**Elgin, IL 60123** |
| **FEP** | **Diana Wilkins**<br>**1704 Catch Fly Cove**<br>**Cedar Park, TX 78613** |
| **FEP** | **Diana Wood**<br>**101 S. Main Street**<br>**Algonquin, IL 60102** |
| **FEP** | **Dolores J. Crawford**<br>**140 Summer Breeze Dr**<br>**Bull Shoals, AR 72619** |
| **FEP** | **Donald & Charlotte Zlotkowski**<br>**7719 Joliet Drive**<br>**Tinley Park, IL 60477** |
| **FEP** | **Founders Crossing**<br>**20550 S LaGrange Rd Suite 300**<br>**Frankfort, IL 60423** |
| **FEP** | **George Gangas**<br>**1511 Pinehurst Drive**<br>**Darien, IL 60561** |
| **FEP** | **Gregory & Suzanna Coyne**<br>**8 Smith Street**<br>**Alameda, CA 94502** |
| **FEP** | **James & Connie Crawford**<br>**395 Capital Ln**<br>**Gurnee, IL 60031** |
| **FEP** | **James & Lynn Kokenes**<br>**510 N Richmond Ave**<br>**Westmont, IL 60559** |
| **FEP** | **James Born**<br>**700 Gaslight Drive**<br>**Algonquin, IL 60102** |
| **FEP** | **Jean Vondriska**<br>**8032 W 27th St**<br>**North Riverside, IL 60546** |

Sheet   __1__   of   __11__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **William Kanatas**                          ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS
<div align="center">(Continuation Sheet)</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **FEP** | **Jeanne Misch**<br>**8222 Parkridge Lane**<br>**Greendale, WI 53129** |
| **FEP** | **JEP Services, Inc.**<br>**Dr. Eric Phillips**<br>**7909 Poppleton Ave**<br>**Omaha, NE 68124** |
| **FEP** | **Joe Charters**<br>**18310 Fairway Oaks Square**<br>**Leesburg, VA 20176** |
| **FEP** | **John C. Cole, Jr for Joan A. Cole**<br>**394 Hunter Drive**<br>**Carol Stream, IL 60188** |
| **FEP** | **John Levi & Carole Knope-Levi**<br>**8774 East Phillips Place**<br>**Centennial, CO 87112** |
| **FEP** | **John Warnock**<br>**3109 W MLK Blvd. Ste 300**<br>**Tampa, FL 33607** |
| **FEP** | **Joseph Solana Jr. Living Trust**<br>**7 Alfred Street**<br>**Savannah, GA 31402** |
| **FEP** | **Katherine & George Raupp**<br>**3150 N. Betty Drive**<br>**Arlington Heights, IL 60004** |
| **FEP** | **Katrina Tang**<br>**138 Hudson Bay**<br>**Alameda, CA 94502** |
| **FEP** | **KJF Services**<br>**Dr. Jonathon Fuller**<br>**9806 Fieldcrest Drive**<br>**Omaha, NE 68114** |
| **FEP** | **KJM Services, Inc.**<br>**Dr. John McClellan**<br>**12715 Westchester Plaza**<br>**Omaha, NE 68154** |
| **FEP** | **Linda Stueck**<br>**256 Dalton Avenue**<br>**Mundelein, IL 60060** |

Sheet   **2**   of   **11**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **William Kanatas**                                    , Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **FEP** | **Bravo Properties**<br>**C/O Lou Leonard**<br>**205 Briarwood Loop**<br>**Oakbrook, IL 60523** |
| **FEP** | **Millenium Trust Company**<br>**FBO Mark Hurwitz**<br>**3215 Larkspur Drive**<br>**Crystal Lake, IL 60012** |
| **FEP** | **Millennium**<br>**FBO Jack Hurley**<br>**110 59th Street**<br>**Willowbrook, IL 60527** |
| **FEP** | **Millennium**<br>**FBO Joan Hurley**<br>**110 59th Street**<br>**Willowbrook, IL 60527** |
| **FEP** | **Millennium Trust**<br>**FBO Ferne Hurwitz**<br>**653 Golf Lane Lake**<br>**Barrington, IL 60010** |
| **FEP** | **Millennium Trust**<br>**FBO Gray Stenn/Tim Tebockhorst**<br>**1200 Harger Rd Suite 521**<br>**Oakbrook, IL 60525** |
| **FEP** | **Millennium Trust**<br>**FBO James Born**<br>**700 Gaslight Drive**<br>**Algonquin, IL 60102** |
| **FEP** | **Millennium Trust**<br>**FBO James Rust**<br>**820 Jorie Boulevard Suite 420**<br>**Oak Brook, IL 60523** |
| **FEP** | **Millennium Trust**<br>**FBO Jayne L'Heureux**<br>**2165 S.E. Lucie Blvd**<br>**Stuart, FL 34996** |
| **FEP** | **Millennium Trust**<br>**FBO Linda Stueck**<br>**256 Dalton Avenue**<br>**Mundelein, IL 60060** |

Sheet __3__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **William Kanatas**                                          ,   Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **FEP** | **Millennium Trust**<br>**FBO Loren Engelhardt**<br>**5149 W Farwell Avenue**<br>**Skokie, IL 60077** |
| **FEP** | **Millennium Trust**<br>**FBO Mary Rust**<br>**404 Brookgreen Drive**<br>**Lumberton, NC 28358** |
| **FEP** | **Millennium Trust**<br>**FBO Robin Hladky Fox**<br>**5170 Morningview Drive**<br>**Hoffman Estates, IL 60192** |
| **FEP** | **Millennium Trust**<br>**FBO Roland L'Heureux**<br>**2165 S.E. Lucie Blvd**<br>**Stuart, FL 34996** |
| **FEP** | **Millennium Trust Co.**<br>**FBO Joseph Charters**<br>**18310 Fairway Oaks Squarek**<br>**Leesburg, VA 20176** |
| **FEP** | **Millennium Trust Co.**<br>**FBO Mary Charters**<br>**18310 Fairway Oaks Square**<br>**Leesburg, VA 20176** |
| **FEP** | **MTB Services**<br>**Dr. Timothy Bird**<br>**4954 S. 176th Circle**<br>**Omaha, NE 68135** |
| **FEP** | **Patricia Kelly**<br>**813 Mons Way**<br>**Gathnburg, TN 37738** |
| **FEP** | **Paul Morell**<br>**14901 S Heritagecrest Way Suite B**<br>**Bluffdale, UT 84065** |
| **FEP** | **Phil Morell**<br>**14901 S Heritagecrest Way Suite B**<br>**Bluffdale, UT 84065** |
| **FEP** | **Pensco Trust**<br>**FBO Ferrell Kemp**<br>**7215 Inverway Drive**<br>**Crystal Lake, IL 60014** |

Sheet __4__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **William Kanatas**                                          ,     Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **FEP** | **Pensco Trust**<br>**FBO Jean Vondriska**<br>**8032 W 27th St**<br>**North Riverside, IL 60546** |
| **FEP** | **Pete Giacalone Trust**<br>**10108 Pacific Avenue**<br>**Franklin Park, IL 60131** |
| **FEP** | **Quinta Luna Foundation**<br>**Pat Bowman**<br>**2653 S 96th Circle**<br>**Omaha, NE 68124** |
| **FEP** | **Robin Hladky-Fox**<br>**5170 Morningview Drive**<br>**Hoffman Estates, IL 60192** |
| **FEP** | **Roland & Jayne L'Heueux**<br>**2165 S.E. Lucie Blvd**<br>**Stuart, FL 34996** |
| **FEP** | **Ronald & Patricia Servant**<br>**35 Canario Drive**<br>**Warren, RI 02885** |
| **FEP** | **Sharon Dooley as Trustee**<br>**of Sharon Dooley Living Trust**<br>**6333 Parkview Road**<br>**Greendale, WI 53129** |
| **FEP** | **Siu Ming Christy So.**<br>**138 Hudson Bay**<br>**Alameda, CA 94502** |
| **FEP** | **Stanley Cohn, Joyce Cohn,**<br>**Melanie Shandalov & Sherly Fair**<br>**8520 N. Christiana Avenue**<br>**Skokie, IL 60076** |
| **FEP** | **Stephen Lemon**<br>**1625 Funny Circle Drive**<br>**Waxhaw, NC 28173** |
| **FEP** | **Usama Hamdan**<br>**28 Martingale Ln**<br>**Westwood, MA 02090** |
| **FEP** | **Vishnu & Dhairyabala Patel**<br>**19015 Harding Ave**<br>**Floosmore, IL 60422** |

Sheet __5__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **William Kanatas**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **FEP** | **Walnut Grove Centre Phase**<br>**20550 S Lagrange Rd Suite 300**<br>**Frankfort, IL 60423** |
| **FEP** | **William & Leonae fair**<br>**1120 Virginia Avenue**<br>**Libertyville, IL 60048** |
| **FEP** | **William Lemon**<br>**7210 Torrington**<br>**Springfield, IL 62711** |
| **FEP** | **Woodmont Mgmt**<br>**FBO Pembroke, LLC**<br>**8 Pembroke Lane**<br>**Oakbrook, IL 60523** |
| **FEP** | **Yat Choi Yeung**<br>**248 McDonnel Road**<br>**Alameda, CA 94502** |
| **FEP** | **Zach Leonard**<br>**205 Briarwood Loop**<br>**Oakbrook, IL 60523** |
| **FEP** | **Christy So**<br>**138 Hudson Bay**<br>**Alameda, CA 94502** |
| **FGEP** | **Acadia Life**<br>**48 Par-La-Ville Road, Suite 1646**<br>**Hamilton HM 11**<br>**BERMUDA** |
| **FGEP** | **Fidelity Insurance Company LTD.**<br>**The First Commercial Center, 3rd FL**<br>**Suite #7 P.O.Box F-42459 Freeport**<br>**BAHAMAS** |
| **FGEP** | **Woodmont Mgmt**<br>**14 Par-La-Ville Road Fifth Floor**<br>**PO Box HM 2958 Hamilton HM MX**<br>**BERMUDA** |
| **Gem Real Estate LLC** | **Schain, Burney, Ross & Citron, Ltd.**<br>**222 North LaSalle Street**<br>**Suite 1910**<br>**Chicago, IL 60601** |
| **Gem Realestate LLC** | **Bay Farm LLC**<br>**3101 S Ocean Drive Unit 808**<br>**Hollywood, FL 33019** |

Sheet __6__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **William Kanatas**                                              ,   Case No. _____
                                                         Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gem Realestate LLC** | **Chris Coyne**<br>**3101 S Ocean Drive Unit 808**<br>**Hollywood, FL 33019** |
| **Palamino Trace II, LLC** | **Daniel NG**<br>**205 Indian Bay**<br>**Alameda, CA 94502** |
| **Palamino Trace Phase II, LLC** | **Albinus & Magdaline Raupp**<br>**3410 Buffalo Grove Road**<br>**Arlington Heights, IL 60004** |
| **Palamino Trace Phase II, LLC** | **Alliance International Holdings**<br>**Dave Dyer**<br>**One Ward Parkway Suite 345**<br>**Kansas City, MO 64112** |
| **Palamino Trace Phase II, LLC** | **Coyne Foundation**<br>**3101 S Ocean Drive Unit 808**<br>**Hollywood, FL 33019** |
| **Palamino Trace Phase II, LLC** | **Dan Blocker**<br>**3210 Justamere Lane**<br>**Woodridge, IL 60517** |
| **Palamino Trace Phase II, LLC** | **Ferne Hurwitz**<br>**653 Golf Lane Lake**<br>**Barrington, IL 60010** |
| **Palamino Trace Phase II, LLC** | **Gregory & Suzanna Coyne**<br>**8 Smith Street**<br>**Alameda, CA 94502** |
| **Palamino Trace Phase II, LLC** | **James & Connie Crawford**<br>**395 Capital Ln**<br>**Gurnee, IL 60031** |
| **Palamino Trace Phase II, LLC** | **James & Lynn Kokenes**<br>**510 N Richmond Ave**<br>**Westmont, IL 60559** |
| **Palamino Trace Phase II, LLC** | **James Born**<br>**700 Gaslight Drive**<br>**Algonquin, IL 60102** |
| **Palamino Trace Phase II, LLC** | **Katrina Tang**<br>**138 Hudson Bay**<br>**Alameda, CA 94502** |
| **Palamino Trace Phase II, LLC** | **Roland & Jayne L'Heueux**<br>**2165 S.E. Lucie Blvd**<br>**Stuart, FL 34996** |

Sheet __7__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re   **William Kanatas**                                              ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Palamino Trace Phase II, LLC** | **Tom Denham**<br>**16924 Frances Street Suite 210**<br>**Omaha, NE 68130** |
| **Palamino Trace Phase II, LLC** | **Woodmont Mgmt**<br>**FBO Pembroke, LLC**<br>**8 Pembroke Lane**<br>**Oakbrook, IL 60523** |
| **Palamino Trace, LLC** | **Allegience Bank**<br>**8001 W. 183rd Street**<br>**Tinley Park, IL 60477** |
| **Route 30 & 78 Ave LLC** | **Rick & Diana Voss**<br>**727 Spindletree Ave**<br>**Naperville, IL 60565** |
| **Route 30 & 78th Ave LLC** | **Allan Michelle**<br>**908 Hilldale Ln**<br>**Buffalo Grove, IL 60089** |
| **Route 30 & 78th Ave LLC** | **Andrew B. Sacks**<br>**2271 Jefferson Lane**<br>**Huntingdon Valley, PA 19006-6042** |
| **Route 30 & 78th Ave LLC** | **Bruce Berg**<br>**691 London Square**<br>**Hoffman Estates, IL 60194** |
| **Route 30 & 78th Ave LLC** | **Chris Coyne**<br>**3101 S Ocean Drive Unit 808**<br>**Hollywood, FL 33019** |
| **Route 30 & 78th Ave LLC** | **Dale Sims**<br>**2316 Bransley Place**<br>**Duluth, GA 30097** |
| **Route 30 & 78th Ave LLC** | **Daniel NG**<br>**205 Indian Bay**<br>**Alameda, CA 94502** |
| **Route 30 & 78th Ave LLC** | **Gregory & Suzanna Coyne**<br>**8 Smith Street**<br>**Alameda, CA 94502** |
| **Route 30 & 78th Ave LLC** | **Howard Sacks**<br>**440 S. Broad St. #2901**<br>**Philadelphia, PA 19146** |
| **Route 30 & 78th Ave LLC** | **KJF Services**<br>**Dr. Jonathon Fuller**<br>**9806 Fieldcrest Drive**<br>**Omaha, NE 68114** |

Sheet __8__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **William Kanatas**                                                           , Case No. _____
                                                                Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Route 30 & 78th Ave LLC** | **Mark Hurwitz**<br>**3215 Larkspur Drive**<br>**Crystal Lake, IL 60012** |
| **Route 30 & 78th Ave LLC** | **Martha Winter**<br>**482 River Front Circle**<br>**Naperville, IL 60540** |
| **Route 30 & 78th Ave LLC** | **Quinta Luna Foundation**<br>**Pat Bowman**<br>**2653 S 96th Circle**<br>**Omaha, NE 68124** |
| **Route 30 & 78th Ave LLC** | **Roland & Jayne L'Heueux**<br>**2165 S.E. Lucie Blvd**<br>**Stuart, FL 34996** |
| **Route 30 & 78th Ave LLC** | **Tim Tebockhorst**<br>**1200 Harger Rd Suite 521**<br>**Oakbrook, IL 60525** |
| **Route 30 & 78th Ave LLC** | **Tom Denham**<br>**16924 Frances Street Suite 210**<br>**Omaha, NE 68130** |
| **Route 30 & 78th Ave LLC** | **Tom Falcone**<br>**1004 Sylvan Circle**<br>**Naperville, IL 60540** |
| **Route 30 & 78th Ave LLC** | **Usama Hamdan**<br>**28 Martingale Ln**<br>**Westwood, MA 02090** |
| **Route 30 & Harlem LLC** | **Chris Coyne**<br>**3101 S Ocean Drive Unit 808**<br>**Hollywood, FL 33019** |
| **Walnut Grove Phase 1, LLC** | **3rd Life**<br>**3101 S Ocean Drive Unit 808**<br>**Hollywood, FL 33019** |
| **Walnut Grove Phase 1, LLC** | **Andrea Blickle**<br>**7450 Bonnie Drive**<br>**Lakewood, IL 60014** |
| **Walnut Grove Phase 1, LLC** | **Andrew B. Sacks**<br>**2271 Jefferson Lane**<br>**Huntingdon Valley, PA 19006-6042** |
| **Walnut Grove Phase 1, LLC** | **Daniel NG**<br>**205 Indian Bay**<br>**Alameda, CA 94502** |

Sheet __9__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **William Kanatas**                                                            ,    Case No. _____
                                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Walnut Grove Phase I, LLC** | **Bob Parker**<br>**1314 E. Las Olas Blvd**<br>**Fort Lauderdale, FL 33301** |
| **Walnut Grove Phase I, LLC** | **Brian Fisher**<br>**278 W Fairview Circle**<br>**Palatine, IL 60067** |
| **Walnut Grove Phase I, LLC** | **Bruce & Mary Lucas**<br>**1724 Redcoat Dr**<br>**Racine, WI 53406** |
| **Walnut Grove Phase I, LLC** | **Diana Wilkins**<br>**1704 Catch Fly Cove**<br>**Cedar Park, TX 78613** |
| **Walnut Grove Phase I, LLC** | **Edward & Peggy Kissman**<br>**9332 Beaver Pond Ct**<br>**Lakewood, IL 60014** |
| **Walnut Grove Phase I, LLC** | **Ferne Hurwitz**<br>**653 Golf Lane Lake**<br>**Barrington, IL 60010** |
| **Walnut Grove Phase I, LLC** | **George Gatsis**<br>**9110 Pine Needle Path**<br>**Bull Valley, IL 60097-9400** |
| **Walnut Grove Phase I, LLC** | **George Minogue**<br>**9395 Nicklaus Ln**<br>**Village Of Lakewood, IL 60014** |
| **Walnut Grove Phase I, LLC** | **George Venturella**<br>**20544 Abbey Dr**<br>**Frankfort, IL 60423** |
| **Walnut Grove Phase I, LLC** | **Janet NG**<br>**205 Indian Bay**<br>**Alameda, CA 94502** |
| **Walnut Grove Phase I, LLC** | **Jim Dimitriou**<br>**6711 Fox Run**<br>**Crystal Lake, IL 60012** |
| **Walnut Grove Phase I, LLC** | **Joe & Rita Vignati**<br>**8 Alston Bay**<br>**Buffalo, SC 29909** |
| **Walnut Grove Phase I, LLC** | **Kyle Gaspar**<br>**100 E. Bellevue Apt.15C**<br>**Chicago, IL 60611** |

Sheet __**10**__ of __**11**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **William Kanatas**                                         ,   Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Walnut Grove Phase I, LLC** | **Mark Hurwitz**<br>**3215 Larkspur Drive**<br>**Crystal Lake, IL 60012** |
| **Walnut Grove Phase I, LLC** | **Mary Charters**<br>**18310 Fairway Oaks Square**<br>**Leesburg, VA 20176** |
| **Walnut Grove Phase I, LLC** | **Mike & Grieselda Bailey**<br>**29292 Clipper Way Laguna**<br>**Niguel, CA 92677** |
| **Walnut Grove Phase I, LLC** | **Neil Solanski**<br>**278 W Fairview Circle**<br>**Palantine, IL 60067** |
| **Walnut Grove Phase I, LLC** | **NG & Associates**<br>**19 Leonard Ct**<br>**Alameda, CA 94502** |
| **Walnut Grove Phase I, LLC** | **Peter Skouiris**<br>**307 Dundee Rd**<br>**Barrington Hills, IL 60010** |
| **Walnut Grove Phase I, LLC** | **Rick & Diana Voss**<br>**727 Spindletree Ave**<br>**Naperville, IL 60565** |
| **Walnut Grove Phase I, LLC** | **Roland & Jayne L'Heueux**<br>**2165 S.E. Lucie Blvd**<br>**Stuart, FL 34996** |
| **Walnut Grove Phase I, LLC** | **Steve & Janet Brown**<br>**11 La Quinta Court**<br>**Lake in the Hills, IL 60156** |
| **Walnut Grove Phase I, LLC** | **Tim Chia**<br>**76 Bexley Ct N.**<br>**Barrington, IL 60010** |
| **Walnut Grove Phase I, LLC** | **Wing Ng**<br>**19 Leonard Court**<br>**Alameda, CA 94502** |

Sheet __11__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **William Kanatas**                                          Case No. _____
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **unemployed** | **unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|   b.  Insurance | $ | 0.00 | $ | 0.00 |
|   c.  Union dues | $ | 0.00 | $ | 0.00 |
|   d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
|   | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 1,200.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
|   | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
|   | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,200.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,200.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 1,200.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **William Kanatas** _____    Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,700.00 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 125.00 |
| c. Telephone | $ | 80.00 |
| d. Other   **cable** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 500.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 100.00 |
| b. Life | $ | 100.00 |
| c. Health | $ | 1,200.00 |
| d. Auto | $ | 100.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 322.00 |
| b. Other   **2nd car** | $ | 454.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Kids school tuition** | $ | 200.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,031.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 1,200.00 |
| b.    Average monthly expenses from Line 18 above | $ | 11,031.00 |
| c.    Monthly net income (a. minus b.) | $ | -9,831.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William Kanatas**                                              Case No. _____

_____
                                    Debtor(s)                         Chapter    **7**    _____


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**67**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **July 30, 2009**_____          Signature   **/s/ William Kanatas**_____

                    **William Kanatas**
                    Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **William Kanatas**

Debtor(s)

Case No. _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$13,000.00** | **2009 distributions from Intercoastal** |
| **$120,000.00** | **2008: h employment** |
| **$75,000.00** | **2007: h employment (actual income per tax return was a loss of several million dollars as a result of business losses. Amount shown here is amount earned from employment. and taxable interest (@3,000)** |
| **$2,800.00** | **2009:  Distribution from Gem** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,800.00** | **rent from Michigan property** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jean Vondriska**<br>**8032 W 27th Street**<br>**North Riverside, IL 60546**<br>  **mother-in-law** | **@ $900 per month** | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Paul Franczyk v. Gem Partners, LLC and George Venturella, Individually and William Kanatas, Individually Case No. 08L297** | **Civil Lawsuit** | **Will County Court Annex Building**<br>**57 N. Ottawa, Room 213**<br>**Joliet, IL** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **TCF National Bank v. Route 30 & Harlem, LLC, William A. Kanatas, etc. 09 CH 1309** | **real estate foreclosure** | **Circuit Court of Will County** | **pending** |
| **Amcore v. Route 30 & 78th** | **foreclosure** | **Will County** | **pending (receiver appointed)** |
| **First Midwest Bank v. GV Homes, et al., Paul Franczyk v William Kanatas, 3rd party complaint. 09 CH 1470** | **foreclosure - third party complaint for conversion and collection** | **Will County Circuit Court** | **pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pete Giacalone 10108 Pacific Avenue Franklin Park, IL 60131** | **11/19/08** | **Loaned Debtor $300,000 for which Debtor pledged private stock in a company called "Ostara Nutrient Recovery Technologies Inc.". When loan matured Debtor turned over stock certificates in lieu of payment.** |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None
�■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
�■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer Brown Covey Gaertner & Davis 400 South County Farm Road Suite 330 Wheaton, IL 60187** | **7/29/09** | **$6000 attorney fees $299   filing fee** |

**10. Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bob Parsons** | **8/7/08** | **Sold 112 shares of Ostara for $22,850.00** |
| none | | |
| **unknown** | **9/5/08** | **Sold stock in AGNM (publicly traded) for $11,500.00** |
| **James & Williams** | **11/12/08** | **Sold watch for $9,000** |
| none | | |
| **AV Werks** | **12/5/08** | **resold certain AV equipment to AV Werks (from where it was originally purchased) for $1,708.84** |
| none | | |
| **Art of Music** | **2/18/09** | **sold Beatles drumset for $9,000** |
| none | | |
| **Tom Gangas** | **7/27/09** | **Debtor sold four watches for $10,000. Funds used to pay for bankruptcy and for rent.** |
| none | | |

5

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Nationwide Funds** | **Debtor rolled over an IRA account from one Nationwide Fund to a different Nationwide Fund** | |

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Gem Global Holdings, LLC** | 20-1567021 | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** | **real estate investment holding company** | |
| **Intercoastal Administration Co., Inc.** | 20-1438077 | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** | **Property managment company** | |
| **Allied Commercial Capital Corp** | 80-0311877 | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** | **investment company** | |
| **007 LLC** | 87-0804953 | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** | **holding company for LLC interests** | |
| **VP Ventures, LLC** | | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** | **development of Value Place hotels** | |
| **Saber 7** | | | **start up company with no assets** | |
| **Route 30 & Harlem LLC** | 38-3729755 | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** | **real estate development** | |
| **Gem Real Estate LLC** | | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** | **real estate development. owns Shorewood property (in foreclosure)** | |
| **Palamino Trace II LLC** | 56-2629899 | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** | **real estate development** | |
| **182-154th St. LLC** | 51-0588441 | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** | **real estate development** | |
| **Walnut Grove Centre Phase I, LLC** | 39-2057898 | **20550 S. LaGrange Road Frankfort, IL 60423** | **real estate development** | |
| **Abbey Woods Business Center, LLC** | 20-2486292 | | **was set up to build a shopping center but project never went forward** | **ended 2006** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|
| Anamia LLC | 75-3242005 | | never conducted business or owned anything | |
| Founders Crossing LP | 90-0140461 | | Developed shopping center in Homer Glen Illinois. shopping center has been sold | |
| Founders Crossing South, LLC | 74-3142245 | | developed another shopping center in Homer Glen, IL. Center was sold and all funds distributed. | |
| Gem Development Group, LLC | 20-3042029 | | Operating company for various development projects. Has no assets | ended 2009 |
| Intervest Commercial Mortgage Fund, Inc. | 27-0073700 | | Loan money to projects | 1/1/08 |
| Intervest Equity Bond Fund, LLC | 20-1199267 | | loan money to projects. Also rolled into FEP | ended 1/1/08 |
| Intervest Financial Corp | 36-4344963 | | predecessor to ICMF | ended 2003 |
| Intervest Global Equity Bond Fund, LLC | 98-0524274 | | Loaned money to projects. Rolled up into FGEP | 1/1/08 |
| Route 30 & 78th Ave. LLC | 20-3698553 | | held title to property for development. Property in foreclosure by Amcore Bank | |
| Route 30 Development Group, LLC | 73-1735300 | | was going to develop property at Route 30 and Harlem, but never did | |
| Bankers Nationwide Commercial | 20-0817489 | Mortgage Pool LLC | never conducted any business | 2004 |
| Frankfort Executive Suites, LLC | 75-3242007 | | no business ever | |
| Gem Commercial Real Estate, LLC | 51-0588434 | | commercial leasing broker. Gave up interest | ended 2007 |
| Gem Partners, LLC | 37-1423983 | | real estate development | ended 2005 |
| Global Managers, LLC | 20-0972482 | | never did business | |
| Innovent Research, LLC | 11-3743561 | | biotech research | ended 2006 |
| KGMC Group, LLC | 11-3743564 | | managed Innovent Research | |
| Sauk Trail Group, LLC | 74-3142244 | | Owned residential townhomes. All sold by end of 2007 | ended 2007 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES ended 2008 |
|---|---|---|---|---|
| **St. Francis Road & 84th Avenue LLC** | 20-4811746 | | **owned property at that address. Debtor gave up his interest to Bob Parsons because property was underwater.** | |
| **The Mannheim Building LP** | 03-0528459 | | **owned property at 20550 S. LaGrange Road. negative cash flow so Debtor gave up his interest to partner Bob Parsons.** | |
| **Twin Brooks Commons, LLC** | 71-0978150 | | **owned shopping center in Florida. Gave up interest to Bob Parsons because Debtor could not afford carrying costs.** | |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☐

| NAME | ADDRESS |
|---|---|
| **Route 30 & Harlem LLC** | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** |
| **Gem Real Estate LLC** | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** |
| **Palamino Trace II LLC** | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** |
| **182-154th St. LLC** | **20550 S. LaGrange Road Suite 200 Frankfort, IL 60423** |
| **Walnut Grove Centre Phase I, LLC** | **20550 S. LaGrange Road Frankfort, IL 60423** |
| **Sauk Trail Group, LLC** | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Gray Hunter Stenn, LLP**<br>**1200 Harger Road**<br>**Suite 521**<br>**Oak Brook, IL 60523** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **July 30, 2009**     Signature   **/s/ William Kanatas**

                                    **William Kanatas**
                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William Kanatas**  _____    Case No. _____

_____ Debtor(s)    Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**All American Plumbing** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Amcore Bank** | **Describe Property Securing Debt:**<br>**5914 Dunham Lane, Stevensville, MI**<br>**(mortgage is in default)**<br>**Currently listed w/ Donald A. Kamp of Meredith & Kamp, Inc.**<br>**(269) 429-6666 at a price of $1,250,000.** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Auburn Supply Company** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**B.R. Herlin** | **Describe Property Securing Debt:**<br>**Sub Contractor Nutall House** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Charles D'Angelo** | **Describe Property Securing Debt:**<br>**Route 30/Harlem Mtg. (Business)** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page  3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Closet Works** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
  ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                         ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Cottage Sheet** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
  ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                         ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Custom Stairs** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
  ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                         ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Doors R Us** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
&#9632; Surrendered              &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                         &#9632; Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Exclusive Millwork** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
&#9632; Surrendered              &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                         &#9632; Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Federal Fence** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
&#9632; Surrendered              &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                         &#9632; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                  Page 5

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Ferguson Enterprises** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Genesis Engineering** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Green Grass** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page  6

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**Integra National Bank** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
  ■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>**John Sekulich   DBA JRS Electric** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
  ■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**Johns Spot** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
  ■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>**Lagrange Glass Company** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>**Legina Iron Works** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>**Lincoln Charter Twp** | **Describe Property Securing Debt:**<br>**5914 Dunham Lane, Stevensville, MI**<br>**(mortgage is in default)**<br>**Currently listed w/ Donald A. Kamp of Meredith & Kamp, Inc.**<br>**(269) 429-6666 at a price of $1,250,000.** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                               Page  8

---

Property No. 21

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **McAdam Landscaping** | **208 Nutall, Riverside, IL** |
| | **Property is in foreclosure** |
| | **Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                         ■ Not claimed as exempt

---

Property No. 22

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **Nationwide Flooring** | **208 Nutall, Riverside, IL** |
| | **Property is in foreclosure** |
| | **Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                         ■ Not claimed as exempt

---

Property No. 23

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **Ogden Drywall** | **208 Nutall, Riverside, IL** |
| | **Property is in foreclosure** |
| | **Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                         ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                     Page  9

| Property No. 24 | |
|---|---|
| **Creditor's Name:**<br>**Phil's Irrigation** | **Describe Property Securing Debt:**<br>**Sub Contractor Nutall House** |

Property will be (check one):
- ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 25 | |
|---|---|
| **Creditor's Name:**<br>**Phoenix Rising** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 26 | |
|---|---|
| **Creditor's Name:**<br>**Rivas Masonary** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt            ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 10

| Property No. 27 | |
|---|---|
| **Creditor's Name:**<br>**RW Christian Builders** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 28 | |
|---|---|
| **Creditor's Name:**<br>**Southwest Insulation** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 29 | |
|---|---|
| **Creditor's Name:**<br>**Specwood** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 30 | |
|---|---|
| **Creditor's Name:**<br>**Stewart Enterior Enterprises** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 31 | |
|---|---|
| **Creditor's Name:**<br>**TCF Bank** | **Describe Property Securing Debt:**<br>**5914 Dunham Lane, Stevensville, MI**<br>**(mortgage is in default)**<br>**Currently listed w/ Donald A. Kamp of Meredith & Kamp, Inc.**<br>**(269) 429-6666 at a price of $1,250,000.** |

Property will be (check one):
- ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 32 | |
|---|---|
| **Creditor's Name:**<br>**Tilden Roofing** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):
- ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 33 | |
|---|---|
| **Creditor's Name:**<br>**Tuckers Painting** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 34 | |
|---|---|
| **Creditor's Name:**<br>**Waltz Carpentry** | **Describe Property Securing Debt:**<br>**208 Nutall, Riverside, IL**<br>**Property is in foreclosure**<br>**Debtor has an offer to purchase for $1.1 million (short sale)** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 30, 2009** _____          Signature  **/s/ William Kanatas** _____
                                                        **William Kanatas**
                                                        Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William Kanatas** _____   Case No. _____

_____   Chapter   **7** _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **6,000.00** |
| Prior to the filing of this statement I have received | $ **6,000.00** |
| Balance Due | $ **0.00** |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 30, 2009** _____     **/s/ David R. Brown** _____
**David R. Brown 3122323**
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| David R. Brown 3122323 | X  /s/ David R. Brown | July 30, 2009 |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| William Kanatas | X  /s/ William Kanatas | July 30, 2009 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re __William Kanatas__ _____  Case No. _____
                                        Debtor(s)        Chapter    __7__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __346__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __July 30, 2009__ _____        __/s/ William Kanatas__ _____
                                          __William Kanatas__
                                          Signature of Debtor

007, LLC
c/o James M. Duggan
191 N. Wacker Drive, Ste. 2300
Chicago, IL 60606


182 - 154th St. LLC
c/o Anthony Barone
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, IL 60181


3rd Life
3101 S Ocean Drive Unit 808
Hollywood, FL 33019


Acadia Life
48 Par-La-Ville Road, Suite 1646
Hamilton HM 11
BERMUDA


Albinus & Magdaline Raupp
3410 Buffalo Grove Road
Arlington Heights, IL 60004


All American Plumbing
c/o John Hoscheit
1001 E Main St, Suite G
St. Charles, IL 60174


Allan & Marilyn Meyer
28100 N. Ashley Circle Suite 109
Libertyville, IL 60048-9479


Allan Michelle
908 Hilldale Ln
Buffalo Grove, IL 60089


Allegience Bank
8001 W. 183rd Street
Tinley Park, IL 60477


Allegience Bank
8002 W. 183rd Street
Tinley Park, IL 60477

Alliance International Holdings
Dave Dyer
One Ward Parkway Suite 345
Kansas City, MO 64112


Allied Commercial Capital Corp
c/o Anthony Barone
635 Butterfield, No. 145
Oakbrook Terrace, IL 60181


Alvin & Cindy Weintraub
16 Hickory Bow
McComb, IL 61455


Amcore Bank
426 Army Trail Rd.
Carol Stream, IL 60188


Amcore Bank
426 Army Trail Rd.
Carol Stream, IL 60188


Amcore Bank
426 Army Trail Rd.
Carol Stream, IL 60188


Amcore Bank
426 Army Trail Rd.
Carol Stream, IL 60188


Amcore Bank
426 Army Trail Rd.
Carol Stream, IL 60188


American Honda Finance
P.O. 1844
Alpharetta, GA 30023


Amerititle, Inc.
20000 Govenors Drive
Building 4, Suite 103
Olympia Fields, IL 60461

Andrea Blickle
7450 Bonnie Drive
Lakewood, IL 60014


Andrew B. Sacks
2271 Jefferson Lane
Huntingdon Valley, PA 19006-6042


Ann Vondriska
8705 Stevens Drive
Oak Lawn, IL 60453


Anthony Barone
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181


Auburn Supply Company
c/o William Smith
3850 W 167th
St Markham, IL 60426


B.R. Herlin
PO Box 157
Bloomingdale, IL 60108


Barclays
PO Box 833
Wilmington, DE 19899


Bay Farm LLC
3101 S Ocean Drive Unit 808
Hollywood, FL 33019


Best Buy
PO Box 17298
Baltimore, MD 21297


Bob Parker
1314 E. Las Olas Blvd
Fort Lauderdale, FL 33301

Bravo Properties
C/O Lou Leonard
205 Briarwood Loop
Oakbrook, IL 60523


Brian Fisher
278 W Fairview Circle
Palatine, IL 60067


Bruce & Mary Lucas
1724 Redcoat Dr
Racine, WI 53406


Bruce Berg
691 London Square
Hoffman Estates, IL 60194


Calvin NG
138 Hudson Bay
Alameda, CA 94502


Caryn Jones
1180 Iron Point Rd. Suite 145A
Folsom, CA 95630


CDP of Illinois, LLC
c/o Mitch Cox
801 Sunset Drive. Bld. D
Johnson City, TN 37604


Charles D'Angelo
Snowbank Capital Corp
57 St. George Place
Palm Beach Gardens, FL 33418


Charles D'Angelo
Other Names
57 St. George Place
Palm Beach Gardens, FL 33418


Chase
PO Box 15298
Wilmington, DE 19850

Chi Fai Yau
8 Smith Cour
Alameda, CA 94502


Chris Coyne
3101 S Ocean Drive Unit 808
Hollywood, FL 33019


Christy So
138 Hudson Bay
Alameda, CA 94502


CHW Services, Inc.
Dr. Randal Woodward
1758 S 105th Street
Omaha, NE 61824


Citi Bank
Processing Center
Des Moines, IA 50363


Citi Bank
Processing Center
Des Moines, IA 50364


Citibank
PO Box
Sioux Falls, SD 57117


Citibank
PO Box
Sioux Falls, SD 57118


Closet Works
618 S. State Rt. 59
Unit 124
Naperville, IL 60540


Cottage Sheet
6640 W 99th St.
Chicago Ridge, IL 60415


Coyne Foundation
3101 S Ocean Drive Unit 808
Hollywood, FL 33019

Custom Stairs
1424 Sherman Road
Romerville, IL 60446


Dale Sims
2316 Bransley Place
Duluth, GA 30097


Dan Blocker
3210 Justamere Lane
Woodridge, IL 60517


Daniel NG
205 Indian Bay
Alameda, CA 94502


David & Julia Edmundson
796 Carol Avenue
Elgin, IL 60123


Diana Wilkins
1704 Catch Fly Cove
Cedar Park, TX 78613


Diana Wood
101 S. Main Street
Algonquin, IL 60102


Dolores J. Crawford
140 Summer Breeze Dr
Bull Shoals, AR 72619


Donald & Charlotte Zlotkowski
7719 Joliet Drive
Tinley Park, IL 60477


Doors R Us
11941 Aero Drive
Plainfield, IL 60585


Draper & Kramer
33 W Monroe St
Chicago, IL 60603

Edward & Peggy Kissman
9332 Beaver Pond Ct
Lakewood, IL 60014


Exclusive Millwork
545 Willowbrook Center Pkwy
Willowbrook, IL 60527


Family Bank & Trust
10360 S Roberts Rd
Palos Hills, IL 60465


Federal Fence
127 Haddon Ave.
West Berlin, NJ 08091


FEP


FEP


FEP


FEP


FEP


FEP


FEP


FEP


FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

FEP

```
FEP



FEP



FEP



FEP



FEP



FEP



FEP



FEP



FEP



FEP



FEP
```

Ferguson Enterprises
c/o Ill. Corp. Service
801 Adlai Stevenson Drive
Springfield, IL 62703


Ferne Hurwitz
653 Golf Lane Lake
Barrington, IL 60010

FGEP


FGEP


FGEP


Fidelity Insurance Company LTD.
The First Commercial Center, 3rd FL
Suite #7 P.O.Box F-42459 Freeport
BAHAMAS


Founders Crossing
20550 S LaGrange Rd Suite 300
Frankfort, IL 60423


GE Money
PO Box 981127
El Paso, TX 79998


Gem Global Holdings LLC
c/o Anthony Barone
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, IL 60181


Gem Real Estate LLC
c/o Tom Matthews
20550 S. LaGrange Rd., Ste. 200
Frankfort, IL 60423


Gem Real Estate LLC


Gem Realestate LLC


Gem Realestate LLC


General Motors Mtg Corp
Po Box 780
Waterloo, IA 50704

Genesis Engineering
30 W 270 Butterfield Road
Suite 105
Warrenville, IL 60555

George Gangas
1511 Pinehurst Drive
Darien, IL 60561

George Gatsis
9110 Pine Needle Path
Bull Valley, IL 60097-9400

George Minogue
9395 Nicklaus Ln
Village Of Lakewood, IL 60014

George Venturella
20544 Abbey Dr
Frankfort, IL 60423

Green Grass
2659 Wisconsin Ave.
Downers Grove, IL 60515

Gregory & Suzanna Coyne
8 Smith Street
Alameda, CA 94502

Home Depot
PO Box 653000
Dallas, TX 75265

Howard Sacks
440 S. Broad St. #2901
Philadelphia, PA 19146

IKEA
PO Box 981064
El Paso, TX 79998

Integra National Bank
7661 S Harlem Ave
Bridgeview, IL 60455

Intercoastal Administration, Inc.
c/o Anthony Barone
635 Butterfield Road, Ste. 145
Oakbrook Terrace, IL 60181


Intervest Commercial Mortgage Fund


James & Connie Crawford
395 Capital Ln
Gurnee, IL 60031


James & Lynn Kokenes
510 N Richmond Ave
Westmont, IL 60559


James Born
700 Gaslight Drive
Algonquin, IL 60102


Janet NG
205 Indian Bay
Alameda, CA 94502


Jean Vondriska
8032 W 27th St
North Riverside, IL 60546


Jeanne Misch
8222 Parkridge Lane
Greendale, WI 53129


JEP Services, Inc.
Dr. Eric Phillips
7909 Poppleton Ave
Omaha, NE 68124


Jim Dimitriou
6711 Fox Run
Crystal Lake, IL 60012


Joe & Rita Vignati
8 Alston Bay
Buffalo, SC 29909

Joe Charters
18310 Fairway Oaks Square
Leesburg, VA 20176

John C. Cole, Jr for Joan A. Cole
394 Hunter Drive
Carol Stream, IL 60188

John Levi & Carole Knope-Levi
8774 East Phillips Place
Centennial, CO 87112

John Sekulich   DBA JRS Electric
16334 Meadow
Oak Forest, IL 60452

John Warnock
3109 W MLK Blvd. Ste 300
Tampa, FL 33607

Johns Spot
5050 W. Lake St., #2
Melrose, IL 60160

Joseph Solana Jr. Living Trust
7 Alfred Street
Savannah, GA 31402

Katherine & George Raupp
3150 N. Betty Drive
Arlington Heights, IL 60004

Katrina Tang
138 Hudson Bay
Alameda, CA 94502

KJF Services
Dr. Jonathon Fuller
9806 Fieldcrest Drive
Omaha, NE 68114

KJM Services, Inc.
Dr. John McClellan
12715 Westchester Plaza
Omaha, NE 68154

Kohls


Kyle Gaspar
100 E. Bellevue Apt.15C
Chicago, IL 60611


Lagrange Glass Company
c/o Casey Curtiss
621 S LaGrange Rd
LaGrange, IL 60525


Legina Iron Works
80 Central Ave
Roselle, IL 60172


Lincoln Charter Twp
PO Box 279
Stevensville, MI 49127


Linda Stueck
256 Dalton Avenue
Mundelein, IL 60060


Mark Hurwitz
3215 Larkspur Drive
Crystal Lake, IL 60012


Martha Winter
482 River Front Circle
Naperville, IL 60540


Martin L. Cassell, Esq.
330 North Broadway Avenue
PO Box 2137
Aurora, IL 60505-2137


Mary Charters
18310 Fairway Oaks Square
Leesburg, VA 20176


MB Financial
366 South Harlem Avenue
Tinley Park, IL 60477

McAdam Landscaping
c/o Robert Knuepfer Jr
130 E Randolph Dr, Suite 3500
Chicago, IL 60426


Mike & Grieselda Bailey
29292 Clipper Way Laguna
Niguel, CA 92677


Millenium Trust Company
FBO Mark Hurwitz
3215 Larkspur Drive
Crystal Lake, IL 60012


Millennium
FBO Jack Hurley
110 59th Street
Willowbrook, IL 60527


Millennium
FBO Joan Hurley
110 59th Street
Willowbrook, IL 60527


Millennium Trust
FBO Ferne Hurwitz
653 Golf Lane Lake
Barrington, IL 60010


Millennium Trust
FBO Gray Stenn/Tim Tebockhorst
1200 Harger Rd Suite 521
Oakbrook, IL 60525


Millennium Trust
FBO James Born
700 Gaslight Drive
Algonquin, IL 60102


Millennium Trust
FBO James Rust
820 Jorie Boulevard Suite 420
Oak Brook, IL 60523

```
Millennium Trust
FBO Jayne L'Heureux
2165 S.E. Lucie Blvd
Stuart, FL 34996


Millennium Trust
FBO Linda Stueck
256 Dalton Avenue
Mundelein, IL 60060


Millennium Trust
FBO Loren Engelhardt
5149 W Farwell Avenue
Skokie, IL 60077


Millennium Trust
FBO Mary Rust
404 Brookgreen Drive
Lumberton, NC 28358


Millennium Trust
FBO Robin Hladky Fox
5170 Morningview Drive
Hoffman Estates, IL 60192


Millennium Trust
FBO Roland L'Heureux
2165 S.E. Lucie Blvd
Stuart, FL 34996


Millennium Trust Co.
FBO Joseph Charters
18310 Fairway Oaks Squarek
Leesburg, VA 20176


Millennium Trust Co.
FBO Mary Charters
18310 Fairway Oaks Square
Leesburg, VA 20176


MTB Services
Dr. Timothy Bird
4954 S. 176th Circle
Omaha, NE 68135
```

Nationwide Flooring
546 N. Countyline Rd
Hinsdale, IL 60521


Neil Solanski
278 W Fairview Circle
Palantine, IL 60067


NG & Associates
19 Leonard Ct
Alameda, CA 94502


Nordstrom
PO Box 79134
Phoenix, AZ 85062


Ogden Drywall
4810 Saratoga
Downers Grove, IL 60515


Palamino Trace II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC

Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace Phase II, LLC


Palamino Trace, LLC


Patricia Kelly
813 Mons Way
Gathnburg, TN 37738


Paul Franczyk
c/o Robin Philip Jesk
15150 S. Cicero Avenue
Oak Forest, IL 60452


Paul Morell
14901 S Heritagecrest Way Suite B
Bluffdale, UT 84065


Pensco Trust
FBO Ferrell Kemp
7215 Inverway Drive
Crystal Lake, IL 60014


Pensco Trust
FBO Jean Vondriska
8032 W 27th St
North Riverside, IL 60546

Pete Giacalone Trust
10108 Pacific Avenue
Franklin Park, IL 60131


Peter Skouiris
307 Dundee Rd
Barrington Hills, IL 60010


Phil Morell
14901 S Heritagecrest Way Suite B
Bluffdale, UT 84065


Phil's Irrigation
c/o Martin L Cassell ESQ.
330 N Broadway Ave
Aurora, IL 60505


Phoenix Rising
5618 Elinor
Earlville, IL 60518


Prinicipal Financial Group
c/o Receivable Mgmt. Services
1250 E. Diehl Rd., Suite 300
Naperville, IL 60563


Quinta Luna Foundation
Pat Bowman
2653 S 96th Circle
Omaha, NE 68124


Rick & Diana Voss
727 Spindletree Ave
Naperville, IL 60565


Rivas Masonary
34427 S. Rival Rd.
Wilmington, IL


Robert Parsons
300 Gulf Boulevard
Bellair Shores, FL 33786

Robin Hladky-Fox
5170 Morningview Drive
Hoffman Estates, IL 60192


Roland & Jayne L'Heueux
2165 S.E. Lucie Blvd
Stuart, FL 34996


Ronald & Patricia Servant
35 Canario Drive
Warren, RI 02885


Route 30 & 78 Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC

Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & 78th Ave LLC


Route 30 & Harlem LLC


Route 30 & Harlem, LLC
c/o Anthony Barone
635 Butterfield Road, Ste. 145
Oak Brook Terrace, IL 60181


RW Christian Builders
c/o Robert Kuikman
264 Churchhill Place
IL 60601


Schain, Burney, Ross & Citron, Ltd.
222 North LaSalle Street
Suite 1910
Chicago, IL 60601

Sharon Dooley as Trustee
of Sharon Dooley Living Trust
6333 Parkview Road
Greendale, WI 53129


Siu Ming Christy So.
138 Hudson Bay
Alameda, CA 94502


Southwest Insulation
13949 Kildare Ave Midlothian


Specwood
8237 S. Oak Park Ave.
Burbank, IL 60459


Sprint
PO Box 6419
Carol Stream, IL 60197


Stanley Cohn, Joyce Cohn,
Melanie Shandalov & Sherly Fair
8520 N. Christiana Avenue
Skokie, IL 60076


Stephen Lemon
1625 Funny Circle Drive
Waxhaw, NC 28173


Steve & Janet Brown
11 La Quinta Court
Lake in the Hills, IL 60156


Stewart Enterior Enterprises
c/o James P Ziegler
1 E Wacker Dr, Suite 2610
Chicago, IL 60601


TCF Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60521


TCF Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60521

TCF Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60521


TCF Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60521


TCF Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60521


TCF Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60521


Tilden Roofing
486 Spring Rd.
Elmhurst, IL 60126


Tim Chia
76 Bexley Ct N.
Barrington, IL 60010


Tim Tebockhorst
1200 Harger Rd Suite 521
Oakbrook, IL 60525


Tom Denham
16924 Frances Street Suite 210
Omaha, NE 68130


Tom Falcone
1004 Sylvan Circle
Naperville, IL 60540


Tom Gangas


Tom Matthews
20550 S. LaGrange Rd.
Suite 200
Frankfort, IL 60423

```
Tom Matthews
20550 S. LaGrange Road
Suite 200
Frankfort, IL 60423


Tuckers Painting
13638 W. Dublin Dr
Homer Glen, IL 60491


Usama Hamdan
28 Martingale Ln
Westwood, MA 02090


Vishnu & Dhairyabala Patel
19015 Harding Ave
Floosmore, IL 60422


VP Ventures LLC
c/o Christine A. Boyle
15 Salt Creek Lane #207
Hinsdale, IL 60521


Walnut Grove Centre Phase
20550 S Lagrange Rd Suite 300
Frankfort, IL 60423


Walnut Grove Phase 1, LLC


Walnut Grove Phase 1, LLC


Walnut Grove Phase 1, LLC


Walnut Grove Phase 1, LLC


Walnut Grove Phase I, LLC


Walnut Grove Phase I, LLC
```

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC

Walnut Grove Phase I, LLC


Walnut Grove Phase I, LLC


Walnut Grove Phase I, LLC


Walnut Grove Phase I, LLC


Walnut Grove Phase I, LLC


Walnut Grove Phase I, LLC


Walnut Grove Phase I, LLC


Walnut Grove Phase I, LLC


Waltz Carpentry
222 Willowwood Dr.
Oswego, IL 60543

Wells Fargo
PO Box 10475
Des Moines, IA 50309

Wells Fargo
PO Box 10475
Des Moines, IA 50310

Wells Fargo
PO Box 10475
Des Moines, IA 50311

Wells Fargo
PO Box 10475
Des Moines, IA 50312

William & Leonae fair
1120 Virginia Avenue
Libertyville, IL 60048


William Lemon
7210 Torrington
Springfield, IL 62711


Wing Ng
19 Leonard Court
Alameda, CA 94502


Woodmont Mgmt
FBO Pembroke, LLC
8 Pembroke Lane
Oakbrook, IL 60523


Woodmont Mgmt
14 Par-La-Ville Road Fifth Floor
PO Box HM 2958 Hamilton HM MX
BERMUDA


Yat Choi Yeung
248 McDonnel Road
Alameda, CA 94502


Zach Leonard
205 Briarwood Loop
Oakbrook, IL 60523