**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-27689 |
| | § | |
| WILLIAM KANATAS | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/30/2009. The undersigned trustee was appointed on 08/26/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of  $13,703.55

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $24.47 |
   | Bank service fees | $17.44 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $1,292.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $12,369.64 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/02/2010 and the deadline for filing government claims was 06/02/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,991.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,406.87, for a total compensation of $1,406.87[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2012                     By:    /s/ Gus A. Paloian
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1 Exhibit A

| Case No.: | 09-27689-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Date Filed (f) or Converted (c): | 07/30/2009 (f) |
| For the Period Ending: | 5/28/2012 | §341(a) Meeting Date: | 08/31/2009 |
| | | Claims Bar Date: | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  JEWELRY | $10,000.00 | $12,408.00 | | $13,700.00 | FA |
| **Asset Notes:** SALE OF DEBTOR'S SCHEDULED PROPERTY NO. 7 (FINE WATCH COLLECTION) | | | | | |
| 2  BANK ACCOUNTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 1/2 INTEREST IN CHECKING ACCT. XXXX676 AT RIVERSIDE BANK | | | | | |
| 3  BANK ACCOUNTS | $208.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 1/2 INTEREST IN SAVINGS ACCOUNT NO. XXXX238 at RIVERSIDE BANK | | | | | |
| 4  HOUSEHOLD GOODS AND FURNISHINGS | $2,500.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 1/2 INTEREST IN FURNITURE, ELECTRONICS, APPLIANCES, ETC. (owned by Debtor and wife) | | | | | |
| 5  WEARING APPAREL | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** ORDINARY CLOTHING FOR CASUAL AND BUSINESS USE | | | | | |
| 6  BANK ACCOUNTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** BUSINESS DEBTOR IS SIGNATORY ON THIS ACCOUNT BUT ACCOUNT IS OWNED BY INTERCOASTAL RIVERSIDE BANK | | | | | |
| 7  BANK ACCOUNTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** JR. SAVERS ACCOUNT NO. XXXX455 (CUSTODIAL ACCT FOR KIDS) RIVERSIDE BANK | | | | | |
| 8  BANK ACCOUNTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** DEBTOR IS SIGNATORY ON THIS ACCOUNT BUT ACCOUNT IS IN THE NAME OF ALLIED RIVERSIDE BANK | | | | | |
| 9  BANK ACCOUNTS | $100.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** CHECKING ACCOUNT NO. 9802390118 AT AMCORE BANK | | | | | |
| 10  BOOKS AND ART OBJECTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 1/2 interest in Paul McCartney Signed Guitar (1,950), John Lennon signed 5x7 index card ($699), All four Beatles signed sheet music ($2,000), Painting of John Lennon by Kat ($2,000), Painting of all four Beatles by Kat ($2,000), Oil Painting ($2,000), Oil Painting ($3,000). Autographed collage of Star Wars Photos ($500), autographed collage of Pulp Fiction photos ($750), autographed collage of Godfather photos ($750), Prop Gun signed by Johnny Depp ($500 | | | | | |
| 11  FIREARMS AND HOBBY EQUIPMENT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** VIDEO CAMERA | | | | | |
| 12  INTEREST IN INSURANCE POLICIES | $65,000.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Acadia Life Insurance policy # BM0000138 (Gatesby Family Trust) Policy has a death benefit of $1,416,013. Value shown is net surrender value. Beneficiary of the Policy is Debtor's wife, then children. | | | | | |
| 13  INTEREST IN INSURANCE POLICIES | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Gatesby Family Trust is an irrevocable trust established in 2004 under the laws of the country of Nieves. The beneficiary of the trust is Debtor's wife. The trustee of the trust is an institutional trustee. A copy of the trust is available to the trustee upon request. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit A

| Case No.: | 09-27689-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Date Filed (f) or Converted (c): | 07/30/2009 (f) |
| For the Period Ending: | 5/28/2012 | §341(a) Meeting Date: | 08/31/2009 |
| | | Claims Bar Date: | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14  INTEREST IN INSURANCE POLICIES | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Maven Living Benefits policy # A0077-PBT01 (Intercoastal Admin) No cash surrender value. This is a disability insurance policy. At the death of Debtor, cash value woudl go into Debtor's life insurance policy which is in turn held in the Gatesby Family Trust. ||||||
| 15  PENSION PLANS AND PROFIT SHARING | $15,683.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** NATIONWIDE FUNDS IRA ACCOUNT NOS. XXXX5779 AND XXX4889 ||||||
| 16  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 10,000 SHARES OF PRIVATE STOCK NAMED SABER7. START-UP COMPANY WITH NO ASSETS. ||||||
| 17  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** ANAMIA LLC - SHELL CORP. NEVER CONDUCTED ANY BUSINESS ||||||
| 18  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** FOUNDERS CROSSING, LP HAD A SHOPPING CENTER THAT SOLD IN '07. ||||||
| 19  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** FOUNDERS CROSSING SOUTH, LLC WAS ANOTHER STRIP CENTER SOLD IN EARLY 2008. ||||||
| 20  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** GEM DEVELOPMENT GROUP, LLC WAS AN OPERATING DEVELOPMENT COMPANY THAT HELD NO PROPERTIES. IT IS NOW CLOSED. ||||||
| 21  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** INTERVEST COMMERCIAL MORTGAGE FUND, INC. WAS A COMPANY THAT LOANED MONEY TO VARIOUS PROJECTS. ALL OF ITS LENDERS AGREED TO ACCEPT SHARES IN FRANKFORT EQUITY PARTNERS IN SATISFACTION OF THEIR NOTES EFFECTIVE JANUARY 2008, AND THIS COMPANY WAS CLOSED. ALL OF ITS ASSETS WERE TRANSFERRED TO FEP. ||||||
| 22  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** INTERVEST EQUITY BOND FUND, LLC ||||||
| 23  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** INTERVEST FINANCIAL CORPORATION (DISSOLVED PRIOR TO 2005) ||||||
| 24  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** INTERVEST GLOBAL EQUITY BOND FUND, LLC WAS A LENDER TO VARIOUS PROJECTS, AND WAS ROLLED INTO FRANKLIN GLOBAL EQUITY PARTNERS. ||||||
| 25  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Route 30 & 78th Avenue, LLC - company inactive and subject property is in foreclosure by Amcore Bank ||||||
| 26  STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Route 30 Development Group, LLC. was set up to develop Route 30 and Harlem property but never did and property is in foreclosure. ||||||
| 27  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2 LLC shares of Glenn Wylde LLC (a Spec Home in Park City Utah - home not completed) Debtor paid 100k for the two shares but building has ceased due to the economy. ||||||

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit A

| Case No.: | 09-27689-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Date Filed (f) or Converted (c): | 07/30/2009 (f) |
| For the Period Ending: | 5/28/2012 | §341(a) Meeting Date: | 08/31/2009 |
| | | Claims Bar Date: | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 4.15% Ownership in property at Route 30 & Harlem, LLC. The subject real estate is in foreclosure (see SOFA re pending litigation) | | | | | |
| 29   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 4.3% Ownership in Gem Real Estate LLC (subject property mortgage is in default) owns 11 acres on the SW corner of Route 52 & Wyndstone Drive. | | | | | |
| 30   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2.9% Ownership in Palamino Trace II LLC owns 80 acres 1/4 mile south of Dralle Road on Harlem Avenue in Green Gardens Twp. Subject property is @ $800,000 upside down. LLC is negotiating a deed in lieu of foreclosure with respect to the subject property.--motion to compel trustee to abandon interest in asset filed. | | | | | |
| 31   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | OA | $0.00 | FA |
| **Asset Notes:** 5.0% Ownership in 182-154th St LLC In default of mortgage on subject property, a building at 182 154th Street in Harvey.--order entered compelling abandonment of asset | | | | | |
| 32   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2.04% Ownership in Walnut Grove Centre Phase I, LLC In default of mortgage on subject property. Owns 7 acres on the SW Corner of Route 52 and Wyndstone Drive. | | | | | |
| 33   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 50% Ownership in Gem Global Holdings LLC. Entity has no remaining assets | | | | | |
| 34   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 100% Ownership in Intercoastal Administration (S-Corp). Former property management company. Sole asset is small bank account described in Schedule B | | | | | |
| 35   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 100% Ownership in Allied Commercial Capital Corp. (S-Corp). Sole asset is small bank account described in Schedule B | | | | | |
| 36   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 100% Ownership in 007 LLC Holding . Debtor's interests in the Rte 30 & Harlem LLC, Gem Real Estate, Palomino Trace, and 182-154th Street LLCs, Franklin Equity Partners and Franklin Global Partners. | | | | | |
| 37   INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Also owns 5% of VP Ventures, LLC which had purchased 10 franchise licenses to build Value Place Hotels. No hotels were ever built, though there is $30,000 in escrow with the title company for the purchase of a piece of property in Carol Stream that never closed. Money belongs to Seller as liquidated damages. | | | | | |
| 38   AUTOMOBILES AND OTHER VEHICLES | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** LEASED 2008 HONDA ACCORD--stay lifted | | | | | |
| 39   ANIMALS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2 DOGS | | | | | |
| 9999   VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 10000   Real Property--5914 Dunham Ln. Stevensenville, MI | $1,000,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Stay lifted per order 9/9/09 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4     Exhibit A

| **Case No.:** | 09-27689-SPS | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | KANATAS, WILLIAM | **Date Filed (f) or Converted (c):** | 07/30/2009 (f) |
| **For the Period Ending:** | 5/28/2012 | **§341(a) Meeting Date:** | 08/31/2009 |
| | | **Claims Bar Date:** | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 10001  Real Property--208 Nutall, Riverside, IL | $1,100,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**  Trustee compeled to abandon per order 9/9/09 | | | | | |
| INT  Interest Asset | Unknown | Unknown | | $3.55 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                                              **Gross Value of Remaining Assets**
                              $2,193,491.00                  $12,408.00                                      $13,703.55                                  $0.00

**Major Activities affecting case closing:**

01/01/2001    Trustee liquidated personal property of the Debtor (watches). Trustee analyzed and resolved claims, as necessary. Trustee addressed Estate's tax reporting obligations. Trustee prepared TFR.

**Initial Projected Date Of Final Report (TFR):**   12/31/2011        **Current Projected Date Of Final Report (TFR):**   09/30/2012         /s/ GUS A. PALOIAN
                                                                                                                                             GUS A. PALOIAN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-27689-SPS | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******7850 | | Checking Acct #: | ******5039 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Assoc Bank Checking Account |
| For Period Beginning: | 7/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $13,673.36 | | $13,673.36 |
| 11/30/2011 | | ASSOCIATED BANK | Wire in fee | 2990-000 | | $15.00 | $13,658.36 |
| 12/06/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $13,673.36 |
| 12/22/2011 | | ASSOCIATED BANK | Misc. debit in error | 2990-000 | | $2,820.00 | $10,853.36 |
| 12/27/2011 | | ASSOCIATED BANK | Reverse - misc. debit in error | 2990-000 | | ($2,820.00) | $13,673.36 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $13,673.36 | $0.00 |
| | | | **TOTALS:** | | $13,673.36 | $13,673.36 | $0.00 |
| | | | Less: Bank transfers/CDs | | $13,673.36 | $13,673.36 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 7/30/2009 to 5/28/2012 | | For the entire history of the account between 01/18/2012 to 5/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $13,673.36 | Total Internal/Transfer Receipts: | $13,673.36 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $13,673.36 | Total Internal/Transfer Disbursements: | $13,673.36 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-27689-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******7850 | Money Market Acct #: | ******4387 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 7/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/18/2010 | (1) | FIFTH THIRD BANK | SALE OF PERSONAL PROPERTY | 1129-000 | $13,700.00 | | $13,700.00 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.09 | | $13,700.09 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,700.44 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,700.79 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.34 | | $13,701.13 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,701.48 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.34 | | $13,701.82 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,702.17 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,702.52 |
| 02/25/2011 | 201 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | 2300-000 | | $12.75 | $13,689.77 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,689.88 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,690.00 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,690.11 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,690.23 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,690.34 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,690.45 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,690.57 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,690.68 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,690.80 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $17.44 | $13,673.36 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,673.47 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $13,673.36 | $0.11 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | | 1270-000 | ($0.11) | | $0.00 |

**SUBTOTALS**  $13,703.55   $13,703.55

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 09-27689-SPS |
| **Case Name:** | KANATAS, WILLIAM |
| **Primary Taxpayer ID #:** | ******7850 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 7/30/2009 |
| **For Period Ending:** | 5/28/2012 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Money Market Acct #:** | ******4387 |
| **Account Title:** | Money Market Account (Interest Earn |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $13,703.55 | $13,703.55 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $13,673.36 | |
| | | | **Subtotal** | | $13,703.55 | $30.19 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $13,703.55 | $30.19 | |

**For the period of  7/30/2009 to 5/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,703.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,703.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $30.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $30.19 |
| Total Internal/Transfer  Disbursements: | $13,673.36 |

**For the entire history of the account between 06/17/2010 to 5/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,703.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,703.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $30.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $30.19 |
| Total Internal/Transfer  Disbursements: | $13,673.36 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-27689-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******7850 | Checking Acct #: | ******0057 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $13,673.36 | | $13,673.36 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $11.72 | $13,661.64 |
| 05/25/2012 | 5002 | WILLIAM KANATAS | DEBTOR'S EXEMPTION | 8100-002 | | $1,292.00 | $12,369.64 |
| | | | **TOTALS:** | | $13,673.36 | $1,303.72 | $12,369.64 |
| | | | Less: Bank transfers/CDs | | $13,673.36 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,303.72 | |
| | | | Less: Payments to debtors | | $0.00 | $1,292.00 | |
| | | | **Net** | | $0.00 | $11.72 | |

| For the period of 7/30/2009 to 5/28/2012 | | For the entire history of the account between 02/22/2012 to 5/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $13,673.36 | Total Internal/Transfer Receipts: | $13,673.36 |
| | | | |
| Total Compensable Disbursements: | $11.72 | Total Compensable Disbursements: | $11.72 |
| Total Non-Compensable Disbursements: | $1,292.00 | Total Non-Compensable Disbursements: | $1,292.00 |
| Total Comp/Non Comp Disbursements: | $1,303.72 | Total Comp/Non Comp Disbursements: | $1,303.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-27689-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******7850 | Checking Acct #: | ******0057 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $13,703.55 | $1,333.91 | $12,369.64 |

**For the period of 7/30/2009 to 5/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,703.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,703.55 |
| Total Internal/Transfer Receipts: | $27,346.72 |
| | |
| Total Compensable Disbursements: | $41.91 |
| Total Non-Compensable Disbursements: | $1,292.00 |
| Total Comp/Non Comp Disbursements: | $1,333.91 |
| Total Internal/Transfer Disbursements: | $27,346.72 |

**For the entire history of the case between 07/30/2009 to 5/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,703.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,703.55 |
| Total Internal/Transfer Receipts: | $27,346.72 |
| | |
| Total Compensable Disbursements: | $41.91 |
| Total Non-Compensable Disbursements: | $1,292.00 |
| Total Comp/Non Comp Disbursements: | $1,333.91 |
| Total Internal/Transfer Disbursements: | $27,346.72 |

CLAIM ANALYSIS REPORT

| Case No.: | 09-27689-SPS | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | KANATAS, WILLIAM | | | | | | | Date: | 5/28/2012 |
| Claims Bar Date: | 06/02/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 05/24/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,991.16 | $1,991.16 | $0.00 | $0.00 | $0.00 | $1,991.16 |
| | SEYFARTH SHAW | 05/24/2012 | Attorney for Trustee Expenses (Trus | Allowed | 3120-000 | $0.00 | $1,958.78 | $1,958.78 | $0.00 | $0.00 | $0.00 | $1,958.78 |
| | SEYFARTH SHAW | 05/24/2012 | Attorney for Trustee Fees (Trustee | Allowed | 3110-000 | $0.00 | $13,557.00 | $13,557.00 | $0.00 | $0.00 | $0.00 | $13,557.00 |
| | WILLIAM KANATAS | 05/24/2012 | Debtor Exemptions | Allowed | 8100-002 | $0.00 | $1,292.00 | $1,292.00 | $1,292.00 | $0.00 | $0.00 | $0.00 |
| 1 | MCADAM LANDSCAPING INC<br>Lsw offices of Hoy & Sahlas, LTD<br>2000 Spring Road, Ste. 603<br>Oak Brook IL 60523 | 09/01/2009 | Personal Prop & Intang - Consensual | Allowed | 4210-000 | $59,900.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Trustee received agreed order withdrawing claim; hearing on motion for entry of agreed order will be held on or before final hearing.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CAPITAL RECOVERY III LLC AS ASSIGNE<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 03/08/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,798.89 | $2,798.89 | $0.00 | $0.00 | $0.00 | $2,798.89 |
| 3 | CAPITAL RECOVERY III LLC AS ASSIGNE<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 03/08/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,474.70 | $5,474.70 | $0.00 | $0.00 | $0.00 | $5,474.70 |
| 4 | MIKE & GRIESELDA BAILEY<br>29292 Clipper Way Laguna Niguel CA 92677 | 03/15/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $50,000.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| 5 | PAUL FRANCZYK<br>c/o Robin Philip Jesk<br>15150 S. Cicero Avenue<br>Oak Forest IL 60452 | 03/16/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $416,859.18 | $416,859.18 | $0.00 | $0.00 | $0.00 | $416,859.18 |

| Case No.: | 09-27689-SPS | | | | | | | Trustee Name: | | Gus A. Paloian |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | | | | | | | Date: | | 5/28/2012 |
| Claims Bar Date: | 06/02/2010 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | LINDA STUECK<br><br>256 Dalton Avenue<br>Mundelein IL 60060 | 03/17/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $25,000.00 | $40,000.00 | $40,000.00 | $0.00 | $0.00 | $0.00 | $40,000.00 |
| 7 | STANLEY COHN, JOYCE COHN,<br>Melanie Shandalov & Sherly Fair<br>8520 N. Christiana Avenue<br>Skokie IL 60076 | 03/17/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $111,374.00 | $111,374.00 | $0.00 | $0.00 | $0.00 | $111,374.00 |
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/23/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,602.48 | $12,602.48 | $0.00 | $0.00 | $0.00 | $12,602.48 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/23/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,596.26 | $22,596.26 | $0.00 | $0.00 | $0.00 | $22,596.26 |
| 10 | PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/23/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,576.72 | $17,576.72 | $0.00 | $0.00 | $0.00 | $17,576.72 |
| 11 | RONALD & PATRICIA SERVANT<br>35 Canario Drive<br>Warren RI 02885 | 03/26/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $150,000.00 | $150,000.00 | $150,000.00 | $0.00 | $0.00 | $0.00 | $150,000.00 |
| 12 | STEVE & JANET BROWN<br>11 La Quinta Court<br>Lake in the Hills IL 60156 | 03/31/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $100,000.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |

CLAIM ANALYSIS REPORT

| Case No.: | 09-27689-SPS | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | | | Date: | 5/28/2012 |
| Claims Bar Date: | 06/02/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | MILLENNIUM TRUST CO. <br> FBO Mary Charters <br> 18310 Fairway Oaks Square <br> Leesburg VA 20176 | 04/12/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $279,800.00 | $279,800.00 | $0.00 | $0.00 | $0.00 | $279,800.00 |
| 14 | MILLENNIUM TRUST CO. <br> FBO Mary Charters <br> 18310 Fairway Oaks Square <br> Leesburg VA 20176 | 04/12/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $682,000.00 | $682,000.00 | $0.00 | $0.00 | $0.00 | $682,000.00 |
| 15 | GE MONEY BANK DBA IKEA CONSUMER <br> Care of Recovery Management Systems Corp <br> 25 SE 2nd Ave Ste 1120 <br> Miami FL 33131 | 05/06/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,043.00 | $2,767.41 | $2,767.41 | $0.00 | $0.00 | $0.00 | $2,767.41 |
| 16 | JOE & RITA VIGNATI <br> 8 Alston Bay <br> Bluffton SC 29909 | 05/07/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $50,000.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| 17 | MILLENNIUM <br> FBO Jack Hurley <br> 110 59th Street <br> Willowbrook IL 60527 | 05/17/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $78,263.96 | $78,263.96 | $0.00 | $0.00 | $0.00 | $78,263.96 |
| 18 | MILLENNIUM <br> FBO Jack Hurley <br> 110 59th Street <br> Willowbrook IL 60527 | 05/17/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $51,434.09 | $51,434.09 | $0.00 | $0.00 | $0.00 | $51,434.09 |
| 19 | JEP SERVICES, INC. <br> Dr. Eric Phillips <br> 7909 Poppleton Ave <br> Omaha NE 68124 | 05/17/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $150,000.00 | $150,000.00 | $150,000.00 | $0.00 | $0.00 | $0.00 | $150,000.00 |
| 20 | CHW SERVICES, INC. <br> Dr. Randal Woodward <br> 1758 S 105th Street <br> Omaha NE 61824 | 05/17/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $400,000.00 | $400,000.00 | $400,000.00 | $0.00 | $0.00 | $0.00 | $400,000.00 |

# CLAIM ANALYSIS REPORT

| Case No.: | 09-27689-SPS | | | Trustee Name: | Gus A. Paloian |
| Case Name: | KANATAS, WILLIAM | | | Date: | 5/28/2012 |
| Claims Bar Date: | 06/02/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | KJF SERVICES<br><br>Dr. Jonathon Fuller<br>9806 Fieldcrest Drive<br>Omaha NE 68114 | 05/19/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $600,000.00 | $600,000.00 | $600,000.00 | $0.00 | $0.00 | $0.00 | $600,000.00 |
| 22 | JOHN C. COLE, JR FOR JOAN A. COLE<br>394 Hunter Drive<br>Carol Stream IL 60188 | 05/24/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $100,000.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| 23 | CHASE BANK USA NA<br><br>PO BOX 15145<br>Wilmington DE 198505145 | 05/27/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $8,830.00 | $10,270.37 | $10,270.37 | $0.00 | $0.00 | $0.00 | $10,270.37 |
| 24 | MILLENNIUM TRUST<br><br>FBO Mary Rust<br>404 Brookgreen Drive<br>Lumberton NC 28358 | 05/27/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $117,500.00 | $117,500.00 | $117,500.00 | $0.00 | $0.00 | $0.00 | $117,500.00 |

**Claim Notes:** Trustee received agreed order reclassifying claim from priority to general unsecured; hearing on motion for entry of agreed order will be on or before final hearing

| 25 | MILLENNIUM TRUST<br><br>FBO James Rust<br>820 Jorie Boulevard Suite 420<br>Oak Brook IL 60523 | 05/27/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $901,500.00 | $901,500.00 | $901,500.00 | $0.00 | $0.00 | $0.00 | $901,500.00 |

**Claim Notes:** Trustee received agreed order reclassifying claim from priority to general unsecured; hearing on motion for entry of agreed order will be on or before final hearing

| 26 | GE MONEY BANK DBA GECAF/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 06/01/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,469.00 | $10,819.54 | $10,819.54 | $0.00 | $0.00 | $0.00 | $10,819.54 |
| 27 | CHARLES S. D' ANGELO<br><br>c/o Jenner & Block LLP<br>Attn: Michael J. Kelly<br>Attn: Michael J. Kelly | 06/02/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,000,000.00 | $1,250,000.00 | $1,250,000.00 | $0.00 | $0.00 | $0.00 | $1,250,000.00 |

**Claim Notes:** (27-1) modifed on 6/3/10 to correct claimed amount(dg)

| **Case No.** | 09-27689-SPS | | | | | | | **Trustee Name:** | | Gus A. Paloian | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case Name:** | KANATAS, WILLIAM | | | | | | | **Date:** | | 5/28/2012 | |
| **Claims Bar Date:** | 06/02/2010 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | MILLENIUM TRUST COMPANY<br>FBO Mark Hurwitz<br>3215 Larkspur Drive<br>Crystal Lake IL 60012 | 06/02/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $215.00 | $215.00 | $0.00 | $0.00 | $0.00 | $215.00 |
| 29 | MARK HURWITZ<br><br>3215 Larkspur Drive<br>Crystal Lake IL 60012 | 06/02/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $150,000.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| 30 | VISHNU & DHAIRYABALA PATEL<br>19015 Harding Ave<br>Floosmore IL 60422 | 06/04/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $200,000.00 | $273,326.00 | $273,326.00 | $0.00 | $0.00 | $0.00 | $273,326.00 |
| 31 | WELLS FARGO FINANCIAL NATIONAL BANK<br>4137 121st Street<br>Urbandale IA 50323 | 03/16/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $4,548.00 | $5,706.44 | $5,706.44 | $0.00 | $0.00 | $0.00 | $5,706.44 |
| **Claim Notes:** | (31-1) unsecured claim | | | | | | | | | | | |
| BOND | INTERNATIONAL SECURITIES, LTD | 02/25/2011 | Bond Payments | Allowed | 2300-000 | $0.00 | $12.75 | $12.75 | $12.75 | $0.00 | $0.00 | $0.00 |
| | | | | | | **$5,961,696.73** | **$5,961,696.73** | **$1,304.75** | **$0.00** | | **$0.00** | **$5,960,391.98** |

**CLAIM ANALYSIS REPORT**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 09-27689-SPS | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | KANATAS, WILLIAM | | **Date:** | 5/28/2012 |
| **Claims Bar Date:** | 06/02/2010 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trus | $1,958.78 | $1,958.78 | $0.00 | $0.00 | $0.00 | $1,958.78 |
| Attorney for Trustee Fees (Trustee | $13,557.00 | $13,557.00 | $0.00 | $0.00 | $0.00 | $13,557.00 |
| Bond Payments | $12.75 | $12.75 | $12.75 | $0.00 | $0.00 | $0.00 |
| Debtor Exemptions | $1,292.00 | $1,292.00 | $1,292.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $5,942,885.04 | $5,942,885.04 | $0.00 | $0.00 | $0.00 | $5,942,885.04 |
| Personal Prop & Intang - Consensual | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,991.16 | $1,991.16 | $0.00 | $0.00 | $0.00 | $1,991.16 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      09-27689-SPS
Case Name:     WILLIAM KANATAS
Trustee Name:  Gus A. Paloian

Balance on hand:   $12,369.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | MCADAM LANDSCAPING INC | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $12,369.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $1,991.16 | $0.00 | $1,406.87 |
| SEYFARTH SHAW, Attorney for Trustee Fees | $13,557.00 | $0.00 | $9,578.78 |
| SEYFARTH SHAW, Attorney for Trustee Expenses | $1,958.78 | $0.00 | $1,383.99 |

Total to be paid for chapter 7 administrative expenses:   $12,369.64
Remaining balance:   $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

        Total to be paid to priority claims:    $0.00
        Remaining balance:    $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,942,885.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | CAPITAL RECOVERY III LLC AS ASSIGNE | $2,798.89 | $0.00 | $0.00 |
| 3 | CAPITAL RECOVERY III LLC AS ASSIGNE | $5,474.70 | $0.00 | $0.00 |
| 4 | MIKE & GRIESELDA BAILEY | $50,000.00 | $0.00 | $0.00 |
| 5 | PAUL FRANCZYK | $416,859.18 | $0.00 | $0.00 |
| 6 | LINDA STUECK | $40,000.00 | $0.00 | $0.00 |
| 7 | STANLEY COHN, JOYCE COHN, | $111,374.00 | $0.00 | $0.00 |
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $12,602.48 | $0.00 | $0.00 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $22,596.26 | $0.00 | $0.00 |
| 10 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $17,576.72 | $0.00 | $0.00 |
| 11 | RONALD & PATRICIA SERVANT | $150,000.00 | $0.00 | $0.00 |
| 12 | STEVE & JANET BROWN | $100,000.00 | $0.00 | $0.00 |
| 13 | MILLENNIUM TRUST CO. | $279,800.00 | $0.00 | $0.00 |
| 14 | MILLENNIUM TRUST CO. | $682,000.00 | $0.00 | $0.00 |
| 15 | GE MONEY BANK DBA IKEA CONSUMER | $2,767.41 | $0.00 | $0.00 |
| 16 | JOE & RITA VIGNATI | $50,000.00 | $0.00 | $0.00 |
| 17 | MILLENNIUM | $78,263.96 | $0.00 | $0.00 |
| 18 | MILLENNIUM | $51,434.09 | $0.00 | $0.00 |
| 19 | JEP SERVICES, INC. | $150,000.00 | $0.00 | $0.00 |
| 20 | CHW SERVICES, INC. | $400,000.00 | $0.00 | $0.00 |
| 21 | KJF SERVICES | $600,000.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 22 | JOHN C. COLE, JR FOR JOAN A. COLE | $100,000.00 | $0.00 | $0.00 |
| 23 | CHASE BANK USA NA | $10,270.37 | $0.00 | $0.00 |
| 24 | MILLENNIUM TRUST | $117,500.00 | $0.00 | $0.00 |
| 25 | MILLENNIUM TRUST | $901,500.00 | $0.00 | $0.00 |
| 26 | GE MONEY BANK DBA GECAF/GEMB | $10,819.54 | $0.00 | $0.00 |
| 27 | CHARLES S. D' ANGELO | $1,250,000.00 | $0.00 | $0.00 |
| 28 | MILLENIUM TRUST COMPANY | $215.00 | $0.00 | $0.00 |
| 29 | MARK HURWITZ | $50,000.00 | $0.00 | $0.00 |
| 30 | VISHNU & DHAIRYABALA PATEL | $273,326.00 | $0.00 | $0.00 |
| 31 | WELLS FARGO FINANCIAL NATIONAL BANK | $5,706.44 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00