**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-27689 |
| | § | |
| WILLIAM KANATAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/18/12, in Courtroom 642, United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By:  /s/ Gus A. Paloian
                                                   (Trustee)

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-27689 |
| | § | |
| WILLIAM KANATAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $13,703.55
*and approved disbursements of* $1,333.91
*leaving a balance on hand of[1]:* $12,369.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | MCADAM LANDSCAPING INC | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $12,369.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $1,991.16 | $0.00 | $1,406.87 |
| SEYFARTH SHAW, Attorney for Trustee Fees | $13,557.00 | $0.00 | $9,578.78 |
| SEYFARTH SHAW, Attorney for Trustee Expenses | $1,958.78 | $0.00 | $1,383.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $12,369.64 |
| Remaining balance: | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|   |   |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,942,885.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | CAPITAL RECOVERY III LLC AS ASSIGNE | $2,798.89 | $0.00 | $0.00 |
| 3 | CAPITAL RECOVERY III LLC AS ASSIGNE | $5,474.70 | $0.00 | $0.00 |
| 4 | MIKE & GRIESELDA BAILEY | $50,000.00 | $0.00 | $0.00 |
| 5 | PAUL FRANCZYK | $416,859.18 | $0.00 | $0.00 |
| 6 | LINDA STUECK | $40,000.00 | $0.00 | $0.00 |
| 7 | STANLEY COHN, JOYCE COHN, | $111,374.00 | $0.00 | $0.00 |
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $12,602.48 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $22,596.26 | $0.00 | $0.00 |
| 10 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $17,576.72 | $0.00 | $0.00 |
| 11 | RONALD & PATRICIA SERVANT | $150,000.00 | $0.00 | $0.00 |
| 12 | STEVE & JANET BROWN | $100,000.00 | $0.00 | $0.00 |
| 13 | MILLENNIUM TRUST CO. | $279,800.00 | $0.00 | $0.00 |
| 14 | MILLENNIUM TRUST CO. | $682,000.00 | $0.00 | $0.00 |
| 15 | GE MONEY BANK DBA IKEA CONSUMER | $2,767.41 | $0.00 | $0.00 |
| 16 | JOE & RITA VIGNATI | $50,000.00 | $0.00 | $0.00 |
| 17 | MILLENNIUM | $78,263.96 | $0.00 | $0.00 |
| 18 | MILLENNIUM | $51,434.09 | $0.00 | $0.00 |
| 19 | JEP SERVICES, INC. | $150,000.00 | $0.00 | $0.00 |
| 20 | CHW SERVICES, INC. | $400,000.00 | $0.00 | $0.00 |
| 21 | KJF SERVICES | $600,000.00 | $0.00 | $0.00 |
| 22 | JOHN C. COLE, JR FOR JOAN A. COLE | $100,000.00 | $0.00 | $0.00 |
| 23 | CHASE BANK USA NA | $10,270.37 | $0.00 | $0.00 |
| 24 | MILLENNIUM TRUST | $117,500.00 | $0.00 | $0.00 |
| 25 | MILLENNIUM TRUST | $901,500.00 | $0.00 | $0.00 |
| 26 | GE MONEY BANK DBA GECAF/GEMB | $10,819.54 | $0.00 | $0.00 |
| 27 | CHARLES S. D' ANGELO | $1,250,000.00 | $0.00 | $0.00 |
| 28 | MILLENIUM TRUST COMPANY | $215.00 | $0.00 | $0.00 |
| 29 | MARK HURWITZ | $50,000.00 | $0.00 | $0.00 |
| 30 | VISHNU & DHAIRYABALA PATEL | $273,326.00 | $0.00 | $0.00 |
| 31 | WELLS FARGO FINANCIAL NATIONAL BANK | $5,706.44 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ Gus A. Paloian
                         Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-27689-TAB
William Kanatas                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pgordon              Page 1 of 7             Date Rcvd: Jun 12, 2012
                              Form ID: pdf006            Total Noticed: 187

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2012.
```
db          +William Kanatas,    322 Gatesby,    Riverside, IL 60546-1616
aty         +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
14247449    +007, LLC,   c/o James M. Duggan,    191 N. Wacker Drive, Ste. 2300,    Chicago, IL 60606-1638
14247450    +182 - 154th St. LLC,    c/o Anthony Barone,    635 Butterfield Rd., Ste. 145,
              Oakbrook Terrace, IL 60181-4026
14247451    +3rd Life,    3101 S Ocean Drive Unit 808,    Hollywood, FL 33019-2807
14247452     Acadia Life,    48 Par-La-Ville Road, Suite 1646,    Hamilton HM 11,    BERMUDA
14247453    +Albinus & Magdaline Raupp,    3410 Buffalo Grove Road,    Arlington Heights, IL 60004-1703
14247454    +All American Plumbing,    c/o John Hoscheit,    1001 E Main St, Suite G,
              St. Charles, IL 60174-2204
14247455     Allan & Marilyn Meyer,    28100 N. Ashley Circle Suite 109,    Libertyville, IL 60048-9479
14247456    +Allan Michelle,    908 Hilldale Ln,    Buffalo Grove, IL 60089-7016
14247458    +Allegience Bank,    8002 W. 183rd Street,    Tinley Park, IL 60477
14247457    +Allegience Bank,    8001 W. 183rd Street,    Tinley Park, IL 60487-9272
14247459    +Alliance International Holdings,    Dave Dyer,    One Ward Parkway Suite 345,
              Kansas City, MO 64112-2145
14247460    +Allied Commercial Capital Corp,    c/o Anthony Barone,    635 Butterfield, No. 145,
              Oakbrook Terrace, IL 60181-4026
14247462    +Amcore Bank,    426 Army Trail Rd.,    Carol Stream, IL 60188-9366
14247468    +Amerititle, Inc.,    20000 Govenors Drive,    Building 4, Suite 103,
              Olympia Fields, IL 60461-1034
14247469    +Andrea Blickle,    7450 Bonnie Drive,    Lakewood, IL 60014-6639
14247470     Andrew B. Sacks,    2271 Jefferson Lane,    Huntingdon Valley, PA 19006-6042
14247471    +Ann Vondriska,    8705 Stevens Drive,    Oak Lawn, IL 60453-1331
14247472    +Anthony Barone,    635 Butterfield Road,    Suite 145,    Oakbrook Terrace, IL 60181-4026
14247473    +Auburn Supply Company,    c/o William Smith,    3850 W 167th,    St Markham, IL 60428-5306
14247474    +B.R. Herlin,    PO Box 157,    Bloomingdale, IL 60108-0157
14247475     Barclays,    PO Box 833,    Wilmington, DE 19899
14247476    +Bay Farm LLC,    3101 S Ocean Drive Unit 808,    Hollywood, FL 33019-2807
14247477    +Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
14247478    +Bob Parker,    1314 E. Las Olas Blvd,    Fort Lauderdale, FL 33301-2334
14247479    +Bravo Properties,    C/O Lou Leonard,    205 Briarwood Loop,    Oakbrook, IL 60523-8721
14247480    +Brian Fisher,    278 W Fairview Circle,    Palatine, IL 60067-7902
14247481    +Bruce & Mary Lucas,    1724 Redcoat Dr,    Racine, WI 53406-2752
14247482    +Bruce Berg,    691 London Square,    Hoffman Estates, IL 60169-2770
14247485    +CDP of Illinois, LLC,    c/o Mitch Cox,    801 Sunset Drive. Bld. D,    Johnson City, TN 37604-3033
14247492    +CHW Services, Inc.,    Dr. Randal Woodward,    1758 S 105th Street,    Omaha, NE 68124-1015
14247483    +Calvin NG,    138 Hudson Bay,    Alameda, CA 94502-7907
14247487    #+Charles D'Angelo,    Other Names,    57 St. George Place,    Palm Beach Gardens, FL 33418-4024
14247486    #+Charles D'Angelo,    Snowbank Capital Corp,    57 St. George Place,
              Palm Beach Gardens, FL 33418-4024
14247488    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15642442     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14247489    +Chi Fai Yau,    8 Smith Cour,    Alameda, CA 94502-7786
14247490    +Chris Coyne,    3101 S Ocean Drive Unit 808,    Hollywood, FL 33019-2807
14247491    +Christy So,    138 Hudson Bay,    Alameda, CA 94502-7907
14247494    +Citi Bank,    Processing Center,    Des Moines, IA 50364-0001
14247493    +Citi Bank,    Processing Center,    Des Moines, IA 50363-0001
14247495     Citibank,    PO Box,    Sioux Falls, SD 57117
14247496     Citibank,    PO Box,    Sioux Falls, SD 57118
14247497    +Closet Works,    618 S. State Rt. 59,    Unit 124,    Naperville, IL 60540-6100
14247498    +Cottage Sheet,    6640 W 99th St.,    Chicago Ridge, IL 60415-1252
14247499    +Coyne Foundation,    3101 S Ocean Drive Unit 808,    Hollywood, FL 33019-2807
14247500    +Custom Stairs,    1424 Sherman Road,    Romerville, IL 60446-4046
14247501    +Dale Sims,    2316 Bransley Place,    Duluth, GA 30097-4336
14247502    +Dan Blocker,    3210 Justamere Lane,    Woodridge, IL 60517-3760
14247503    +Daniel NG,    205 Indian Bay,    Alameda, CA 94502-7951
14247504    +David & Julia Edmundson,    796 Carol Avenue,    Elgin, IL 60123-2618
14247505    +Diana Wilkins,    1704 Catch Fly Cove,    Cedar Park, TX 78613-1565
14247506    +Diana Wood,    101 S. Main Street,    Algonquin, IL 60102-2636
14247507    +Dolores J. Crawford,    140 Summer Breeze Dr,    Bull Shoals, AR 72619-2727
14247508    +Donald & Charlotte Zlotkowski,    7719 Joliet Drive,    Tinley Park, IL 60477-4570
14247509    +Doors R Us,    11941 Aero Drive,    Plainfield, IL 60585-9757
14247510    +Draper & Kramer,    33 W Monroe St,    Chicago, IL 60603-5403
14247511    +Edward & Peggy Kissman,    9332 Beaver Pond Ct,    Lakewood, IL 60014-6704
14247512    +Exclusive Millwork,    545 Willowbrook Center Pkwy,    Willowbrook, IL 60527-6057
14247513    +Family Bank & Trust,    10360 S Roberts Rd,    Palos Hills, IL 60465-1930
14247514    +Federal Fence,    127 Haddon Ave.,    West Berlin, NJ 08091-1835
14247591    +Ferguson Enterprises,    c/o Ill. Corp. Service,    801 Adlai Stevenson Drive,
              Springfield, IL 62703-4261
14247592    +Ferne Hurwitz,    653 Golf Lane Lake,    Barrington, IL 60010-7330
14247596     Fidelity Insurance Company LTD.,    The First Commercial Center, 3rd FL,
              Suite #7 P.O.Box F-42459 Freeport,    BAHAMAS
14247597    +Founders Crossing,    20550 S LaGrange Rd Suite 300,    Frankfort, IL 60423-1291
```

```
District/off: 0752-1           User: pgordon                Page 2 of 7                   Date Rcvd: Jun 12, 2012
                               Form ID: pdf006              Total Noticed: 187


14247599      +Gem Global Holdings LLC,    c/o Anthony Barone,    635 Butterfield Rd., Ste. 145,
                Oakbrook Terrace, IL 60181-4026
14247600      +Gem Real Estate LLC,    c/o Tom Matthews,    20550 S. LaGrange Rd., Ste. 200,
                Frankfort, IL 60423-1216
14247604      +General Motors Mtg Corp,    Po Box 780,    Waterloo, IA 50704-0780
14247605      +Genesis Engineering,    30 W 270 Butterfield Road,    Suite 105,    Warrenville, IL 60555-1570
14247606      +George Gangas,    1511 Pinehurst Drive,    Darien, IL 60561-5925
14247607       George Gatsis,    9110 Pine Needle Path,    Bull Valley, IL 60097-9400
14247608      +George Minogue,    9395 Nicklaus Ln,    Village Of Lakewood, IL 60014-3341
14247610      +Green Grass,    2659 Wisconsin Ave.,    Downers Grove, IL 60515-4244
14247611      +Gregory & Suzanna Coyne,    8 Smith Street,    Alameda, CA 94502-7786
14247612     #+Home Depot,    PO Box 653000,    Dallas, TX 75265-3000
14247613      +Howard Sacks,    440 S. Broad St. #2901,    Philadelphia, PA 19146-4923
14247615     #+Integra National Bank,    7661 S Harlem Ave,    Bridgeview, IL 60455-1396
14247616      +Intercoastal Administration, Inc.,    c/o Anthony Barone,    635 Butterfield Road, Ste. 145,
                Oakbrook Terrace, IL 60181-4026
14247624      +JEP Services, Inc.,    Dr. Eric Phillips,    7909 Poppleton Ave,    Omaha, NE 68124-1440
14247618      +James & Connie Crawford,    395 Capital Ln,    Gurnee, IL 60031-4496
14247619      +James & Lynn Kokenes,    510 N Richmond Ave,    Westmont, IL 60559-1539
14247620      +James Born,    700 Gaslight Drive,    Algonquin, IL 60102-3208
14247621      +Janet NG,    205 Indian Bay,    Alameda, CA 94502-7951
14247622      +Jean Vondriska,    8032 W 27th St,    North Riverside, IL 60546-1505
14247623      +Jeanne Misch,    8222 Parkridge Lane,    Greendale, WI 53129-1047
14247625      +Jim Dimitriou,    6711 Fox Run,    Crystal Lake, IL 60012-1002
14247626      +Joe & Rita Vignati,    8 Alston Bay,    Bluffton, SC 29909-5044
14247627     #+Joe Charters,    18310 Fairway Oaks Square,    Leesburg, VA 20176-8460
14247628      +John C. Cole, Jr for Joan A. Cole,    394 Hunter Drive,    Carol Stream, IL 60188-3907
14247629      +John Levi & Carole Knope-Levi,    8774 East Phillips Place,    Centennial, CO 80112-3348
14247630       John Sekulich   DBA JRS Electric,    16334 Meadow,    Oak Forest, IL 60452
14247631       John Warnock,    3109 W MLK Blvd. Ste 300,    Tampa, FL 33607
14247632      +Johns Spot,    5050 W. Lake St., #2,    Melrose, IL 60160-2767
14247633      +Joseph Solana Jr. Living Trust,    7 Alfred Street,    Savannah, GA 31408-3229
14247636      +KJF Services,    Dr. Jonathon Fuller,    9806 Fieldcrest Drive,    Omaha, NE 68114-4935
14247637      +KJM Services, Inc.,    Dr. John McClellan,    12715 Westchester Plaza,    Omaha, NE 68154-2175
14247634     #+Katherine & George Raupp,    3150 N. Betty Drive,    Arlington Heights, IL 60004-1709
14247635      +Katrina Tang,    138 Hudson Bay,    Alameda, CA 94502-7907
14247639      +Kyle Gaspar,    100 E. Bellevue Apt.15C,    Chicago, IL 60611-1123
14247640      +Lagrange Glass Company,    c/o Casey Curtiss,    621 S LaGrange Rd,    LaGrange, IL 60525-6724
14247641      +Legina Iron Works,    80 Central Ave,    Roselle, IL 60172-1904
14247642      +Lincoln Charter Twp,    PO Box 279,    Stevensville, MI 49127-0279
14247643      +Linda Stueck,    256 Dalton Avenue,    Mundelein, IL 60060-2507
14247648       MB Financial,    366 South Harlem Avenue,    Tinley Park, IL 60477
14247666      +MTB Services,    Dr. Timothy Bird,    4954 S. 176th Circle,    Omaha, NE 68135-3435
14247644      +Mark Hurwitz,    3215 Larkspur Drive,    Crystal Lake, IL 60012-1274
14247645      +Martha Winter,    482 River Front Circle,    Naperville, IL 60540-5265
14247646      +Martin L. Cassell, Esq.,    330 North Broadway Avenue,    PO Box 2137,    Aurora, IL 60507-2137
14247647     #+Mary Charters,    18310 Fairway Oaks Square,    Leesburg, VA 20176-8460
14247649      +McAdam Landscaping INC,    Lsw offices of Hoy & Sahlas, LTD,    2000 Spring Road, Ste. 603,
                Oak Brook, IL 60523-1851
14247650      +Mike & Grieselda Bailey,    29292 Clipper Way Laguna,    Niguel, CA 92677-4619
14247651      +Millenium Trust Company,    FBO Mark Hurwitz,    3215 Larkspur Drive,    Crystal Lake, IL 60012-1274
14247652      +Millennium,    FBO Jack Hurley,    110 59th Street,    Willowbrook, IL 60527-1718
14247653      +Millennium,    FBO Joan Hurley,    110 59th Street,    Willowbrook, IL 60527-1718
14247658      +Millennium Trust,    FBO Jayne L'Heureux,    2165 S.E. Lucie Blvd,    Stuart, FL 34996-5105
14247663      +Millennium Trust,    FBO Roland L'Heureux,    2165 S.E. Lucie Blvd,    Stuart, FL 34996-5105
14247656      +Millennium Trust,    FBO James Born,    700 Gaslight Drive,    Algonquin, IL 60102-3208
14247655      +Millennium Trust,    FBO Gray Stenn/Tim Tebockhorst,    1200 Harger Rd Suite 521,
                Oakbrook, IL 60523-1819
14247659      +Millennium Trust,    FBO Linda Stueck,    256 Dalton Avenue,    Mundelein, IL 60060-2507
14247662      +Millennium Trust,    FBO Robin Hladky Fox,    5170 Morningview Drive,
                Hoffman Estates, IL 60192-4104
14247661      +Millennium Trust,    FBO Mary Rust,    404 Brookgreen Drive,    Lumberton, NC 28358-2602
14247660      +Millennium Trust,    FBO Loren Engelhardt,    5149 W Farwell Avenue,    Skokie, IL 60077-3408
14247657     #+Millennium Trust,    FBO James Rust,    820 Jorie Boulevard Suite 420,    Oak Brook, IL 60523-2284
14247654      +Millennium Trust,    FBO Ferne Hurwitz,    653 Golf Lane Lake,    Barrington, IL 60010-7330
14247664     #+Millennium Trust Co.,    FBO Joseph Charters,    18310 Fairway Oaks Squarek,
                Leesburg, VA 20176-8460
14247665     #+Millennium Trust Co.,    FBO Mary Charters,    18310 Fairway Oaks Square,    Leesburg, VA 20176-8460
14247669      +NG & Associates,    19 Leonard Ct,    Alameda, CA 94502-7941
14247667      +Nationwide Flooring,    546 N. Countyline Rd,    Hinsdale, IL 60521-3855
14247668      +Neil Solanski,    278 W Fairview Circle,    Palatine, IL 60067-7902
14247671      +Ogden Drywall,    4810 Saratoga,    Downers Grove, IL 60515-3533
14247687      +Patricia Kelly,    813 Mons Way,    Gathnburg, TN 37738-6579
14247688      +Paul Franczyk,    c/o Robin Philip Jesk,    15150 S. Cicero Avenue,    Oak Forest, IL 60452-2402
14247689      +Paul Morell,    14901 S Heritagecrest Way Suite B,    Bluffdale, UT 84065-4894
14247691      +Pensco Trust,    FBO Jean Vondriska,    8032 W 27th St,    North Riverside, IL 60546-1505
14247692      +Pete Giacalone Trust,    10108 Pacific Avenue,    Franklin Park, IL 60131-1624
14247693      +Peter Skouiris,    307 Dundee Rd,    Barrington Hills, IL 60010-9395
14247694      +Phil Morell,    14901 S Heritagecrest Way Suite B,    Bluffdale, UT 84065-4894
14247695      +Phil's Irrigation,    c/o Martin L Cassell ESQ.,    330 N Broadway Ave,    Aurora, IL 60505-2696
```

```
District/off: 0752-1          User: pgordon              Page 3 of 7                   Date Rcvd: Jun 12, 2012
                              Form ID: pdf006            Total Noticed: 187

14247696       Phoenix Rising,    5618 Elinor,    Earlville, IL 60518
14247697      +Prinicipal Financial Group,    c/o Receivable Mgmt. Services,    1250 E. Diehl Rd., Suite 300,
                Naperville, IL 60563-9388
14247698      +Quinta Luna Foundation,    Pat Bowman,    2653 S 96th Circle,    Omaha, NE 68124-1948
14247725       RW Christian Builders,    c/o Robert Kuikman,    264 Churchhill Place,    IL 60601
14247700      +Rivas Masonary,    34427 S. Rival Rd.,    Wilmington, IL 60481-9791
14247701      +Robert Parsons,    300 Gulf Boulevard,    Bellair Shores, FL 33786-3228
14247702      +Robin Hladky-Fox,    5170 Morningview Drive,    Hoffman Estates, IL 60192-4104
14247703      +Roland & Jayne L'Heueux,    2165 S.E. Lucie Blvd,    Stuart, FL 34996-5105
14247704      +Ronald & Patricia Servant,    35 Canario Drive,    Warren, RI 02885-4207
14247724      +Route 30 & Harlem, LLC,    c/o Anthony Barone,    635 Butterfield Road, Ste. 145,
                Oak Brook Terrace, IL 60181-4026
14247726      +Schain, Burney, Ross & Citron, Ltd.,    222 North LaSalle Street,    Suite 1910,
                Chicago, IL 60601-1102
14247727      +Sharon Dooley as Trustee,    of Sharon Dooley Living Trust,    6333 Parkview Road,
                Greendale, WI 53129-2153
14247728      +Siu Ming Christy So.,    138 Hudson Bay,    Alameda, CA 94502-7907
14247730      +Specwood,    8237 S. Oak Park Ave.,    Burbank, IL 60459-1655
14247732      +Stanley Cohn, Joyce Cohn,,    Melanie Shandalov & Sherly Fair,    8520 N. Christiana Avenue,
                Skokie, IL 60076-2406
14247733      +Stephen Lemon,    1625 Funny Circle Drive,    Waxhaw, NC 28173-7205
14247734      +Steve & Janet Brown,    11 La Quinta Court,    Lake in the Hills, IL 60156-4490
14247735      +Stewart Enterior Enterprises,    c/o James P Ziegler,    1 E Wacker Dr, Suite 2610,
                Chicago, IL 60601-2001
14247736      +TCF Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
14247743      +Tim Chia,    76 Bexley Ct N.,    Barrington, IL 60010-6906
14247744      +Tim Tebockhorst,    1200 Harger Rd Suite 521,    Oakbrook, IL 60523-1819
14247745      +Tom Denham,    16924 Frances Street Suite 210,    Omaha, NE 68130-2357
14247746      +Tom Falcone,    1004 Sylvan Circle,    Naperville, IL 60540-5534
14247748      +Tom Matthews,    20550 S. LaGrange Rd.,    Suite 200,    Frankfort, IL 60423-1216
14247750      +Tuckers Painting,    13638 W. Dublin Dr,    Homer Glen, IL 60491-9116
14247751      +Usama Hamdan,    28 Martingale Ln,    Westwood, MA 02090-2900
14247753      +VP Ventures LLC,    c/o Christine A. Boyle,    15 Salt Creek Lane #207,    Hinsdale, IL 60521-8656
14247752      +Vishnu & Dhairyabala Patel,    19015 Harding Ave,    Floosmore, IL 60422-1057
14247754      +Walnut Grove Centre Phase,    20550 S Lagrange Rd Suite 300,    Frankfort, IL 60423-1291
14247783      +Waltz Carpentry,    222 Willowwood Dr.,    Oswego, IL 60543-7507
14247784      +Wells Fargo,    PO Box 10475,    Des Moines, IA 50306-0475
16966669      +Wells Fargo Financial National Bank,    4137 121st Street,    Urbandale IA 50323-2310
14247788      +William & Leonae fair,    1120 Virginia Avenue,    Libertyville, IL 60048-4438
14247789      +William Lemon,    7210 Torrington,    Springfield, IL 62711-7838
14247790      +Wing Ng,    19 Leonard Court,    Alameda, CA 94502-7941
14247792       Woodmont Mgmt,    14 Par-La-Ville Road Fifth Floor,    PO Box HM 2958 Hamilton HM MX,    BERMUDA
14247791      +Woodmont Mgmt,    FBO Pembroke, LLC,    8 Pembroke Lane,    Oakbrook, IL 60523-1727
14247793      +Yat Choi Yeung,    248 McDonnel Road,    Alameda, CA 94502-7784
14247794      +Zach Leonard,    205 Briarwood Loop,    Oakbrook, IL 60523-8721
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14247467       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 13 2012 00:55:36     American Honda Finance,
                P.O. 1844,    Alpharetta, GA 30023
15213535      +E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2012 02:37:53
                Capital Recovery III LLC As Assignee of WellsFargo,    Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14247598      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2012 02:37:53      GE Money,    PO Box 981127,
                El Paso, TX 79998-1127
15660120      +E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2012 02:37:53      GE Money Bank dba GECAF/GEMB,
                Care of Recovery Management Systems Corp,     25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15535051      +E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2012 02:37:53      GE Money Bank dba IKEA CONSUMER,
                Care of Recovery Management Systems Corp,     25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14247614      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2012 02:37:53      IKEA,    PO Box 981064,
                El Paso, TX 79998-1064
14247670      +E-mail/Text: bnc@nordstrom.com Jun 13 2012 00:53:19     Nordstrom,    PO Box 79134,
                Phoenix, AZ 85062-9134
15300241      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 13 2012 00:52:24
                PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
14247731       E-mail/Text: bklaw2@centurylink.com Jun 13 2012 01:07:16     Sprint,    PO Box 6419,
                Carol Stream, IL 60197
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15665688       Charles S. D' Angelo,    c/o Jenner & Block LLP,    Attn: Michael J. Kelly,    353 N. Clark Street
14247545       FEP
14247546       FEP
14247547       FEP
14247548       FEP
14247549       FEP
14247550       FEP
14247551       FEP
14247552       FEP
14247553       FEP
```

```
District/off: 0752-1          User: pgordon              Page 4 of 7                   Date Rcvd: Jun 12, 2012
                              Form ID: pdf006           Total Noticed: 187

                    ***** BYPASSED RECIPIENTS (continued) *****
 14247554       FEP
 14247555       FEP
 14247556       FEP
 14247557       FEP
 14247558       FEP
 14247559       FEP
 14247560       FEP
 14247561       FEP
 14247562       FEP
 14247563       FEP
 14247564       FEP
 14247565       FEP
 14247566       FEP
 14247567       FEP
 14247568       FEP
 14247569       FEP
 14247570       FEP
 14247571       FEP
 14247572       FEP
 14247573       FEP
 14247574       FEP
 14247575       FEP
 14247576       FEP
 14247577       FEP
 14247578       FEP
 14247579       FEP
 14247580       FEP
 14247581       FEP
 14247582       FEP
 14247583       FEP
 14247584       FEP
 14247585       FEP
 14247586       FEP
 14247587       FEP
 14247588       FEP
 14247589       FEP
 14247590       FEP
 14247515       FEP
 14247516       FEP
 14247517       FEP
 14247518       FEP
 14247519       FEP
 14247520       FEP
 14247521       FEP
 14247522       FEP
 14247523       FEP
 14247524       FEP
 14247525       FEP
 14247526       FEP
 14247527       FEP
 14247528       FEP
 14247529       FEP
 14247530       FEP
 14247531       FEP
 14247532       FEP
 14247533       FEP
 14247534       FEP
 14247535       FEP
 14247536       FEP
 14247537       FEP
 14247538       FEP
 14247539       FEP
 14247540       FEP
 14247541       FEP
 14247542       FEP
 14247543       FEP
 14247544       FEP
 14247593       FGEP
 14247594       FGEP
 14247595       FGEP
 14247601       Gem Real Estate LLC
 14247602       Gem Realestate LLC
 14247603       Gem Realestate LLC
 14247617       Intervest Commercial Mortgage Fund
 14247638       Kohls
 14247672       Palamino Trace II, LLC
 14247673       Palamino Trace Phase II, LLC
 14247674       Palamino Trace Phase II, LLC
 14247675       Palamino Trace Phase II, LLC
```

```
District/off: 0752-1          User: pgordon              Page 5 of 7               Date Rcvd: Jun 12, 2012
                              Form ID: pdf006            Total Noticed: 187


              ***** BYPASSED RECIPIENTS (continued) *****
14247676      Palamino Trace Phase II, LLC
14247677      Palamino Trace Phase II, LLC
14247678      Palamino Trace Phase II, LLC
14247679      Palamino Trace Phase II, LLC
14247680      Palamino Trace Phase II, LLC
14247681      Palamino Trace Phase II, LLC
14247682      Palamino Trace Phase II, LLC
14247683      Palamino Trace Phase II, LLC
14247684      Palamino Trace Phase II, LLC
14247685      Palamino Trace Phase II, LLC
14247686      Palamino Trace, LLC
14247705      Route 30 & 78 Ave LLC
14247706      Route 30 & 78th Ave LLC
14247707      Route 30 & 78th Ave LLC
14247708      Route 30 & 78th Ave LLC
14247709      Route 30 & 78th Ave LLC
14247710      Route 30 & 78th Ave LLC
14247711      Route 30 & 78th Ave LLC
14247712      Route 30 & 78th Ave LLC
14247713      Route 30 & 78th Ave LLC
14247714      Route 30 & 78th Ave LLC
14247715      Route 30 & 78th Ave LLC
14247716      Route 30 & 78th Ave LLC
14247717      Route 30 & 78th Ave LLC
14247718      Route 30 & 78th Ave LLC
14247719      Route 30 & 78th Ave LLC
14247720      Route 30 & 78th Ave LLC
14247721      Route 30 & 78th Ave LLC
14247722      Route 30 & 78th Ave LLC
14247723      Route 30 & Harlem LLC
14247729      Southwest Insulation,    13949 Kildare Ave Midlothian
14247747      Tom Gangas
14247755      Walnut Grove Phase 1, LLC
14247756      Walnut Grove Phase 1, LLC
14247757      Walnut Grove Phase 1, LLC
14247758      Walnut Grove Phase 1, LLC
14247759      Walnut Grove Phase I, LLC
14247760      Walnut Grove Phase I, LLC
14247761      Walnut Grove Phase I, LLC
14247762      Walnut Grove Phase I, LLC
14247763      Walnut Grove Phase I, LLC
14247764      Walnut Grove Phase I, LLC
14247765      Walnut Grove Phase I, LLC
14247766      Walnut Grove Phase I, LLC
14247767      Walnut Grove Phase I, LLC
14247768      Walnut Grove Phase I, LLC
14247769      Walnut Grove Phase I, LLC
14247770      Walnut Grove Phase I, LLC
14247771      Walnut Grove Phase I, LLC
14247772      Walnut Grove Phase I, LLC
14247773      Walnut Grove Phase I, LLC
14247774      Walnut Grove Phase I, LLC
14247775      Walnut Grove Phase I, LLC
14247776      Walnut Grove Phase I, LLC
14247777      Walnut Grove Phase I, LLC
14247778      Walnut Grove Phase I, LLC
14247779      Walnut Grove Phase I, LLC
14247780      Walnut Grove Phase I, LLC
14247781      Walnut Grove Phase I, LLC
14247782      Walnut Grove Phase I, LLC
14247463*     +Amcore Bank,    426 Army Trail Rd.,   Carol Stream, IL 60188-9366
14247464*     +Amcore Bank,    426 Army Trail Rd.,   Carol Stream, IL 60188-9366
14247465*     +Amcore Bank,    426 Army Trail Rd.,   Carol Stream, IL 60188-9366
14247466*     +Amcore Bank,    426 Army Trail Rd.,   Carol Stream, IL 60188-9366
14247737*     +TCF Bank,    800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
14247738*     +TCF Bank,    800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
14247739*     +TCF Bank,    800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
14247740*     +TCF Bank,    800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
14247741*     +TCF Bank,    800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
14247749*     +Tom Matthews,    20550 S. LaGrange Road,    Suite 200,    Frankfort, IL 60423-1216
14247785*     +Wells Fargo,    PO Box 10475,   Des Moines, IA 50306-0475
14247786*     +Wells Fargo,    PO Box 10475,   Des Moines, IA 50306-0475
14247787*     +Wells Fargo,    PO Box 10475,   Des Moines, IA 50306-0475
```

```
District/off: 0752-1           User: pgordon              Page 6 of 7               Date Rcvd: Jun 12, 2012
                               Form ID: pdf006            Total Noticed: 187

14247461     ##+Alvin & Cindy Weintraub,   16 Hickory Bow,   McComb, IL 61455-1018
14247484     ##+Caryn Jones,   1180 Iron Point Rd. Suite 145A,   Folsom, CA 95630-8321
14247609     ##+George Venturella,   20544 Abbey Dr,   Frankfort, IL 60423-3110
14247690     ##+Pensco Trust,   FBO Ferrell Kemp,   7215 Inverway Drive,   Crystal Lake, IL 60014-6618
14247699     ##+Rick & Diana Voss,   727 Spindletree Ave,   Naperville, IL 60565-2882
14247742     ##+Tilden Roofing,   486 Spring Rd.,   Elmhurst, IL 60126-3858
                                                                             TOTALS: 149, * 13, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2012**                    **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: pgordon              Page 7 of 7               Date Rcvd: Jun 12, 2012
                              Form ID: pdf006            Total Noticed: 187
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2012 at the address(es) listed below:

        Allen C. Wesolowski   on behalf of Creditor  Archer Bank acwesolowski@martin-karcazes.com
        Catherine L Steege   on behalf of Creditor Charles D'Angelo csteege@jenner.com,
         docketing@jenner.com;mmatlock@jenner.com
        David R Brown   on behalf of Debtor William Kanatas dbrown@springerbrown.com,
         marigonzo@springerbrown.com;jill@springerbrown.com
        Gus A Paloian   gpaloian@seyfarth.com,   gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net
        James B. Sowka   on behalf of Trustee Gus Paloian jsowka@seyfarth.com,
         chidocket@seyfarth.com;ctholen@seyfarth.com
        John E Gierum   on behalf of Creditor  Family Bank & Trust jgierum@7trustee.net,
         joanne@gierummantas.com;karen@gierummantas.com
        Kurt M Carlson   on behalf of Creditor  AMCORE Bank, N.A. kcarlson@carlsondash.com,
         dmyer@carlsondash.com
        M. Gretchen Silver   on behalf of U.S. Trustee Patrick Layng ustpregion11.es.ecf@usdoj.gov,
         gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;keith.manikowski@usdoj.gov;maria.e.yapan@usdoj.gov
        Martin J Wasserman   on behalf of Creditor  AMCORE Bank, N.A. mwasserman@carlsondash.com,
         knoonan@carlsondash.com
        Monette W Cope   on behalf of Creditor  Honda Lease Trust ecfnil@weltman.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Ryan  Pinkston   on behalf of Trustee Gus Paloian rpinkston@seyfarth.com,
         chidocket@seyfarth.com;jwoods@seyfarth.com;lzwick@seyfarth.com
        Steven R Rappin   on behalf of Creditor  Integra Bank, N.A. dolswang@hrolaw.com,
         rarredondo@hrolaw.com
        Timothy J. McGonegle   on behalf of Creditor  Schain, Burney, Ross & Citron, Ltd.
         tmcgonegle@comcast.net
        Timothy S Breems   on behalf of Creditor  TCF National Bank tbreems@rwrlaw.com
                                                                                                               TOTAL: 15