UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-27689-TB |
| | § | |
| WILLIAM KANATAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,109,070.00 | Assets Exempt: | $85,683.00 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $65,374,953.58 |
| Total Expenses of Administration: | $12,411.55 | | |

3) Total gross receipts of $13,703.55 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,292.00 (see **Exhibit 2),** yielded net receipts of $12,411.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $9,026,157.34 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $17,548.85 | $17,548.85 | $12,411.55 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $63,448,958.54 | $5,942,885.04 | $5,942,885.04 | $0.00 |
| **Total Disbursements** | $72,475,115.88 | $5,960,433.89 | $5,960,433.89 | $12,411.55 |

4). This case was originally filed under chapter 7 on 07/30/2009. The case was pending for 38 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/25/2012           By:   /s/ Gus A. Paloian
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| JEWELRY | 1129-000 | $13,700.00 |
| Interest Asset | 1270-000 | $3.55 |
| **TOTAL GROSS RECEIPTS** | | **$13,703.55** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| WILLIAM KANATAS | Exemptions | 8100-002 | $1,292.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,292.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MCADAM LANDSCAPING INC | 4210-000 | $59,900.08 | $0.00 | $0.00 | $0.00 |
| | All American Plumbing | 4110-000 | $16,506.00 | NA | $0.00 | $0.00 |
| | Amcore Bank | 4110-000 | $800,000.00 | NA | $0.00 | $0.00 |
| | Auburn Supply Company | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | B.R. Herlin | 4110-000 | $2,579.92 | NA | $0.00 | $0.00 |
| | Closet Works | 4110-000 | $485.00 | NA | $0.00 | $0.00 |
| | Cottage Sheet | 4110-000 | $1,885.00 | NA | $0.00 | $0.00 |
| | Custom Stairs | 4110-000 | $2,337.00 | NA | $0.00 | $0.00 |
| | Doors R Us | 4110-000 | $198.00 | NA | $0.00 | $0.00 |
| | Exclusive Millwork | 4110-000 | $2,274.98 | NA | $0.00 | $0.00 |
| | Federal Fence | 4110-000 | $570.00 | NA | $0.00 | $0.00 |
| | Ferguson Enterprises | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | Genesis Engineering | 4110-000 | $1,070.00 | NA | $0.00 | $0.00 |
| | Green Grass | 4110-000 | $858.00 | NA | $0.00 | $0.00 |
| | Integra National Bank | 4110-000 | $1,400,000.00 | NA | $0.00 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| John Sekulich DBA JRS Electric | 4110-000 | $13,280.00 | NA | $0.00 | $0.00 |
| Johns Spot | 4110-000 | $161.68 | NA | $0.00 | $0.00 |
| Lagrange Glass Company | 4110-000 | $2,731.51 | NA | $0.00 | $0.00 |
| Legina Iron Works | 4110-000 | $3,800.00 | NA | $0.00 | $0.00 |
| Lincoln Charter Twp | 4110-000 | $7,138.26 | NA | $0.00 | $0.00 |
| Nationwide Flooring | 4110-000 | $5,234.00 | NA | $0.00 | $0.00 |
| Ogden Drywall | 4110-000 | $2,000.00 | NA | $0.00 | $0.00 |
| Phil's Irrigation | 4110-000 | $4,810.00 | NA | $0.00 | $0.00 |
| Phoenix Rising | 4110-000 | $7,988.50 | NA | $0.00 | $0.00 |
| Rivas Masonary | 4110-000 | $2,000.00 | NA | $0.00 | $0.00 |
| RW Christian Builders | 4110-000 | $170,060.41 | NA | $0.00 | $0.00 |
| Southwest Insulation | 4110-000 | $400.00 | NA | $0.00 | $0.00 |
| Specwood | 4110-000 | $2,835.00 | NA | $0.00 | $0.00 |
| Stewart Enterior Enterprises | 4110-000 | $1,744.00 | NA | $0.00 | $0.00 |
| TCF Bank | 4110-000 | $400,000.00 | NA | $0.00 | $0.00 |
| TCF Bank | 4110-000 | $1,400,000.00 | NA | $0.00 | $0.00 |
| TCF Bank | 4110-000 | $4,700,000.00 | NA | $0.00 | $0.00 |
| Tilden Roofing | 4110-000 | $1,435.00 | NA | $0.00 | $0.00 |
| Tuckers Painting | 4110-000 | $9,000.00 | NA | $0.00 | $0.00 |
| Waltz Carpentry | 4110-000 | $2,875.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$9,026,157.34** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $1,991.16 | $1,991.16 | $1,406.87 |
| INTERNATIONAL SECURITIES, LTD | 2300-000 | NA | $12.75 | $12.75 | $12.75 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $11.72 | $11.72 | $11.72 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | $17.44 | $17.44 | $17.44 |
| East West Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| ASSOCIATED BANK | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| SEYFARTH SHAW, Attorney for Trustee | 3110-000 | NA | $13,557.00 | $13,557.00 | $9,578.78 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| SEYFARTH SHAW, Attorney for Trustee | 3120-000 | NA | $1,958.78 | $1,958.78 | $1,383.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $17,548.85 | $17,548.85 | $12,411.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CAPITAL RECOVERY III LLC AS ASSIGNE | 7100-000 | NA | $2,798.89 | $2,798.89 | $0.00 |
| 3 | CAPITAL RECOVERY III LLC AS ASSIGNE | 7100-000 | NA | $5,474.70 | $5,474.70 | $0.00 |
| 4 | MIKE & GRIESELDA BAILEY | 7100-000 | $50,000.00 | $50,000.00 | $50,000.00 | $0.00 |
| 5 | PAUL FRANCZYK | 7100-000 | NA | $416,859.18 | $416,859.18 | $0.00 |
| 6 | LINDA STUECK | 7100-000 | $25,000.00 | $40,000.00 | $40,000.00 | $0.00 |
| 7 | STANLEY COHN, JOYCE COHN, | 7100-000 | NA | $111,374.00 | $111,374.00 | $0.00 |
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | $12,602.48 | $12,602.48 | $0.00 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | $22,596.26 | $22,596.26 | $0.00 |
| 10 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | $17,576.72 | $17,576.72 | $0.00 |
| 11 | RONALD & PATRICIA SERVANT | 7100-000 | $150,000.00 | $150,000.00 | $150,000.00 | $0.00 |
| 12 | STEVE & JANET BROWN | 7100-000 | $100,000.00 | $100,000.00 | $100,000.00 | $0.00 |
| 13 | MILLENNIUM TRUST CO. | 7100-000 | NA | $279,800.00 | $279,800.00 | $0.00 |
| 14 | MILLENNIUM TRUST CO. | 7100-000 | NA | $682,000.00 | $682,000.00 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | GE MONEY BANK DBA IKEA CONSUMER | 7100-000 | $2,043.00 | $2,767.41 | $2,767.41 | $0.00 |
| 16 | JOE & RITA VIGNATI | 7100-000 | $50,000.00 | $50,000.00 | $50,000.00 | $0.00 |
| 17 | MILLENNIUM | 7100-000 | NA | $78,263.96 | $78,263.96 | $0.00 |
| 18 | MILLENNIUM | 7100-000 | NA | $51,434.09 | $51,434.09 | $0.00 |
| 19 | JEP SERVICES, INC. | 7100-000 | $150,000.00 | $150,000.00 | $150,000.00 | $0.00 |
| 20 | CHW SERVICES, INC. | 7100-000 | $400,000.00 | $400,000.00 | $400,000.00 | $0.00 |
| 21 | KJF SERVICES | 7100-000 | $600,000.00 | $600,000.00 | $600,000.00 | $0.00 |
| 22 | JOHN C. COLE, JR FOR JOAN A. COLE | 7100-000 | $100,000.00 | $100,000.00 | $100,000.00 | $0.00 |
| 23 | CHASE BANK USA NA | 7100-000 | $8,830.00 | $10,270.37 | $10,270.37 | $0.00 |
| 24 | MILLENNIUM TRUST | 7100-000 | $117,500.00 | $117,500.00 | $117,500.00 | $0.00 |
| 25 | MILLENNIUM TRUST | 7100-000 | $901,500.00 | $901,500.00 | $901,500.00 | $0.00 |
| 26 | GE MONEY BANK DBA GECAF/GEMB | 7100-000 | $7,469.00 | $10,819.54 | $10,819.54 | $0.00 |
| 27 | CHARLES S. D' ANGELO | 7100-000 | $1,000,000.00 | $1,250,000.00 | $1,250,000.00 | $0.00 |
| 28 | MILLENIUM TRUST COMPANY | 7100-000 | NA | $215.00 | $215.00 | $0.00 |
| 29 | MARK HURWITZ | 7100-000 | $150,000.00 | $50,000.00 | $50,000.00 | $0.00 |
| 30 | VISHNU & DHAIRYABALA PATEL | 7100-000 | $200,000.00 | $273,326.00 | $273,326.00 | $0.00 |
| 31 | WELLS FARGO FINANCIAL NATIONAL BANK | 7100-000 | $4,548.00 | $5,706.44 | $5,706.44 | $0.00 |
| | 007, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| | 182 - 154th St. LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| | 3rd Life | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| | Acadia Life | 7100-000 | $6,319,139.00 | NA | NA | $0.00 |
| | Albinus & Magdaline Raupp | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| | Allan & Marilyn Meyer | 7100-000 | $150,000.00 | NA | NA | $0.00 |
| | Allan Michelle | 7100-000 | $50,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Allegience Bank | 7100-000 | $3,700,000.00 | NA | NA | $0.00 |
| Allegience Bank | 7100-000 | $67,000.00 | NA | NA | $0.00 |
| Alliance International Holdings | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Allied Commercial Capital Corp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Alvin & Cindy Weintraub | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Amcore Bank | 7100-000 | $4,367,000.00 | NA | NA | $0.00 |
| Amcore Bank | 7100-000 | $2,997,000.00 | NA | NA | $0.00 |
| Amcore Bank | 7100-000 | $694,907.00 | NA | NA | $0.00 |
| Amcore Bank | 7100-000 | $462,706.00 | NA | NA | $0.00 |
| Amerititle, Inc. | 7100-000 | $130,000.00 | NA | NA | $0.00 |
| Andrea Blickle | 7100-000 | $300,000.00 | NA | NA | $0.00 |
| Andrew B. Sacks | 7100-000 | $150,000.00 | NA | NA | $0.00 |
| Ann Vondriska | 7100-000 | $40,000.00 | NA | NA | $0.00 |
| Anthony Barone | 7100-000 | $0.00 | NA | NA | $0.00 |
| Barclays | 7100-000 | $1,166.00 | NA | NA | $0.00 |
| Bay Farm LLC | 7100-000 | $550,000.00 | NA | NA | $0.00 |
| Best Buy | 7100-000 | $565.00 | NA | NA | $0.00 |
| Bob Parker | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Bravo Properties | 7100-000 | $1,050,000.00 | NA | NA | $0.00 |
| Brian Fisher | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Bruce & Mary Lucas | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Bruce Berg | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Calvin NG | 7100-000 | $70,000.00 | NA | NA | $0.00 |
| Caryn Jones | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| CDP of Illinois, LLC | 7100-000 | $469,000.00 | NA | NA | $0.00 |
| Charles D'Angelo | 7100-000 | $262,000.00 | NA | NA | $0.00 |
| Chi Fai Yau | 7100-000 | $120,000.00 | NA | NA | $0.00 |
| Chris Coyne | 7100-000 | $550,000.00 | NA | NA | $0.00 |
| Christy So | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Citi Bank | 7100-000 | $26,317.00 | NA | NA | $0.00 |
| Citi Bank | 7100-000 | $12,642.00 | NA | NA | $0.00 |
| Citibank | 7100-000 | $20,291.00 | NA | NA | $0.00 |
| Citibank | 7100-000 | $10,530.00 | NA | NA | $0.00 |
| Coyne Foundation | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Dale Sims | 7100-000 | $2,150,000.00 | NA | NA | $0.00 |
| Dan Blocker | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Daniel NG | 7100-000 | $200,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| David & Julia Edmundson | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Diana Wilkins | 7100-000 | $60,000.00 | NA | NA | $0.00 |
| Diana Wood | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Dolores J. Crawford | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Donald & Charlotte Zlotkowski | 7100-000 | $75,000.00 | NA | NA | $0.00 |
| Draper & Kramer | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Edward & Peggy Kissman | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Family Bank & Trust | 7100-000 | $400,000.00 | NA | NA | $0.00 |
| Ferne Hurwitz | 7100-000 | $150,000.00 | NA | NA | $0.00 |
| Fidelity Insurance Company LTD. | 7100-000 | $5,492,066.00 | NA | NA | $0.00 |
| Founders Crossing | 7100-000 | $16,000.00 | NA | NA | $0.00 |
| Gem Global Holdings LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gem Real Estate LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| General Motors Mtg Corp | 7100-000 | $0.00 | NA | NA | $0.00 |
| George Gangas | 7100-000 | $500,000.00 | NA | NA | $0.00 |
| George Gatsis | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| George Minogue | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| George Venturella | 7100-000 | $300,000.00 | NA | NA | $0.00 |
| Gregory & Suzanna Coyne | 7100-000 | $350,000.00 | NA | NA | $0.00 |
| Home Depot | 7100-000 | $14,958.00 | NA | NA | $0.00 |
| Howard Sacks | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Intercoastal Administration, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Intervest Commercial Mortgage Fund | 7100-000 | $485,000.00 | NA | NA | $0.00 |
| James & Connie Crawford | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| James & Lynn Kokenes | 7100-000 | $180,000.00 | NA | NA | $0.00 |
| James Born | 7100-000 | $155,000.00 | NA | NA | $0.00 |
| Janet NG | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Jean Vondriska | 7100-000 | $59,000.00 | NA | NA | $0.00 |
| Jeanne Misch | 7100-000 | $400,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Jim Dimitriou | 7100-000 | $250,000.00 | NA | NA | $0.00 |
| Joe Charters | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| John Levi & Carole Knope-Levi | 7100-000 | $120,000.00 | NA | NA | $0.00 |
| John Warnock | 7100-000 | $35,000.00 | NA | NA | $0.00 |
| Joseph Solana Jr. Living Trust | 7100-000 | $350,000.00 | NA | NA | $0.00 |
| Katherine & George Raupp | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Katrina Tang | 7100-000 | $250,000.00 | NA | NA | $0.00 |
| KJM Services, Inc. | 7100-000 | $200,000.00 | NA | NA | $0.00 |
| Kohls | 7100-000 | $1,958.00 | NA | NA | $0.00 |
| Kyle Gaspar | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Martha Winter | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Mary Charters | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| MB Financial | 7100-000 | $713,000.00 | NA | NA | $0.00 |
| Millenium Trust Company | 7100-000 | $115,000.00 | NA | NA | $0.00 |
| Millennium | 7100-000 | $45,000.00 | NA | NA | $0.00 |
| Millennium | 7100-000 | $65,000.00 | NA | NA | $0.00 |
| Millennium Trust | 7100-000 | $235,000.00 | NA | NA | $0.00 |
| Millennium Trust | 7100-000 | $25,000.00 | NA | NA | $0.00 |
| Millennium Trust | 7100-000 | $141,000.00 | NA | NA | $0.00 |
| Millennium Trust | 7100-000 | $120,000.00 | NA | NA | $0.00 |
| Millennium Trust | 7100-000 | $40,000.00 | NA | NA | $0.00 |
| Millennium Trust | 7100-000 | $141,000.00 | NA | NA | $0.00 |
| Millennium Trust | 7100-000 | $115,000.00 | NA | NA | $0.00 |
| Millennium Trust | 7100-000 | $625,000.00 | NA | NA | $0.00 |
| Millennium Trust Co. | 7100-000 | $173,000.00 | NA | NA | $0.00 |
| Millennium Trust Co. | 7100-000 | $565,500.00 | NA | NA | $0.00 |
| MTB Services | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Neil Solanski | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| NG & Associates | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Nordstrom | 7100-000 | $4,736.00 | NA | NA | $0.00 |
| Patricia Kelly | 7100-000 | $60,000.00 | NA | NA | $0.00 |
| Paul Franczyk | 7100-000 | $200,000.00 | NA | NA | $0.00 |
| Paul Morell | 7100-000 | $700,000.00 | NA | NA | $0.00 |
| Pensco Trust | 7100-000 | $130,000.00 | NA | NA | $0.00 |
| Pensco Trust | 7100-000 | $20,000.00 | NA | NA | $0.00 |
| Pete Giacalone Trust | 7100-000 | $400,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Peter Skouiris | 7100-000 | $200,000.00 | NA | NA | $0.00 |
| Phil Morell | 7100-000 | $700,000.00 | NA | NA | $0.00 |
| Prinicipal Financial Group | 7100-000 | $669.44 | NA | NA | $0.00 |
| Quinta Luna Foundation | 7100-000 | $250,000.00 | NA | NA | $0.00 |
| Rick & Diana Voss | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Robert Parsons | 7100-000 | $0.00 | NA | NA | $0.00 |
| Robin Hladky-Fox | 7100-000 | $75,000.00 | NA | NA | $0.00 |
| Roland & Jayne L'Heueux | 7100-000 | $1,800,000.00 | NA | NA | $0.00 |
| Route 30 & Harlem, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Schain, Burney, Ross & Citron, Ltd. | 7100-000 | $17,532.10 | NA | NA | $0.00 |
| Sharon Dooley as Trustee | 7100-000 | $500,000.00 | NA | NA | $0.00 |
| Siu Ming Christy So. | 7100-000 | $150,000.00 | NA | NA | $0.00 |
| Sprint | 7100-000 | $400.00 | NA | NA | $0.00 |
| Stanley Cohn, Joyce Cohn, | 7100-000 | $95,000.00 | NA | NA | $0.00 |
| Stephen Lemon | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| TCF Bank | 7100-000 | $2,800,000.00 | NA | NA | $0.00 |
| TCF Bank | 7100-000 | $5,568,000.00 | NA | NA | $0.00 |
| TCF Bank | 7100-000 | $2,900,000.00 | NA | NA | $0.00 |
| Tim Chia | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Tim Tebockhorst | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Tom Denham | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Tom Falcone | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Tom Matthews | 7100-000 | $0.00 | NA | NA | $0.00 |
| Usama Hamdan | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| VP Ventures LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Walnut Grove Centre Phase | 7100-000 | $693,100.00 | NA | NA | $0.00 |
| Wells Fargo | 7100-000 | $4,040.00 | NA | NA | $0.00 |
| Wells Fargo | 7100-000 | $3,534.00 | NA | NA | $0.00 |
| Wells Fargo | 7100-000 | $2,312.00 | NA | NA | $0.00 |
| William & Leonae fair | 7100-000 | $45,000.00 | NA | NA | $0.00 |
| William Lemon | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Wing Ng | 7100-000 | $130,000.00 | NA | NA | $0.00 |
| Woodmont Mgmt | 7100-000 | $400,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Woodmont Mgmt | 7100-000 | $900,000.00 | NA | NA | $0.00 |
| Yat Choi Yeung | 7100-000 | $150,000.00 | NA | NA | $0.00 |
| Zach Leonard | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $63,448,958.54 | $5,942,885.04 | $5,942,885.04 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 09-27689-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Date Filed (f) or Converted (c): | 07/30/2009 (f) |
| For the Period Ending: | 9/25/2012 | §341(a) Meeting Date: | 08/31/2009 |
| | | Claims Bar Date: | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | JEWELRY | $10,000.00 | $12,408.00 | | $13,700.00 | FA |
| Asset Notes: | SALE OF DEBTOR'S SCHEDULED PROPERTY NO. 7 (FINE WATCH COLLECTION) | | | | | |
| 2 | BANK ACCOUNTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | 1/2 INTEREST IN CHECKING ACCT. XXXX676 AT RIVERSIDE BANK | | | | | |
| 3 | BANK ACCOUNTS | $208.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | 1/2 INTEREST IN SAVINGS ACCOUNT NO. XXXX238 at RIVERSIDE BANK | | | | | |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | $2,500.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | 1/2 INTEREST IN FURNITURE, ELECTRONICS, APPLIANCES, ETC. (owned by Debtor and wife) | | | | | |
| 5 | WEARING APPAREL | $1,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | ORDINARY CLOTHING FOR CASUAL AND BUSINESS USE | | | | | |
| 6 | BANK ACCOUNTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | BUSINESS DEBTOR IS SIGNATORY ON THIS ACCOUNT BUT ACCOUNT IS OWNED BY INTERCOASTAL RIVERSIDE BANK | | | | | |
| 7 | BANK ACCOUNTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | JR. SAVERS ACCOUNT NO. XXXX455 (CUSTODIAL ACCT FOR KIDS) RIVERSIDE BANK | | | | | |
| 8 | BANK ACCOUNTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | DEBTOR IS SIGNATORY ON THIS ACCOUNT BUT ACCOUNT IS IN THE NAME OF ALLIED RIVERSIDE BANK | | | | | |
| 9 | BANK ACCOUNTS | $100.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | CHECKING ACCOUNT NO. 9802390118 AT AMCORE BANK | | | | | |
| 10 | BOOKS AND ART OBJECTS | $8,070.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | 1/2 interest in Paul McCartney Signed Guitar (1,950), John Lennon signed 5x7 index card ($699), All four Beatles signed sheet music ($2,000), Painting of John Lennon by Kat ($2,000), Painting of all four Beatles by Kat ($2,000), Oil Painting ($2,000), Oil Painting ($3,000). Autographed collage of Star Wars Photos ($500), autographed collage of Pulp Fiction photos ($750), autographed collage of Godfather photos ($750), Prop Gun signed by Johnny Depp ($500 | | | | | |
| 11 | FIREARMS AND HOBBY EQUIPMENT | $800.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | VIDEO CAMERA | | | | | |
| 12 | INTEREST IN INSURANCE POLICIES | $65,000.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | Acadia Life Insurance policy # BM0000138 (Gatesby Family Trust) Policy has a death benefit of $1,416,013. Value shown is net surrender value. Beneficiary of the Policy is Debtor's wife, then children. | | | | | |
| 13 | INTEREST IN INSURANCE POLICIES | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | Gatesby Family Trust is an irrevocable trust established in 2004 under the laws of the country of Nieves. The beneficiary of the trust is Debtor's wife. The trustee of the trust is an institutional trustee. A copy of the trust is available to the trustee upon request. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 09-27689-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Date Filed (f) or Converted (c): | 07/30/2009 (f) |
| For the Period Ending: | 9/25/2012 | §341(a) Meeting Date: | 08/31/2009 |
| | | Claims Bar Date: | 06/02/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | INTEREST IN INSURANCE POLICIES | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | Maven Living Benefits policy # A0077-PBT01 (Intercoastal Admin) No cash surrender value. This is a disability insurance policy. At the death of Debtor, cash value woudl go into Debtor's life insurance policy which is in turn held in the Gatesby Family Trust. | | | | | |
| 15 | PENSION PLANS AND PROFIT SHARING | $15,683.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | NATIONWIDE FUNDS IRA ACCOUNT NOS. XXXX5779 AND XXX4889 | | | | | |
| 16 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | 10,000 SHARES OF PRIVATE STOCK NAMED SABER7. START-UP COMPANY WITH NO ASSETS. | | | | | |
| 17 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | ANAMIA LLC - SHELL CORP. NEVER CONDUCTED ANY BUSINESS | | | | | |
| 18 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | FOUNDERS CROSSING, LP HAD A SHOPPING CENTER THAT SOLD IN '07. | | | | | |
| 19 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | FOUNDERS CROSSING SOUTH, LLC WAS ANOTHER STRIP CENTER SOLD IN EARLY 2008. | | | | | |
| 20 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | GEM DEVELOPMENT GROUP, LLC WAS AN OPERATING DEVELOPMENT COMPANY THAT HELD NO PROPERTIES. IT IS NOW CLOSED. | | | | | |
| 21 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | INTERVEST COMMERCIAL MORTGAGE FUND, INC. WAS A COMPANY THAT LOANED MONEY TO VARIOUS PROJECTS. ALL OF ITS LENDERS AGREED TO ACCEPT SHARES IN FRANKFORT EQUITY PARTNERS IN SATISFACTION OF THEIR NOTES EFFECTIVE JANUARY 2008, AND THIS COMPANY WAS CLOSED. ALL OF ITS ASSETS WERE TRANSFERRED TO FEP. | | | | | |
| 22 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | INTERVEST EQUITY BOND FUND, LLC | | | | | |
| 23 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | INTERVEST FINANCIAL CORPORATION (DISSOLVED PRIOR TO 2005) | | | | | |
| 24 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | INTERVEST GLOBAL EQUITY BOND FUND, LLC WAS A LENDER TO VARIOUS PROJECTS, AND WAS ROLLED INTO FRANKLIN GLOBAL EQUITY PARTNERS. | | | | | |
| 25 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | Route 30 & 78th Avenue, LLC - company inactive and subject property is in foreclosure by Amcore Bank | | | | | |
| 26 | STOCK AND BUSINESS INTERESTS | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | Route 30 Development Group, LLC. was set up to develop Route 30 and Harlem property but never did and property is in foreclosure. | | | | | |
| 27 | INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | 2 LLC shares of Glenn Wylde LLC (a Spec Home in Park City Utah - home not completed) Debtor paid 100k for the two shares but building has ceased due to the economy. | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3   Exhibit 8

| Case No.: | 09-27689-TB | Trustee Name: | Gus A. Paloian |
| Case Name: | KANATAS, WILLIAM | Date Filed (f) or Converted (c): | 07/30/2009 (f) |
| For the Period Ending: | 9/25/2012 | §341(a) Meeting Date: | 08/31/2009 |
| | | Claims Bar Date: | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 4.15% Ownership in property at Route 30 & Harlem, LLC. The subject real estate is in foreclosure (see SOFA re pending litigation) | | | | | |
| 29  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 4.3% Ownership in Gem Real Estate LLC (subject property mortgage is in default) owns 11 acres on the SW corner of Route 52 & Wyndstone Drive. | | | | | |
| 30  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2.9% Ownership in Palamino Trace II LLC owns 80 acres 1/4 mile south of Dralle Road on Harlem Avenue in Green Gardens Twp. Subject property is @ $800,000 upside down. LLC is negotiating a deed in lieu of foreclosure with respect to the subject property.--motion to compel trustee to abandon interest in asset filed. | | | | | |
| 31  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | OA | $0.00 | FA |
| **Asset Notes:** 5.0% Ownership in 182-154th St LLC In default of mortgage on subject property, a building at 182 154th Street in Harvey.--order entered compeling abandonment of asset | | | | | |
| 32  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2.04% Ownership in Walnut Grove Centre Phase I, LLC In default of mortgage on subject property. Owns 7 acres on the SW Corner of Route 52 and Wyndstone Drive. | | | | | |
| 33  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 50% Ownership in Gem Global Holdings LLC. Entity has no remaining assets | | | | | |
| 34  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 100% Ownership in Intercoastal Administration (S-Corp). Former property management company. Sole asset is small bank account described in Schedule B | | | | | |
| 35  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 100% Ownership in Allied Commercial Capital Corp. (S-Corp). Sole asset is small bank account described in Schedule B | | | | | |
| 36  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 100% Ownership in 007 LLC Holding . Debtor's interests in the Rte 30 & Harlem LLC, Gem Real Estate, Palomino Trace, and 182-154th Street LLCs, Franklin Equity Partners and Franklin Global Partners. | | | | | |
| 37  INTEREST IN PARTNERSHIPS OR JOINT | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Also owns 5% of VP Ventures, LLC which had purchased 10 franchise licenses to build Value Place Hotels. No hotels were ever built, though there is $30,000 in escrow with the title company for the purchase of a piece of property in Carol Stream that never closed. Money belongs to Seller as liquidated damages. | | | | | |
| 38  AUTOMOBILES AND OTHER VEHICLES | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** LEASED 2008 HONDA ACCORD--stay lifted | | | | | |
| 39  ANIMALS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2 DOGS | | | | | |
| 9999  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 10000  Real Property--5914 Dunham Ln. Stevensenville, MI | $1,000,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Stay lifted per order 9/9/09 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 09-27689-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Date Filed (f) or Converted (c): | 07/30/2009 (f) |
| For the Period Ending: | 9/25/2012 | §341(a) Meeting Date: | 08/31/2009 |
| | | Claims Bar Date: | 06/02/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10001 | Real Property--208 Nutall, Riverside, IL | $1,100,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Trustee compeled to abandon per order 9/9/09 | | | | | |
| 10002 | Cash on Hand - U.S. CURRENCY | $100.00 | $100.00 | DA | $0.00 | FA |
| 10003 | Property located at 182 154th Street, Harvey, IL (u) | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | Abandoned by the Trustee | | | | | |
| INT | Interest Asset | Unknown | Unknown | | $3.55 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

    $2,203,461.00     $12,508.00     $13,703.55     $0.00

**Major Activities affecting case closing:**
Trustee liquidated personal property of the Debtor (watches). Trustee analyzed and resolved claims, as necessary. Trustee addressed Estate's tax reporting obligations. Trustee prepared TFR.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | **Current Projected Date Of Final Report (TFR):** | 09/30/2012 | /s/ GUS A. PALOIAN |
|---|---|---|---|---|
| | | | | GUS A. PALOIAN |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-27689-TB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******7850 | | Checking Acct #: | ******5039 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Assoc Bank Checking Account |
| For Period Beginning: | 7/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $13,673.36 | | $13,673.36 |
| 11/30/2011 | | ASSOCIATED BANK | Wire in fee | 2990-000 | | $15.00 | $13,658.36 |
| 12/06/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $13,673.36 |
| 12/22/2011 | | ASSOCIATED BANK | Misc. debit in error | 2990-000 | | $2,820.00 | $10,853.36 |
| 12/27/2011 | | ASSOCIATED BANK | Reverse - misc. debit in error | 2990-000 | | ($2,820.00) | $13,673.36 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $13,673.36 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $13,673.36 | $13,673.36 | $0.00 |
| Less: Bank transfers/CDs | $13,673.36 | $13,673.36 | |
| Subtotal | $0.00 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $0.00 | |

| For the period of 7/30/2009 to 9/25/2012 | | For the entire history of the account between 01/18/2012 to 9/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $13,673.36 | Total Internal/Transfer Receipts: | $13,673.36 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $13,673.36 | Total Internal/Transfer Disbursements: | $13,673.36 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-27689-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******7850 | Money Market Acct #: | ******4387 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 7/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/18/2010 | (1) | FIFTH THIRD BANK | SALE OF PERSONAL PROPERTY | 1129-000 | $13,700.00 | | $13,700.00 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.09 | | $13,700.09 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,700.44 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,700.79 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.34 | | $13,701.13 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,701.48 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.34 | | $13,701.82 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,702.17 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.35 | | $13,702.52 |
| 02/25/2011 | 201 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | 2300-000 | | $12.75 | $13,689.77 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,689.88 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,690.00 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,690.11 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,690.23 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,690.34 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,690.45 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,690.57 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,690.68 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.12 | | $13,690.80 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $17.44 | $13,673.36 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $13,673.47 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $13,673.36 | $0.11 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | | 1270-000 | ($0.11) | | $0.00 |

| | | | | **SUBTOTALS** | $13,703.55 | $13,703.55 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit 9

| Case No. | 09-27689-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******7850 | Money Market Acct #: | ******4387 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 7/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|  |  |  | **TOTALS:** |  | $13,703.55 | $13,703.55 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $13,673.36 |  |
|  |  |  | **Subtotal** |  | $13,703.55 | $30.19 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $13,703.55 | $30.19 |  |

| For the period of 7/30/2009 to 9/25/2012 |  | For the entire history of the account between 06/17/2010 to 9/25/2012 |  |
|---|---|---|---|
| Total Compensable Receipts: | $13,703.55 | Total Compensable Receipts: | $13,703.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,703.55 | Total Comp/Non Comp Receipts: | $13,703.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $30.19 | Total Compensable Disbursements: | $30.19 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.19 | Total Comp/Non Comp Disbursements: | $30.19 |
| Total Internal/Transfer Disbursements: | $13,673.36 | Total Internal/Transfer Disbursements: | $13,673.36 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-27689-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******7850 | Checking Acct #: | ******0057 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $13,673.36 | | $13,673.36 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $11.72 | $13,661.64 |
| 05/25/2012 | 5002 | WILLIAM KANATAS | DEBTOR'S EXEMPTION | 8100-002 | | $1,292.00 | $12,369.64 |
| 07/24/2012 | 5003 | SEYFARTH SHAW | Claim #: ; Distribution Dividend: 70.66; | 3110-000 | | $9,578.78 | $2,790.86 |
| 07/24/2012 | 5004 | SEYFARTH SHAW | Claim #: ; Distribution Dividend: 70.66; | 3120-000 | | $1,383.99 | $1,406.87 |
| 07/24/2012 | 5005 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $1,406.87 | $0.00 |
| 08/17/2012 | | East West Bank | Bank Service Fee (reversal 8/20, posted 9/12) | 2600-000 | | $70.57 | ($70.57) |
| 08/31/2012 | | East West Bank | Refund-Bank service fee | 2600-002 | | ($70.57) | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $13,673.36 | $13,673.36 | $0.00 |
| **Less: Bank transfers/CDs** | $13,673.36 | $0.00 | |
| **Subtotal** | $0.00 | $13,673.36 | |
| **Less: Payments to debtors** | $0.00 | $1,292.00 | |
| **Net** | $0.00 | $12,381.36 | |

| For the period of 7/30/2009 to 9/25/2012 | | For the entire history of the account between 02/22/2012 to 9/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $13,673.36 | Total Internal/Transfer Receipts: | $13,673.36 |
| | | | |
| Total Compensable Disbursements: | $12,381.36 | Total Compensable Disbursements: | $12,381.36 |
| Total Non-Compensable Disbursements: | $1,292.00 | Total Non-Compensable Disbursements: | $1,292.00 |
| Total Comp/Non Comp Disbursements: | $13,673.36 | Total Comp/Non Comp Disbursements: | $13,673.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-27689-TB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KANATAS, WILLIAM | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******7850 | Checking Acct #: | ******0057 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $13,703.55 | $13,703.55 | $0.00 |

**For the period of 7/30/2009 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,703.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,703.55 |
| Total Internal/Transfer Receipts: | $27,346.72 |
| | |
| Total Compensable Disbursements: | $12,411.55 |
| Total Non-Compensable Disbursements: | $1,292.00 |
| Total Comp/Non Comp Disbursements: | $13,703.55 |
| Total Internal/Transfer Disbursements: | $27,346.72 |

**For the entire history of the case between 07/30/2009 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,703.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,703.55 |
| Total Internal/Transfer Receipts: | $27,346.72 |
| | |
| Total Compensable Disbursements: | $12,411.55 |
| Total Non-Compensable Disbursements: | $1,292.00 |
| Total Comp/Non Comp Disbursements: | $13,703.55 |
| Total Internal/Transfer Disbursements: | $27,346.72 |